**IN THE UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SOLARMORE MANAGEMENT SERVICES, INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>Bankruptcy Estate of DC SOLAR SOLUTIONS, INC. dba DC SOLAR SOLUTIONS MFG, INC. dba DC SOLAR SOLUTIONS MANUFACTURING, INC., a California corporation; Bankruptcy Estate of DC SOLAR DISTRIBUTION, INC., a California corporation; Bankruptcy Estate of DC SOLAR FREEDOM, INC., a California corporation; MATTHEW CARPOFF, an individual; LAUREN CARPOFF, an individual; ROBERT V. AMATO and PRISCILLA AMATO, husband and wife; ROBERT KARMANN, an individual; RONALD J. ROACH, an individual; SEBASTIAN JANO, an individual; STEVE WILDE, an individual; PATRICK MOORE, an individual; HALO MANAGEMENT SERVICES LLC, a Nevada limited liability company; ALVAREZ & MARSAL VALUATION SERVICES, LLC, a Delaware limited liability company; BARRY HACKER, an individual; MARCELO BERMUDEZ, an individual; COHNREZNICK, LLP, a New Jersey limited liability partnership; SCOTT WENTZ, an individual; RAINA YEE, an individual; VISTRA INTERNATIONAL EXPANSION (USA) INC., fka RADIUS GGE (USA), INC., fka HIGH STREET PARTNERS INC., a Maryland corporation; | Case No. 2:19-cv-02544-JAM-DB<br><br>**ORDER GRANTING SIXTH *EX PARTE* MOTION TO EXTEND TIME FOR SERVICE OF COMPLAINT**<br><br>Complaint Filed: December 17, 2019<br>Current Service Deadline: December 17, 2020<br>Requested Extended Deadline: January 29, 2021<br>Trial Date: None Set |

1

**ORDER GRANTING SIXTH
*EX PARTE* MOTION TO EXTEND
TIME FOR SERVICE OF COMPLAINT**

4826-5002-4147

| | |
|---|---|
| 1 | RADIUS GGE (USA), INC., fka HIGH STREET PARTNERS INC., a Maryland corporation; MONTAGE SERVICES, INC., a California corporation; HERITAGE BANK OF COMMERCE, a California corporation; DIANA KERSHAW, an individual; CARSON TRAILER, INC., a California corporation; DAVID ENDRES, an individual; AHERN RENTALS INC., a Nevada corporation; RYAN GUIDRY, an individual; THE STRAUSS LAW FIRM, LLC, a South Carolina limited liability company; PETER STRAUSS, an individual; PANDA BEAR INTERNATIONAL, LTD., a Hong Kong corporation; PANDA SOLAR SOLUTIONS LLC, a Nevada limited liability corporation; DC SOLAR INTERNATIONAL, INC., a Nevis corporation; BAYSHORE SELECT INSURANCE, a Bahamian Corporation; CHAMPION SELECT INSURANCE, a Bahamian Corporation; JPLM DYNASTY TRUST, a Cook Island Trust; BILLIE JEAN TRUST, a Cook Island Trust; SOUTHPAC INTERNATIONAL, INC., a Cook Islands Corporation,<br><br>                    Defendants. |

Upon consideration of the *Sixth Ex Parte Motion to Extend Time for Service of Complaint* (the "**Motion**") filed by Plaintiff Solarmore Management Services, Inc. ("**Solarmore**" or "**Plaintiff**"), and for good cause appearing,

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that:

(1)     The Motion is granted; and

(2)     The Plaintiff's deadline to serve the complaint ("**Complaint**) in this action is hereby extended by forty-five (45) days, through and including January 29, 2021.

**IT IS SO ORDERED.**

DATED:  December 7, 2020          /s/ John A. Mendez
                                                       THE HONORABLE JOHN A. MENDEZ
                                                       UNITED STATES DISTRICT COURT JUDGE

2

**ORDER GRANTING SIXTH**
***EX PARTE* MOTION TO EXTEND**
**TIME FOR SERVICE OF COMPLAINT**

4826-5002-4147