1

2

3

4

5

6

7    **IN THE UNITED STATES DISTRICT COURT**

8    **EASTERN DISTRICT OF CALIFORNIA**

9    SOLARMORE MANAGEMENT
     SERVICES, INC., a California corporation,          Case No. 2:19-cv-02544-JAM-DB
10
                        Plaintiff,                       **ORDER GRANTING EIGHTH** *EX*
11                                                        *PARTE* **MOTION TO EXTEND TIME**
     v.                                                   **FOR SERVICE OF COMPLAINT**
12
     JEFF CARPOFF and PAULETTE                            Complaint Filed: December 17, 2019
13   CARPOFF, husband and wife; LAUREN                    Amended Complaint Filed:
     CARPOFF, an individual; ROBERT V.                    December 18, 2020
14   AMATO, an individual; PRISCILLA                      Current Service Deadline:
     AMATO, an individual; ROBERT                         February 26, 2021
15   KARMANN, an individual; RONALD J.                    Requested Extended Deadline:
     ROACH, an individual; JOSEPH BAYLISS,               April 27, 2021
16   an individual; BAYLISS INNOVATIVE                    Trial Date: None Set
     SERVICES, INC., a California corporation;
17   ARI J. LAUER, an individual; LAW
     OFFICES OF ARI J. LAUER; ALAN
18   HANSEN; an individual; SEBASTIAN
     JANO, an individual; STEVE WILDE, an
19   individual; RYAN GUIDRY, an individual;
     CARRIE CARPOFF-BODEN, an individual;
20   PATRICK MOORE, an individual; HALO
     MANAGEMENT SERVICES LLC, a
21   Nevada limited liability company;
     ALVAREZ & MARSAL VALUATION
22   SERVICES, LLC, a Delaware limited
     liability company; BARRY HACKER, an
23   individual; MARSHALL & STEVENS,
     INC., a Delaware corporation;
24   COHNREZNICK CAPITAL MARKETS
     SECURITIES, LLC, a Maryland limited
25   liability company; FALLBROOK CAPITAL
     SECURITIES CORPORATION, a Florida
26   corporation; SCOTT WENTZ, an individual;
     RAINA YEE, an individual; VISTRA
27   INTERNATIONAL EXPANSION (USA)

28                                                1              **ORDER GRANTING EIGHTH**
                                                                *EX PARTE* **MOTION TO EXTEND**
                                                                **TIME FOR SERVICE OF COMPLAINT**

4826-3455-9965

INC., fka RADIUS GGE (USA), INC., fka
HIGH STREET PARTNERS INC., a
Maryland corporation; RADIUS GGE
(USA), INC., fka HIGH STREET
PARTNERS INC., a Maryland corporation;
MONTAGE SERVICES, INC., a California
corporation; HERITAGE BANK OF
COMMERCE, a California corporation;
DIANA KERSHAW, an individual;
CARSON TRAILER, INC., a California
corporation; DAVID ENDRES, an
individual; AHERN RENTALS INC., a
Nevada corporation, AHERN AD, LLC, a
Nevada limited liability company; EVAN
AHERN, an individual; THE STRAUSS
LAW FIRM, LLC, a South Carolina limited
liability company; PETER STRAUSS, an
individual; PANDA BEAR
INTERNATIONAL, LTD., a Hong Kong
corporation; PANDA SOLAR SOLUTIONS
LLC, a Nevada limited liability corporation;
DC SOLAR INTERNATIONAL, INC., a
Nevis corporation; BAYSHORE SELECT
INSURANCE, a Bahamian Corporation;
CHAMPION SELECT INSURANCE, a
Bahamian Corporation; JPLM DYNASTY
TRUST, a Cook Island Trust; BILLIE JEAN
TRUST, a Cook Island Trust; SOUTHPAC
INTERNATIONAL, INC., a Cook Islands
Corporation,

Defendants.

Upon consideration of the *Eighth Ex Parte Motion to Extend Time for Service of Complaint* (the "**Motion**") filed by Plaintiff Solarmore Management Services, Inc. ("**Solarmore**" or "**Plaintiff**"), and for good cause appearing,

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that:

(1)     The Motion is granted; and

(2)     The Plaintiff's deadline to serve the complaint ("**Complaint**) in this action is hereby extended by sixty (60) days, through and including April 27, 2021.

**IT IS SO ORDERED.**

DATED:  February 23, 2021          /s/ John A. Mendez
                                                      THE HONORABLE JOHN A. MENDEZ
                                                      UNITED STATES DISTRICT COURT JUDGE

2                    **ORDER GRANTING EIGHTH**
                        ***EX PARTE* MOTION TO EXTEND**
                        **TIME FOR SERVICE OF COMPLAINT**

4826-3455-9965