Nathan G. Kanute (CA Bar No. 300946)
SNELL & WILMER L.L.P.
50 West Liberty Street, Suite 510
Reno, Nevada 89501
Telephone: 775-785-5440
E-Mail: nkanute@swlaw.com

Don Bivens *(admitted pro hac vice)*
(AZ Bar No. 005134)
SNELL & WILMER L.L.P.
One Arizona Center, Suite 1900
400 East Van Buren Street
Phoenix, AZ 85004-2202
Telephone: (602) 382-6000
Email: dbivens@swlaw.com

*Attorneys for Plaintiff*

# IN THE UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SOLARMORE MANAGEMENT SERVICES, INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>JEFF CARPOFF and PAULETTE CARPOFF, husband and wife; LAUREN CARPOFF, an individual; ROBERT V. AMATO, an individual; PRISCILLA AMATO, an individual; ROBERT KARMANN, an individual; RONALD J. ROACH, an individual; JOSEPH BAYLISS, an individual; BAYLISS INNOVATIVE SERVICES, INC., a California corporation; ARI J. LAUER, an individual; LAW OFFICES OF ARI J. LAUER; ALAN HANSEN; an individual; SEBASTIAN JANO, an individual; STEVE WILDE, an individual; RYAN GUIDRY, an individual; CARRIE CARPOFF-BODEN, an individual; PATRICK MOORE, an individual; HALO MANAGEMENT SERVICES LLC, a Nevada limited liability company; ALVAREZ & MARSAL VALUATION SERVICES, LLC, a Delaware limited liability company; BARRY HACKER, an individual; MARSHALL & STEVENS, INC., a Delaware corporation; COHNREZNICK CAPITAL MARKETS SECURITIES, LLC, a | Case No. 2:19-cv-02544-JAM-DB<br><br>**STIPULATION FOR EXTENDING TIME FOR DEFENDANTS TO RESPOND TO FIRST AMENDED COMPLAINT AND ORDER**<br><br>Complaint Served: Various Dates<br>Response Deadline: Various Dates<br>New Response Deadline: April 22, 2021 |

1

1 | Maryland limited liability company; FALLBROOK CAPITAL SECURITIES CORPORATION, a Florida corporation; SCOTT WENTZ, an individual; RAINA YEE, an individual; VISTRA INTERNATIONAL EXPANSION (USA) INC., fka RADIUS GGE (USA), INC., fka HIGH STREET PARTNERS INC., a Maryland corporation; RADIUS GGE (USA), INC., fka HIGH STREET PARTNERS INC., a Maryland corporation; MONTAGE SERVICES, INC., a California corporation; HERITAGE BANK OF COMMERCE, a California corporation; DIANA KERSHAW, an individual; CARSON TRAILER, INC., a California corporation; DAVID ENDRES, an individual; AHERN RENTALS INC., a Nevada corporation, AHERN AD, LLC, a Nevada limited liability company; EVAN AHERN, an individual; THE STRAUSS LAW FIRM, LLC, a South Carolina limited liability company; PETER STRAUSS, an individual; PANDA BEAR INTERNATIONAL, LTD., a Hong Kong corporation; PANDA SOLAR SOLUTIONS LLC, a Nevada limited liability corporation; DC SOLAR INTERNATIONAL, INC., a Nevis corporation; BAYSHORE SELECT INSURANCE, a Bahamian Corporation; CHAMPION SELECT INSURANCE, a Bahamian Corporation; JPLM DYNASTY TRUST, a Cook Island Trust; BILLIE JEAN TRUST, a Cook Island Trust; SOUTHPAC INTERNATIONAL, INC., a Cook Islands Corporation,

Defendants.

IT IS HEREBY STIPULATED by and between Solarmore Management Services, Inc. ("Solarmore") and Sebastian Jano, Ari J. Lauer, Law Offices of Ari J. Lauer, Heritage Bank of Commerce, CohnReznick Capital Market Securities, LLC, Fallbrook Capital Securities Corporation, Alvarez & Marsal Valuation Services, LLC, Diana Kershaw, Montage Services, Inc., Scott Wentz, Raina Yee, Barry Hacker, Steve Wilde, Joseph Bayliss, Robert V. Amato, Bayliss Innovative Services, Inc, Lauren Carpoff, Vistra International Expansion (USA) Inc., Radius GGE (USA), Inc., Carrie Carpoff-Boden, David Endres, ~~Ryan Guidry,~~ and Marshall & Stevens, Inc. (hereafter, the "Defendants")

2  **STIPULATION FOR EXTENDING TIME FOR DEFENDANTS TO RESPOND TO FIRST AMENDED COMPLAINT AND ORDER**

(collectively, the "Parties"), either for themselves or by and through their respective counsel, that:

Solarmore filed its First Amended Complaint in this Court on December 18, 2020. The Defendants were personally served or waived service on various dates in January 2021;

A number of the Defendants executed waivers of service for the First Amended Complaint, which meant that their responses to Solarmore's First Amended Complaint were not due until March 22, 2021, at the earliest;

Solarmore had previously agreed with various Defendants that had been personally served to extend the deadlines to respond to Solarmore's First Amended Complaint for roughly 28 days until late-March 2021; and

Counsel for Solarmore and the Defendants have met and conferred regarding the Defendants' deadline to respond to Solarmore's First Amended Complaint, and the Parties have agreed to extend this deadline to April 22, 2021.  In light of the agreed upon extension, the Parties have also agreed that it is in the best interest of the Parties and this Court to also extend the Parties' deadline to submit a joint status report that includes the Rule 26(f) discovery plan to May 21, 2021.

This is the first request for an extension.

THEREFORE, pursuant to L. R. 143 and 144, the Parties hereby stipulate to extend the time for the Defendants to respond to Solarmore's First Amended Complaint as follows:

1. The deadline for the Defendants to answer, object or otherwise respond to Solarmore Management Services, Inc.'s First Amended Complaint shall be April 22, 2021.

2. The deadline for the Parties to submit to the Court a joint status report that includes the Rule 26(f) discovery plan shall be May 21, 2021.

**IT IS SO STIPULATED.**

| | |
|---|---|
| DATED: March 17, 2021 | **SNELL & WILMER L.L.P.**<br><br>By: */s/ Nathan G. Kanute*<br>   Nathan G. Kanute<br>   50 W. Liberty Street, Suite 510<br>   Reno, NV  89501<br><br>   Don Bivens *(admitted pro hac vice)*<br>   One Arizona Center, Suite 1900<br>   400 East Van Buren Street<br>   Phoenix, AZ 85004-2202<br><br>   *Attorneys for Plaintiff* |
| Dated: March 15, 2021<br><br>**NELSON MULLINS RILEY & SCARBOROUGH LLP**<br><br>By: /s/ Lauren Deeb (with permission)<br>Lauren Deeb<br>Scott Sherman<br>Pacific Gateway, Ste 900<br>19191 So Vermont Ave<br>Torrance CA  90502<br><br>*Attorneys for CohnReznick Capital Market Securities, LLC* | Dated: March 16, 2021<br><br>**BUCHALTER**<br><br>By: /s/ Cheryl Lott (with permission)<br>Cheryl M. Lott<br>1000 Wilshire Blvd Ste 1500<br>Los Angeles CA  90017-1730<br><br>*Attorneys for Heritage Bank of Commerce* |
| Dated: March 16, 2021<br><br>**KENDALL BRILL & KELLY LLP**<br><br>By:/s/Patrick Somers (with permission)<br>Patrick J. Somers<br>10100 Santa Monica Blvd, Ste 1725<br>Los Angeles, CA  90067<br><br>*Attorneys for Fallbrook Capital Securities Corporation* | Dated: March 15, 2021<br><br>**DURIE TANGRI LLP**<br><br>By: /s/ Michael Proctor (with permission)<br>Michael J. Proctor (SBN 48235)<br>953 East 3rd Street<br>Los Angeles, CA  90013<br>Email: mproctor@durietangri.com<br><br>*Attorneys for Alvarez & Marsal Valuation Services, LLC* |

| | |
|---|---|
| Dated:~~_____~~ | Dated: March 17, 2021 |
| **~~LAW OFFICES OF ROBERT M. WILSON~~** | **MILLER MILLER GERBER LLP** |
| ~~By:_____~~<br>~~Robert Wilson~~<br>~~770 L St, Ste 950~~<br>~~Sacramento CA  95814~~ | By: /s/ Corey Miller (with permission)__<br>Corey Miller<br>18301 Von Karman Ave, Ste 950<br>Irvine CA  92612 |
| *~~Attorney for Ryan Guidry~~* | *Attorneys for Carrie Carpoff-Boden* |
| Dated: March 15, 2021 | Dated: March 15, 2021 |
| **MINTZ, LEVIN, COHN, FERRIS, GLOVSKY AND POPEO, P.C.** | **DILLINGHAM & MURPHY, LLP** |
| By: /s/ Evan Nadel (with permission)<br>Evan S. Nadel<br>44 Montgomery St, 36th Flr<br>San Francisco CA  94104 | By: /s/Dennis Kelly (with permission)__<br>Dennis J. Kelly, Esq.<br>601 Montgomery St, Ste 1900<br>San Francisco CA  94111 |
| *Attorneys for Steve Wilde* | *Attorneys for Montage Services, Inc., Scott Wentz, and Raina Yee* |
| Dated: March 15, 2021 | Dated: |
| **QUINN EMANUEL URQUHART & SULLIVAN, LLP** | **G&B LAW, LLP** |
| By: /s/ Terry L. Wit (with permission)<br>Terry L. Wit<br>50 California St, 22nd Flr<br>San Francisco CA  94111 | By: _____<br>James R. Felton<br>16000 Ventura Blvd, Ste 1000<br>Encino CA  91436 |
| *Attorneys for Vistra International Expansion (USA) Inc. and Radius GGE (USA), Inc.* | *Attorneys for Marshall & Stevens, Inc.* |

/s/ Lauren Carpoff (with permission)
**Lauren Carpoff**
Dated: March 16, 2021_____

**Sebastian Jano**
Dated:_____

/s/Ari J. Lauer (with permission)
**Ari J. Lauer**
Dated: March 15, 2021

/s/Ari J. Lauer (with permission)
**The Law Office of Ari J. Lauer**
Dated: March 15, 2021

/s/ Diana Kershaw (with permission)
**Diana Kershaw**
Dated: March 17, 2021

**Robert V. Amato**
Dated:_____

/s/ David Endres (with permission)
**David Endres**
Dated: March 17, 2021

/s/ Joseph Bayliss (with permission)
**Joseph Bayliss**
Dated: March 16, 2021

/s/ Joseph Bayliss (with permission)
**Bayliss Innovative Services, Inc.**
Dated: March 16, 2021

**IT IS SO ORDERED.**

Dated:  March 18, 2021        /s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE

6   **STIPULATION FOR EXTENDING TIME FOR DEFENDANTS TO RESPOND TO FIRST AMENDED COMPLAINT AND ORDER**