1  Nathan G. Kanute (CA Bar No. 300946)
   SNELL & WILMER L.L.P.
2  50 West Liberty Street, Suite 510
   Reno, Nevada 89501
3  Telephone: 775-785-5440
   E-Mail: nkanute@swlaw.com
4
   Don Bivens *(admitted pro hac vice)*
5  (AZ Bar No. 005134)
   SNELL & WILMER L.L.P.
6  One Arizona Center, Suite 1900
   400 East Van Buren Street
7  Phoenix, AZ 85004-2202
   Telephone: (602) 382-6000
8  Email: dbivens@swlaw.com

9  *Attorneys for Plaintiff*

10

## IN THE UNITED STATES DISTRICT COURT

11

## EASTERN DISTRICT OF CALIFORNIA

12

13 | SOLARMORE MANAGEMENT SERVICES, INC., a California corporation,

Case No. 2:19-cv-02544-JAM-DB

14 | Plaintiff,

**STIPULATION FOR EXTENDING TIME FOR DEFENDANTS TO RESPOND TO FIRST AMENDED COMPLAINT AND ORDER**

15 | v.

16 |

Complaint Served: Various Dates
Response Deadline: Various Dates
New Response Deadline: April 22, 2021

17 | JEFF CARPOFF and PAULETTE CARPOFF, husband and wife; LAUREN
18 | CARPOFF, an individual; ROBERT V. AMATO, an individual; PRISCILLA
19 | AMATO, an individual; ROBERT KARMANN, an individual; RONALD J.
20 | ROACH, an individual; JOSEPH BAYLISS, an individual; BAYLISS INNOVATIVE
21 | SERVICES, INC., a California corporation; ARI J. LAUER, an individual; LAW
22 | OFFICES OF ARI J. LAUER; ALAN HANSEN; an individual; SEBASTIAN
23 | JANO, an individual; STEVE WILDE, an individual; RYAN GUIDRY, an individual;
24 | CARRIE CARPOFF-BODEN, an individual; PATRICK MOORE, an individual; HALO
25 | MANAGEMENT SERVICES LLC, a Nevada limited liability company;
26 | ALVAREZ & MARSAL VALUATION SERVICES, LLC, a Delaware limited
27 | liability company; BARRY HACKER, an individual; MARSHALL & STEVENS, INC.,
   a Delaware corporation; COHNREZNICK

28 |                                    1

**STIPULATION FOR EXTENDING TIME FOR DEFENDANTS TO RESPOND TO FIRST AMENDED COMPLAINT AND ORDER**

Snell & Wilmer
L.L.P.
LAW OFFICES
50 W. Liberty Street, Suite 510
Reno, Nevada 89501
775-785-5440

120512166.v2

Snell & Wilmer
——— L.L.P. ———
law offices
50 West Liberty Street, Suite 510
Reno, Nevada 89501

1   CAPITAL MARKETS SECURITIES, LLC, a
    Maryland limited liability company;
2   FALLBROOK CAPITAL SECURITIES
    CORPORATION, a Florida corporation;
3   SCOTT WENTZ, an individual; RAINA
    YEE, an individual; VISTRA
4   INTERNATIONAL EXPANSION (USA)
    INC., fka RADIUS GGE (USA), INC., fka
5   HIGH STREET PARTNERS INC., a
    Maryland corporation; RADIUS GGE (USA),
6   INC., fka HIGH STREET PARTNERS INC.,
    a Maryland corporation; MONTAGE
7   SERVICES, INC., a California corporation;
    HERITAGE BANK OF COMMERCE, a
8   California corporation; DIANA KERSHAW,
    an individual; CARSON TRAILER, INC., a
9   California corporation; DAVID ENDRES, an
    individual; AHERN RENTALS INC., a
10  Nevada corporation, AHERN AD, LLC, a
    Nevada limited liability company; EVAN
11  AHERN, an individual; THE STRAUSS
    LAW FIRM, LLC, a South Carolina limited
12  liability company; PETER STRAUSS, an
    individual; PANDA BEAR
13  INTERNATIONAL, LTD., a Hong Kong
    corporation; PANDA SOLAR SOLUTIONS
14  LLC, a Nevada limited liability corporation;
    DC SOLAR INTERNATIONAL, INC., a
15  Nevis corporation; BAYSHORE SELECT
    INSURANCE, a Bahamian Corporation;
16  CHAMPION SELECT INSURANCE, a
    Bahamian Corporation; JPLM DYNASTY
17  TRUST, a Cook Island Trust; BILLIE JEAN
    TRUST, a Cook Island Trust; SOUTHPAC
18  INTERNATIONAL, INC., a Cook Islands
    Corporation,
19
                    Defendants.
20

21          IT IS HEREBY STIPULATED by and between Solarmore Management Services,

22  Inc. ("Solarmore") and Ahern Rentals, Inc. (hereafter, the "Defendants") (collectively, the

23  "Parties"), either for themselves or by and through their respective counsel, that:

24          Solarmore filed its First Amended Complaint in this Court on December 18, 2020.

25  The Defendants were personally served or waived service on various dates in January 2021;

26

27

28                                          2      **STIPULATION FOR EXTENDING TIME FOR
                                                   DEFENDANTS TO RESPOND TO FIRST
                                                   AMENDED COMPLAINT AND ORDER**

120512166.v2

1    A number of the Defendants executed waivers of service for the First Amended

2  Complaint, which meant that their responses to Solarmore's First Amended Complaint were

3  not due until March 22, 2021, at the earliest;

4    Solarmore had previously agreed with various Defendants that had been personally

5  served to extend the deadlines to respond to Solarmore's First Amended Complaint for

6  roughly 28 days until late-March 2021; and

7    Counsel for Solarmore and the Defendants have met and conferred regarding the

8  Defendants' deadline to respond to Solarmore's First Amended Complaint, and the Parties

9  have agreed to extend this deadline to April 22, 2021.  In light of the agreed upon extension,

10  the Parties have also agreed that it is in the best interest of the Parties and this Court to also

11  extend the Parties' deadline to submit a joint status report that includes the Rule 26(f)

12  discovery plan to May 21, 2021.

13    This is the first request for an extension.

14    THEREFORE, pursuant to L. R. 143 and 144, the Parties hereby stipulate to extend

15  the time for the Defendants to respond to Solarmore's First Amended Complaint as follows:

16    1.    The deadline for the Defendants to answer, object or otherwise respond to

17  Solarmore Management Services, Inc.'s First Amended Complaint shall be April 22, 2021.

18    2.    The deadline for the Parties to submit to the Court a joint status report that

19  includes the Rule 26(f) discovery plan shall be May 21, 2021.

20    **IT IS SO STIPULATED.**

21

22

23

24

25

26

27

28

Snell & Wilmer
─── L.L.P. ───
law offices
50 West Liberty Street, Suite 510
Reno, Nevada 89501

3    **STIPULATION FOR EXTENDING TIME FOR
DEFENDANTS TO RESPOND TO FIRST
AMENDED COMPLAINT AND ORDER**

120512166.v2

1

2

DATED: March 18, 2021                          **SNELL & WILMER L.L.P.**

3                                              By: */s/ Nathan G. Kanute*
                                                   Nathan G. Kanute
4                                                  50 W. Liberty Street, Suite 510
                                                   Reno, NV  89501

5                                                  Don Bivens *(admitted pro hac vice)*
                                                   One Arizona Center, Suite 1900
6                                                  400 East Van Buren Street
                                                   Phoenix, AZ 85004-2202

7                                                  *Attorneys for Plaintiff*

8

9       DATED: March 16, 2021                      **FOX ROTHSCHILD LLP**

10

11                                             By: /s/ *Jaemin Chang*
                                                   Jaemin Chang (SBN 232612)
12                                                 345 California Street, Suite 2200
                                                   San Francisco, CA  94014

13

14                                                 *Attorneys for Defendant*
                                                   AHERN RENTALS, INC.

15

16      **IT IS SO ORDERED.**

17

18      DATED: March 18, 2021                   /s/ John A. Mendez

19                                              THE HONORABLE JOHN A. MENDEZ
                                                UNITED STATES DISTRICT COURT JUDGE
20

21

22

23

24

25

26

27

28                                             4    **STIPULATION FOR EXTENDING TIME FOR
                                                    DEFENDANTS TO RESPOND TO FIRST
                                                    AMENDED COMPLAINT AND ORDER**

120512166.v2