Nathan G. Kanute (CA Bar No. 300946)
SNELL & WILMER L.L.P.
50 West Liberty Street, Suite 510
Reno, Nevada 89501
Telephone: 775-785-5440
E-Mail: nkanute@swlaw.com

Don Bivens *(admitted pro hac vice)*
(AZ Bar No. 005134)
SNELL & WILMER L.L.P.
One Arizona Center, Suite 1900
400 East Van Buren Street
Phoenix, AZ 85004-2202
Telephone: (602) 382-6000
Email: dbivens@swlaw.com

*Attorneys for Plaintiff*

# IN THE UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SOLARMORE MANAGEMENT SERVICES, INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>JEFF CARPOFF and PAULETTE CARPOFF, husband and wife; LAUREN CARPOFF, an individual; ROBERT V. AMATO, an individual; PRISCILLA AMATO, an individual; ROBERT KARMANN, an individual; RONALD J. ROACH, an individual; JOSEPH BAYLISS, an individual; BAYLISS INNOVATIVE SERVICES, INC., a California corporation; ARI J. LAUER, an individual; LAW OFFICES OF ARI J. LAUER; ALAN HANSEN; an individual; SEBASTIAN JANO, an individual; STEVE WILDE, an individual; RYAN GUIDRY, an individual; CARRIE CARPOFF-BODEN, an individual; PATRICK MOORE, an individual; HALO MANAGEMENT SERVICES LLC, a Nevada limited liability company; ALVAREZ & MARSAL VALUATION SERVICES, LLC, a Delaware limited liability company; BARRY HACKER, an individual; MARSHALL & STEVENS, INC., a Delaware corporation; COHNREZNICK | Case No. 2:19-cv-02544-JAM-DB<br><br>**STIPULATION FOR EXTENDING TIME FOR BARRY HACKER TO RESPOND TO FIRST AMENDED COMPLAINT AND ORDER**<br><br>Complaint Served: January 29, 2021<br>Response Deadline: March 30, 2021<br>New Response Deadline: May 12, 2021 |

1

| | |
|---|---|
| 1<br>2<br>3<br>4<br>5<br>6<br>7<br>8<br>9<br>10<br>11<br>12<br>13<br>14<br>15<br>16<br>17<br>18<br>19<br>20 | CAPITAL MARKETS SECURITIES, LLC, a Maryland limited liability company; FALLBROOK CAPITAL SECURITIES CORPORATION, a Florida corporation; SCOTT WENTZ, an individual; RAINA YEE, an individual; VISTRA INTERNATIONAL EXPANSION (USA) INC., fka RADIUS GGE (USA), INC., fka HIGH STREET PARTNERS INC., a Maryland corporation; RADIUS GGE (USA), INC., fka HIGH STREET PARTNERS INC., a Maryland corporation; MONTAGE SERVICES, INC., a California corporation; HERITAGE BANK OF COMMERCE, a California corporation; DIANA KERSHAW, an individual; CARSON TRAILER, INC., a California corporation; DAVID ENDRES, an individual; AHERN RENTALS INC., a Nevada corporation, AHERN AD, LLC, a Nevada limited liability company; EVAN AHERN, an individual; THE STRAUSS LAW FIRM, LLC, a South Carolina limited liability company; PETER STRAUSS, an individual; PANDA BEAR INTERNATIONAL, LTD., a Hong Kong corporation; PANDA SOLAR SOLUTIONS LLC, a Nevada limited liability corporation; DC SOLAR INTERNATIONAL, INC., a Nevis corporation; BAYSHORE SELECT INSURANCE, a Bahamian Corporation; CHAMPION SELECT INSURANCE, a Bahamian Corporation; JPLM DYNASTY TRUST, a Cook Island Trust; BILLIE JEAN TRUST, a Cook Island Trust; SOUTHPAC INTERNATIONAL, INC., a Cook Islands Corporation,<br><br>                    Defendants. |

IT IS HEREBY STIPULATED by and between Solarmore Management Services, Inc. ("Solarmore") and Barry Hacker ("Defendant") (collectively, the "Parties"), either for themselves or by and through their respective counsel, that:

Solarmore filed its First Amended Complaint in this Court on December 18, 2020. The Defendant's waiver of service was requested on January 29, 2021;

Since Defendant executed a waiver of service for the First Amended Complaint, his response to Solarmore's First Amended Complaint is not due until March 30, 2021;

2  **STIPULATION FOR EXTENDING TIME FOR BARRY HACKER TO RESPOND TO FIRST AMENDED COMPLAINT AND ORDER**

4832-3679-8690

Counsel for Solarmore and the Defendant have met and conferred regarding the Defendant's deadline to respond to Solarmore's First Amended Complaint, and the Parties have agreed to extend this deadline to May 12, 2021. In light of the agreed upon extension, the Parties have also agreed that it is in the best interest of the Parties and this Court to also extend the Parties' deadline to submit a joint status report that includes the Rule 26(f) discovery plan to May 21, 2021.

This is the first request for an extension.

THEREFORE, pursuant to L. R. 143 and 144, the Parties hereby stipulate to extend the time for the Defendant to respond to Solarmore's First Amended Complaint as follows:

1. The deadline for the Defendant to answer, object or otherwise respond to Solarmore Management Services, Inc.'s First Amended Complaint shall be May 12, 2021.

2. The deadline for the Parties to submit to the Court a joint status report that includes the Rule 26(f) discovery plan shall be May 21, 2021.

**IT IS SO STIPULATED.**

DATED: March 30, 2021

**SNELL & WILMER L.L.P.**

By: */s/ Nathan G. Kanute*
   Nathan G. Kanute
   50 W. Liberty Street, Suite 510
   Reno, NV  89501

   Don Bivens *(admitted pro hac vice)*
   One Arizona Center, Suite 1900
   400 East Van Buren Street
   Phoenix, AZ 85004-2202

   *Attorneys for Plaintiff*

DATED: March 30, 2021

**HOMER BONNER JACOBS ORTIZ, P.A.**

By: /s/Andrew Herron (with permission)
   Andrew R. Herron *(pro hac vice application forthcoming)*
   1200 Four Seasons Tower
   1441 Brickell Ave
   Miami FL  33131

   *Attorneys for Barry Hacker*

3  **STIPULATION FOR EXTENDING TIME FOR BARRY HACKER TO RESPOND TO FIRST AMENDED COMPLAINT AND ORDER**

4832-3679-8690

**IT IS SO ORDERED.**

DATED: March 31, 2021

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE

4   **STIPULATION FOR EXTENDING TIME FOR BARRY HACKER TO RESPOND TO FIRST AMENDED COMPLAINT AND ORDER**

4832-3679-8690