1  Nathan G. Kanute (CA Bar No. 300946)
   SNELL & WILMER L.L.P.
2  50 West Liberty Street, Suite 510
   Reno, Nevada 89501
3  Telephone: 775-785-5440
   E-Mail: nkanute@swlaw.com
4
   Don Bivens *(admitted pro hac vice)*
5  (AZ Bar No. 005134)
   SNELL & WILMER L.L.P.
6  One Arizona Center, Suite 1900
   400 East Van Buren Street
7  Phoenix, AZ 85004-2202
   Telephone: (602) 382-6000
8  Email: dbivens@swlaw.com

9  *Attorneys for Plaintiff*

10

11

12

## IN THE UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

13  SOLARMORE MANAGEMENT
    SERVICES, INC., a California corporation,
14
                        Plaintiff,
15
    v.
16
    JEFF CARPOFF and PAULETTE
17  CARPOFF, husband and wife; LAUREN
    CARPOFF, an individual; ROBERT V.
18  AMATO, an individual; PRISCILLA
    AMATO, an individual; ROBERT
19  KARMANN, an individual; RONALD J.
    ROACH, an individual; JOSEPH BAYLISS,
20  an individual; BAYLISS INNOVATIVE
    SERVICES, INC., a California corporation;
21  ARI J. LAUER, an individual; LAW
    OFFICES OF ARI J. LAUER; ALAN
22  HANSEN; an individual; SEBASTIAN
    JANO, an individual; STEVE WILDE, an
23  individual; RYAN GUIDRY, an
    individual; CARRIE CARPOFF-BODEN, an individual;
24  PATRICK MOORE, an individual; HALO
    MANAGEMENT SERVICES LLC, a
25  Nevada limited liability company;
    ALVAREZ & MARSAL VALUATION
26  SERVICES, LLC, a Delaware limited
    liability company; BARRY HACKER, an
27  individual; MARSHALL & STEVENS, INC.,
    a Delaware corporation; COHNREZNICK
28

Case No. 2:19-cv-02544-JAM-DB

**STIPULATION FOR EXTENDING TIME FOR DEFENDANT CARSON TRAILER, INC. TO RESPOND TO FIRST AMENDED COMPLAINT AND ORDER**

Complaint Served: Various Dates
Response Deadline: Various Dates
New Response Deadline: April 22, 2021

1

Snell & Wilmer
L.L.P.
LAW OFFICES
50 W. Liberty Street, Suite 510
Reno, Nevada 89501
775.785.5440

1  CAPITAL MARKETS SECURITIES, LLC, a
   Maryland limited liability company;
2  FALLBROOK CAPITAL SECURITIES
   CORPORATION, a Florida corporation;
3  SCOTT WENTZ, an individual; RAINA
   YEE, an individual; VISTRA
4  INTERNATIONAL EXPANSION (USA)
   INC., fka RADIUS GGE (USA), INC., fka
5  HIGH STREET PARTNERS INC., a
   Maryland corporation; RADIUS GGE (USA),
6  INC., fka HIGH STREET PARTNERS INC.,
   a Maryland corporation; MONTAGE
7  SERVICES, INC., a California corporation;
   HERITAGE BANK OF COMMERCE, a
8  California corporation; DIANA KERSHAW,
   an individual; CARSON TRAILER, INC., a
9  California corporation; DAVID ENDRES, an
   individual; AHERN RENTALS INC., a
10 Nevada corporation, AHERN AD, LLC, a
   Nevada limited liability company; EVAN
11 AHERN, an individual; THE STRAUSS
   LAW FIRM, LLC, a South Carolina limited
12 liability company; PETER STRAUSS, an
   individual; PANDA BEAR
13 INTERNATIONAL, LTD., a Hong Kong
   corporation; PANDA SOLAR SOLUTIONS
14 LLC, a Nevada limited liability corporation;
   DC SOLAR INTERNATIONAL, INC., a
15 Nevis corporation; BAYSHORE SELECT
   INSURANCE, a Bahamian Corporation;
16 CHAMPION SELECT INSURANCE, a
   Bahamian Corporation; JPLM DYNASTY
17 TRUST, a Cook Island Trust; BILLIE JEAN
   TRUST, a Cook Island Trust; SOUTHPAC
18 INTERNATIONAL, INC., a Cook Islands
   Corporation,

19
                            Defendants.
20

21

22     IT IS HEREBY STIPULATED by and between Solarmore Management Services,

23 Inc. ("Solarmore"), and defendant Carson Trailer, Inc. ("Defendant"), (collectively, the

24 "Parties"), either for themselves or by and through their respective counsel, that:

25     Solarmore filed its First Amended Complaint in this Court on December 18, 2020.

26 The Defendant was personally served on January 29, 2021;

27 ///

28                              2    **STIPULATION FOR EXTENDING TIME FOR**
                                     **DEFENDANT CARSON TRAILER, INC. TO**
                                     **RESPOND TO FIRST AMENDED COMPLAINT**
                                     **AND ORDER**

Snell & Wilmer
L.L.P.
LAW OFFICES
50 West Liberty Street, Suite 510
Reno, Nevada 89501

A number of the other defendants executed waivers of service for the First Amended Complaint, which meant that their responses to Solarmore's First Amended Complaint were not due until March 22, 2021, at the earliest;

Solarmore had previously agreed with various other defendants that had been personally served to extend the deadlines to respond to Solarmore's First Amended Complaint for roughly 28 days until late-March 2021; and

Counsel for Solarmore and other defendants met and conferred regarding the defendants' deadline to respond to Solarmore's First Amended Complaint, and they agreed to extend this deadline to April 22, 2021. Subsequently, several defendants have met and conferred with Solarmore's counsel to continue the deadline to respond to May 12, 2021. Counsel for Solarmore and Defendant also met and conferred and agreed to extend Defendant's deadline to respond to the First Amended Complaint to May 12, 2021, consistent with the other defendants. Moreover, in light of the agreed upon extension, the Parties have also agreed that it is in the best interest of the Parties and this Court to also extend the Parties' deadline to submit a joint status report that includes the Rule 26(f) discovery plan to May 21, 2021.

This is the first request for an extension for this Defendant.

///
///
///
///
///
///
///
///
///
///

3    STIPULATION FOR EXTENDING TIME FOR DEFENDANT CARSON TRAILER, INC. TO RESPOND TO FIRST AMENDED COMPLAINT AND ORDER

Snell & Wilmer

L.L.P.

Law offices
50 West Liberty Street, Suite 510
Reno, Nevada 89501

1       **THEREFORE**, pursuant to Local Rules 143 and 144, the Parties hereby stipulate to

2   extend the time for Defendant to respond to Solarmore's First Amended Complaint as

3   follows:

4       1.    The deadline for Defendant to answer, object or otherwise respond to

5   Solarmore Management Services, Inc.'s First Amended Complaint shall be May 12, 2021.

6       2.    The deadline for the Parties to submit to the Court a joint status report that

7   includes the Rule 26(f) discovery plan shall be May 21, 2021.

8       **IT IS SO STIPULATED.**

9

10   Dated: April 5, 2021                     **SNELL & WILMER** L.L.P.

11                                   By: */s/ Nathan G. Kanute*

12                                       Nathan G. Kanute
                                         50 W. Liberty Street, Suite 510

13                                       Reno, NV  89501

14                                       Don Bivens *(admitted pro hac vice)*
                                         One Arizona Center, Suite 1900

15                                       400 East Van Buren Street
                                         Phoenix, AZ 85004-2202

16                                       *Attorneys for Plaintiff*

17   Dated:  April 5, 2021                  **DEMETRIOU, DEL GUERCIO,**

18                                     **SPRINGER & FRANCIS, LLP**

19

20                                   By:   */s/ Jennifer T. Taggart*

21                                       Jennifer T. Taggart, *Attorneys for
                                         Carson Trailer, Inc.*

22

23       **IT IS SO ORDERED.**

24

25   Dated:  April 5, 2021                  /s/ John A. Mendez

26                              THE HONORABLE JOHN A. MENDEZ

27                              UNITED STATES DISTRICT COIRT JUDGE

28                       4     **STIPULATION FOR EXTENDING TIME FOR
     DEFENDANT CARSON TRAILER, INC. TO
     RESPOND TO FIRST AMENDED COMPLAINT
     AND ORDER**

*Snell & Wilmer*
L.L.P.
LAW OFFICES
50 West Liberty Street, Suite 510
Reno, Nevada 89501