Nathan G. Kanute (CA Bar No. 300946)
SNELL & WILMER L.L.P.
50 West Liberty Street, Suite 510
Reno, Nevada 89501
Telephone: 775-785-5440
E-Mail: nkanute@swlaw.com

Don Bivens *(admitted pro hac vice)*
(AZ Bar No. 005134)
SNELL & WILMER L.L.P.
One Arizona Center, Suite 1900
400 East Van Buren Street
Phoenix, AZ 85004-2202
Telephone: (602) 382-6000
Email: dbivens@swlaw.com

*Attorneys for Plaintiff*

# IN THE UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SOLARMORE MANAGEMENT SERVICES, INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>JEFF CARPOFF and PAULETTE CARPOFF, husband and wife; LAUREN CARPOFF, an individual; ROBERT V. AMATO, an individual; PRISCILLA AMATO, an individual; ROBERT KARMANN, an individual; RONALD J. ROACH, an individual; JOSEPH BAYLISS, an individual; BAYLISS INNOVATIVE SERVICES, INC., a California corporation; ARI J. LAUER, an individual; LAW OFFICES OF ARI J. LAUER; ALAN HANSEN; an individual; SEBASTIAN JANO, an individual; STEVE WILDE, an individual; RYAN GUIDRY, an individual; CARRIE CARPOFF-BODEN, an individual; PATRICK MOORE, an individual; HALO MANAGEMENT SERVICES LLC, a Nevada limited liability company; ALVAREZ & MARSAL VALUATION SERVICES, LLC, a Delaware limited liability company; BARRY HACKER, an individual; MARSHALL & STEVENS, INC., a Delaware corporation; COHNREZNICK CAPITAL MARKETS SECURITIES, LLC, a | Case No. 2:19-cv-02544-JAM-DB<br><br>**STIPULATION FOR EXTENDING TIME FOR DEFENDANTS TO RESPOND TO FIRST AMENDED COMPLAINT AND ORDER**<br><br>Complaint Served: Various Dates<br>Response Deadline: Various Dates<br>New Response Deadline: May 12, 2021 |

1

| | |
|---|---|
| 1<br>2<br>3<br>4<br>5<br>6<br>7<br>8<br>9<br>10<br>11<br>12<br>13<br>14<br>15<br>16<br>17<br>18 | Maryland limited liability company; FALLBROOK CAPITAL SECURITIES CORPORATION, a Florida corporation; SCOTT WENTZ, an individual; RAINA YEE, an individual; VISTRA INTERNATIONAL EXPANSION (USA) INC., fka RADIUS GGE (USA), INC., fka HIGH STREET PARTNERS INC., a Maryland corporation; RADIUS GGE (USA), INC., fka HIGH STREET PARTNERS INC., a Maryland corporation; MONTAGE SERVICES, INC., a California corporation; HERITAGE BANK OF COMMERCE, a California corporation; DIANA KERSHAW, an individual; CARSON TRAILER, INC., a California corporation; DAVID ENDRES, an individual; AHERN RENTALS INC., a Nevada corporation, AHERN AD, LLC, a Nevada limited liability company; EVAN AHERN, an individual; THE STRAUSS LAW FIRM, LLC, a South Carolina limited liability company; PETER STRAUSS, an individual; PANDA BEAR INTERNATIONAL, LTD., a Hong Kong corporation; PANDA SOLAR SOLUTIONS LLC, a Nevada limited liability corporation; DC SOLAR INTERNATIONAL, INC., a Nevis corporation; BAYSHORE SELECT INSURANCE, a Bahamian Corporation; CHAMPION SELECT INSURANCE, a Bahamian Corporation; JPLM DYNASTY TRUST, a Cook Island Trust; BILLIE JEAN TRUST, a Cook Island Trust; SOUTHPAC INTERNATIONAL, INC., a Cook Islands Corporation, |
| 19 | Defendants. |

IT IS HEREBY STIPULATED by and between Plaintiff Solarmore Management Services, Inc. ("Solarmore") and Defendants CohnReznick Capital Market Securities, LLC, Fallbrook Capital Securities Corporation, Alvarez & Marsal Valuation Services, LLC, Montage Services, Inc., Scott Wentz, Raina Yee, Barry Hacker, Vistra International Expansion (USA) Inc., Radius GGE (USA), Inc., and Ahern Rentals, Inc. (hereafter, the "Defendants") (collectively, the "Parties"), either for themselves or by and through their respective counsel, that:

Solarmore filed its First Amended Complaint in this Court on December 18, 2020. The Defendants were personally served or waived service on various dates in January 2021;

A number of the Defendants executed waivers of service for the First Amended Complaint, which meant that their responses to Solarmore's First Amended Complaint were not due until March 22, 2021, at the earliest;

Solarmore had previously agreed with various Defendants that had been personally served to extend the deadlines to respond to Solarmore's First Amended Complaint for roughly 28 days until late March 2021;

In the interest of having Defendants' various responsive pleadings or motions to dismiss due on the same date, and thus Solarmore's various oppositions and replies also due on the same date, Solarmore and certain Defendants stipulated to an extension of the deadline for Defendants to respond to the First Amended Complaint until April 22, 2021. *See* ECF Doc. No. 71;

Following subsequent agreements between Solarmore and other defendants extending the response deadline for those defendants to May 12, 2021, *see* ECF Nos. 79, 81, Counsel for Solarmore and the undersigned Defendants have agreed that Defendants' deadline to respond to Solarmore's First Amended Complaint shall also be extended to May 12, 2021;

Additionally, given the numerous legal issues and causes of action asserted against Defendants, Solarmore and Defendants have agreed to, and hereby request, a modest modification of the page limits for briefing on Defendants' motions to dismiss as follows: twenty (20) pages for Defendants' initial motions; twenty (20) pages for Solarmore's oppositions, and ten (10) pages for Defendants' replies; and

Finally, the Parties have agreed that it is in the best interests of the Parties and this Court that all discovery and the Rule 26(f) conference be stayed until 30 days after either (a) the hearing on Defendants' motions to dismiss, or (b) the hearing date is taken off the Court's calendar and the motions are deemed submitted on the papers.

This is the second request for an extension.

THEREFORE, pursuant to L. R. 143 and 144, the Parties hereby stipulate as follows:

1. The deadline for the Defendants to answer, object, or otherwise respond to Solarmore Management Services, Inc.'s First Amended Complaint shall be May 12, 2021. Defendants' motion briefs shall be limited to twenty (20) pages.

2. The deadline for Solarmore to file its oppositions to Defendants' motions to dismiss shall be July 12, 2021. Solarmore's oppositions shall be limited to twenty (20) pages.

3. The deadline for Defendants to file replies shall be August 2, 2021. Defendants' replies shall be limited to ten (10) pages.

4. All discovery and the Rule 26(f) conference between the Parties shall be stayed until 30 days after either (a) the hearing on Defendants' motions to dismiss, or (b) the hearing date is taken off the calendar and the motions are deemed submitted on the papers.

**IT IS SO STIPULATED.**

DATED: April 9, 2021                    SNELL & WILMER L.L.P.

By: /s/*Nathan G. Kanute*
Nathan G. Kanute
50 W. Liberty Street, Suite 510
Reno, NV 89501

Don Bivens (admitted pro hac vice)
One Arizona Center, Suite 1900
400 East Van Buren Street
Phoenix, AZ 85004-2202

*Attorneys for Plaintiff*

DATED: April 9, 2021

**NELSON MULLINS RILEY & SCARBOROUGH**

By: /s/Lauren Deeb (with permission)
Lauren Deeb
Pacific Gateway, Ste 900
19191 So Vermont Ave
Torrance, CA 90502
*Attorneys for CohnReznick Capital Market Securities, LLC*

DATED: April 9, 2021

**DURIE TANGRI LLP**

By: /s/Henry Huttinger (with permission)
Henry Huttinger
953 East 3rd Street
Los Angeles, CA 90013
Email: mproctor@durietangri.com
*Attorneys for Alvarez & Marsal Valuation Services, LLC*

DATED: April 9, 2021

**KENDALL BRILL & KELLY LLP**

By: /s/Patrick J. Somers (with permission)
Patrick J. Somers
10100 Santa Monica Blvd, Ste 1725
Los Angeles, CA 90067
*Attorneys for Fallbrook Capital Securities Corporation*

DATED: April 9, 2021

**DILLINGHAM & MURPHY, LLP**

By: /s/Dennis J. Kelly (with permission)
Dennis J. Kelly, Esq.
601 Montgomery St, Ste 1900
San Francisco CA 94111
*Attorneys for Montage Services, Inc., Scott Wentz, and Raina Yee*

DATED: April 9, 2021

**QUINN EMANUEL URQUHART & SULLIVAN, LLP**

By: /s/Terry L. Wit (with permission)
Terry L. Wit
50 California St, 22nd Flr
San Francisco CA 94111
*Attorneys for Vistra International Expansion (USA) Inc. and Radius GGE (USA), Inc.*

DATED: April 9, 2021

**HOMER BONNER JACOBS ORTIZ, P.A.**

By: /s/Adam Schwartz (with permission)
Adam L. Schwartz (*pro hac vice application forthcoming*)
1200 Four Seasons Tower
1441 Brickell Ave
Miami, FL 33131
*Attorneys for Barry Hacker*

DATED: April 9, 2021

**FOX ROTHSCHILD LLP**

By: /s/Jaemin Chang (with permission)
Jaemin Chang
345 California Street, Suite 200
San Francisco, CA 94104
*Attorneys for Ahern Rentals, Inc.*

**IT IS SO ORDERED.**

DATED: April 9, 2021                    /s/ John A. Mendez
                                        THE HONORABLE JOHN A. MENDEZ
                                        UNITED STATES DISTRICT COURT JUDGE