Nathan G. Kanute (CA Bar No. 300946)
SNELL & WILMER L.L.P.
50 West Liberty Street, Suite 510
Reno, Nevada 89501
Telephone: 775-785-5440
E-Mail: nkanute@swlaw.com

Don Bivens *(admitted pro hac vice)*
(AZ Bar No. 005134)
SNELL & WILMER L.L.P.
One Arizona Center, Suite 1900
400 East Van Buren Street
Phoenix, AZ 85004-2202
Telephone: (602) 382-6000
Email: dbivens@swlaw.com

*Attorneys for Plaintiff*

# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SOLARMORE MANAGEMENT SERVICES, INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>JEFF CARPOFF and PAULETTE CARPOFF, husband and wife; LAUREN CARPOFF, an individual; ROBERT V. AMATO, an individual; PRISCILLA AMATO, an individual; ROBERT KARMANN, an individual; RONALD J. ROACH, an individual; JOSEPH BAYLISS, an individual; BAYLISS INNOVATIVE SERVICES, INC., a California corporation; ARI J. LAUER, an individual; LAW OFFICES OF ARI J. LAUER; ALAN HANSEN; an individual; SEBASTIAN JANO, an individual; STEVE WILDE, an individual; RYAN GUIDRY, an individual; CARRIE CARPOFF-BODEN, an individual; PATRICK MOORE, an individual; HALO MANAGEMENT SERVICES LLC, a Nevada limited liability company; ALVAREZ & MARSAL VALUATION SERVICES, LLC, a Delaware limited liability company; BARRY HACKER, an individual; MARSHALL & STEVENS, INC., a Delaware corporation; COHNREZNICK CAPITAL MARKETS SECURITIES, LLC, a | Case No. 2:19-cv-02544-JAM-DB<br><br>**STIPULATION FOR EXTENDING TIME FOR DEFENDANTS TO RESPOND TO FIRST AMENDED COMPLAINT AND ORDER**<br><br>Complaint Served: Various Dates<br>Response Deadline: Various Dates<br>New Response Deadline: May 12, 2021 |

1  Maryland limited liability company; FALLBROOK CAPITAL SECURITIES
2  CORPORATION, a Florida corporation; SCOTT WENTZ, an individual; RAINA
3  YEE, an individual; VISTRA INTERNATIONAL EXPANSION (USA)
4  INC., fka RADIUS GGE (USA), INC., fka HIGH STREET PARTNERS INC., a
5  Maryland corporation; RADIUS GGE (USA), INC., fka HIGH STREET PARTNERS INC.,
6  a Maryland corporation; MONTAGE SERVICES, INC., a California corporation;
7  HERITAGE BANK OF COMMERCE, a California corporation; DIANA KERSHAW,
8  an individual; CARSON TRAILER, INC., a California corporation; DAVID ENDRES, an
9  individual; AHERN RENTALS INC., a Nevada corporation, AHERN AD, LLC, a
10 Nevada limited liability company; EVAN AHERN, an individual; THE STRAUSS
11 LAW FIRM, LLC, a South Carolina limited liability company; PETER STRAUSS, an
12 individual; PANDA BEAR INTERNATIONAL, LTD., a Hong Kong
13 corporation; PANDA SOLAR SOLUTIONS LLC, a Nevada limited liability corporation;
14 DC SOLAR INTERNATIONAL, INC., a Nevis corporation; BAYSHORE SELECT
15 INSURANCE, a Bahamian Corporation; CHAMPION SELECT INSURANCE, a
16 Bahamian Corporation; JPLM DYNASTY TRUST, a Cook Island Trust; BILLIE JEAN
17 TRUST, a Cook Island Trust; SOUTHPAC INTERNATIONAL, INC., a Cook Islands
18 Corporation,

19              Defendants.

20     IT IS HEREBY STIPULATED by and between Solarmore Management Services,

21 Inc. ("Solarmore") and Sebastian Jano, Ari J. Lauer, Law Offices of Ari J. Lauer, Robert

22 V. Amato, Lauren Carpoff, Carrie Carpoff-Boden, Steve Wilde, David Endres, and

23 Marshall & Stevens, Inc. (hereafter, the "Defendants") (collectively, the "Parties"), either

24 for themselves or by and through their respective counsel, that:

25     Solarmore filed its First Amended Complaint in this Court on December 18, 2020.

26 The Defendants were personally served or waived service on various dates in January 2021;

A number of the Defendants executed waivers of service for the First Amended Complaint, which meant that their responses to Solarmore's First Amended Complaint were not due until March 22, 2021, at the earliest;

Solarmore had previously agreed with various Defendants that had been personally served to extend the deadlines to respond to Solarmore's First Amended Complaint for roughly 28 days until late-March 2021;

In the interest of having Defendants' various responsive pleadings or motions to dismiss due on the same date, and thus Solarmore's various oppositions and replies also due on the same date, Solarmore and certain Defendants stipulated to an extension of the deadline for Defendants to respond to the First Amended Complaint until April 22, 2021.

Following subsequent agreements between Solarmore and other defendants extending the response deadline for those defendants to May 12, 2021, *see* ECF Nos. 79, 81, Counsel for Solarmore and the undersigned Defendants have agreed that Defendants' deadline to respond to Solarmore's First Amended Complaint shall also be extended to May 12, 2021;

Additionally, given the numerous legal issues and causes of action asserted against Defendants, Solarmore and Defendants have agreed to, and hereby request, a modest modification of the page limits for briefing if Defendants' decide to file motions to dismiss rather than answer the First Amended Complaint as follows: twenty (20) pages for Defendants' initial motions; twenty (20) pages for Solarmore's oppositions, and ten (10) pages for Defendants' replies; and

Finally, the Parties have agreed that it is in the best interests of the Parties and this Court that all discovery and the Rule 26(f) conference be stayed until 30 days after either (a) the hearing on Defendants' motions to dismiss, or (b) the hearing date is taken off the Court's calendar and the motions are deemed submitted on the papers.

This is the second request for an extension.

THEREFORE, pursuant to L. R. 143 and 144, the Parties hereby stipulate to extend the time for the Defendants to respond to Solarmore's First Amended Complaint as follows:

1. The deadline for the Defendants to answer, object, or otherwise respond to Solarmore Management Services, Inc.'s First Amended Complaint shall be May 12, 2021. Defendants' motion briefs, should any Defendant choose to file a motion, shall be limited to twenty (20) pages.

2. The deadline for Solarmore to file its oppositions to Defendants' motions to dismiss, if any are filed, shall be July 12, 2021. Solarmore's oppositions shall be limited to twenty (20) pages.

3. The deadline for Defendants to file replies shall be August 2, 2021. Defendants' replies shall be limited to ten (10) pages.

4. All discovery and the Rule 26(f) conference between the Parties shall be stayed until 30 days after either (a) the hearing on Defendants' motions to dismiss, or (b) the hearing date is taken off the calendar and the motions are deemed submitted on the papers.

**IT IS SO STIPULATED.**

DATED: April 19, 2021

**SNELL & WILMER L.L.P.**

By: */s/ Nathan G. Kanute*
Nathan G. Kanute
50 W. Liberty Street, Suite 510
Reno, NV 89501

Don Bivens *(admitted pro hac vice)*
One Arizona Center, Suite 1900
400 East Van Buren Street
Phoenix, AZ 85004-2202

*Attorneys for Plaintiff*

/s/Carrie Carpoff-Boden (with permission)   Dated: April 15, 2021

4   **STIPULATION FOR EXTENDING TIME FOR DEFENDANTS TO RESPOND TO FIRST AMENDED COMPLAINT AND ORDER**

**Carrie Carpoff-Boden**
Dated: April 15, 2021

**G&B LAW, LLP**

By:/s/James R. Felton (with permission)___
James R. Felton
16000 Ventura Blvd, Ste 1000
Encino CA  91436

*Attorneys for Marshall & Stevens, Inc.*

Dated: April 13, 2021

**MINTZ, LEVIN, COHN, FERRIS, GLOVSKY AND POPEO, P.C.**

By: /s/Evan S. Nadel (with permission)
Evan S. Nadel
44 Montgomery St, 36th Flr
San Francisco CA  94104

*Attorneys for Steve Wilde*

Dated: April 12, 2021

**SMITH MCDOWELL & POWELL**

By:/s/C. Jason Smith (with permission)
C. Jason Smith
100 Howe Avenue, Suite 208 South
Sacramento, CA  95825

*Attorneys for David Endres*


/s/Lauren Carpoff (with permission)
**Lauren Carpoff**
Dated: April 13, 2021_____

/s/Robert V. Amato (with permission)
**Robert V. Amato**
Dated: April 15, 2021

**Sebastian Jano**
Dated: April __, 2021___

/s/Ari J. Lauer (with permission)
**Ari J. Lauer**
Dated: April 12, 2021

/s/Ari J. Lauer (with permission)
**The Law Office of Ari J. Lauer**
Dated: April 12, 2021

**IT IS SO ORDERED.**

DATED: April 19, 2021                /s/ John A. Mendez
_____
THE HONORABE JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE