Nathan G. Kanute (CA Bar No. 300946)
SNELL & WILMER L.L.P.
50 West Liberty Street, Suite 510
Reno, Nevada 89501
Telephone: 775-785-5440
E-Mail: nkanute@swlaw.com

Don Bivens *(admitted pro hac vice)*
(AZ Bar No. 005134)
SNELL & WILMER L.L.P.
One Arizona Center, Suite 1900
400 East Van Buren Street
Phoenix, AZ 85004-2202
Telephone: (602) 382-6000
Email: dbivens@swlaw.com

*Attorneys for Plaintiff*

# IN THE UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SOLARMORE MANAGEMENT SERVICES, INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>JEFF CARPOFF and PAULETTE CARPOFF, husband and wife; LAUREN CARPOFF, an individual; ROBERT V. AMATO, an individual; PRISCILLA AMATO, an individual; ROBERT KARMANN, an individual; RONALD J. ROACH, an individual; JOSEPH BAYLISS, an individual; BAYLISS INNOVATIVE SERVICES, INC., a California corporation; ARI J. LAUER, an individual; LAW OFFICES OF ARI J. LAUER; ALAN HANSEN; an individual; SEBASTIAN JANO, an individual; STEVE WILDE, an individual; RYAN GUIDRY, an individual; CARRIE CARPOFF-BODEN, an individual; PATRICK MOORE, an individual; HALO MANAGEMENT SERVICES LLC, a Nevada limited liability company; ALVAREZ & MARSAL VALUATION SERVICES, LLC, a Delaware limited liability company; BARRY HACKER, an individual; MARSHALL & STEVENS, INC., a Delaware corporation; COHNREZNICK CAPITAL MARKETS SECURITIES, LLC, a | Case No. 2:19-cv-02544-JAM-DB<br><br>**STIPULATION FOR EXTENDING TIME FOR DEFENDANTS TO RESPOND TO FIRST AMENDED COMPLAINT AND ORDER**<br><br>Complaint Served: Various Dates<br>Response Deadline: Various Dates<br>New Response Deadline: July 12, 2021 |

1

Snell & Wilmer
L.L.P.
law offices
50 West Liberty Street
Suite 510
Reno, Nevada 89501

| | |
|---|---|
| 1 | Maryland limited liability company; FALLBROOK CAPITAL SECURITIES |
| 2 | CORPORATION, a Florida corporation; SCOTT WENTZ, an individual; RAINA |
| 3 | YEE, an individual; VISTRA INTERNATIONAL EXPANSION (USA) |
| 4 | INC., fka RADIUS GGE (USA), INC., fka HIGH STREET PARTNERS INC., a |
| 5 | Maryland corporation; RADIUS GGE (USA), INC., fka HIGH STREET PARTNERS INC., |
| 6 | a Maryland corporation; MONTAGE SERVICES, INC., a California corporation; |
| 7 | HERITAGE BANK OF COMMERCE, a California corporation; DIANA KERSHAW, |
| 8 | an individual; CARSON TRAILER, INC., a California corporation; DAVID ENDRES, an |
| 9 | individual; AHERN RENTALS INC., a Nevada corporation, AHERN AD, LLC, a |
| 10 | Nevada limited liability company; EVAN AHERN, an individual; THE STRAUSS |
| 11 | LAW FIRM, LLC, a South Carolina limited liability company; PETER STRAUSS, an |
| 12 | individual; PANDA BEAR INTERNATIONAL, LTD., a Hong Kong |
| 13 | corporation; PANDA SOLAR SOLUTIONS LLC, a Nevada limited liability corporation; |
| 14 | DC SOLAR INTERNATIONAL, INC., a Nevis corporation; BAYSHORE SELECT |
| 15 | INSURANCE, a Bahamian Corporation; CHAMPION SELECT INSURANCE, a |
| 16 | Bahamian Corporation; JPLM DYNASTY TRUST, a Cook Island Trust; BILLIE JEAN |
| 17 | TRUST, a Cook Island Trust; SOUTHPAC INTERNATIONAL, INC., a Cook Islands |
| 18 | Corporation, |
| 19 | Defendants. |

IT IS HEREBY STIPULATED by and between Plaintiff Solarmore Management Services, Inc. ("Solarmore") and Defendants CohnReznick Capital Markets Securities, LLC, Fallbrook Capital Securities Corporation, Alvarez & Marsal Valuation Services, LLC Vistra International Expansion (USA) Inc., Radius GGE (USA), Inc., Carson Trailer, Inc., Ahern Rentals Inc., Joseph Bayliss, Bayliss Innovative Services, Inc., and Barry Hacker (hereafter, the "Defendants") (collectively, the "Parties"), either for themselves or by and through their respective counsel, that:

2 **STIPULATION FOR EXTENDING TIME FOR DEFENDANTS TO RESPOND TO FIRST AMENDED COMPLAINT AND ORDER**

Solarmore filed its First Amended Complaint in this Court on December 18, 2020. The Defendants were personally served or waived service on various dates in January 2021;

A number of the Defendants executed waivers of service for the First Amended Complaint, which meant that their responses to Solarmore's First Amended Complaint were not due until March 22, 2021, at the earliest;

Solarmore had previously agreed with various Defendants that had been personally served to extend the deadlines to respond to Solarmore's First Amended Complaint for roughly 28 days until late March 2021;

In the interest of having Defendants' various responsive pleadings or motions to dismiss due on the same date, and thus Solarmore's various oppositions and replies also due on the same date, Solarmore and certain Defendants stipulated to an extension of the deadline for Defendants to respond to the First Amended Complaint until April 22, 2021. *See* ECF Doc. No. 71;

Solarmore and the Defendants further extended the response deadline for the Defendants to May 12, 2021, *see* ECF Nos. 82;

Following subsequent discussions between Solarmore and the Defendants, the Parties agreed, and hereby request, that the undersigned Defendants' deadline to respond to Solarmore's First Amended Complaint shall be extended further to July 12, 2021 and that Solarmore's deadline to respond to any motion to dismiss be set at 60 days, as it previously was by this Court;

Additionally, given the numerous legal issues and causes of action asserted against Defendants, Solarmore and Defendants have agreed to, and the Court has previously approved, a modest modification of the page limits for briefing on Defendants' motions to dismiss as follows: twenty (20) pages for Defendants' initial motions; twenty (20) pages for Solarmore's oppositions, and ten (10) pages for Defendants' replies; and

Finally, the Parties have agreed that it is in the best interests of the Parties and this Court that all discovery and the Rule 26(f) conference be stayed until 30 days after either

(a) the hearing on Defendants' motions to dismiss, or (b) the hearing date is taken off the Court's calendar and the motions are deemed submitted on the papers. The Court has also previously approved this request.

This is the third request for an extension.

THEREFORE, pursuant to L. R. 143 and 144, the Parties hereby stipulate as follows:

1. The deadline for the Defendants to answer, object, or otherwise respond to Solarmore Management Services, Inc.'s First Amended Complaint shall be July 12, 2021. Defendants' motion briefs shall be limited to twenty (20) pages.

2. The deadline for Solarmore to file its oppositions to Defendants' motions to dismiss shall be September 13, 2021. Solarmore's oppositions shall be limited to twenty (20) pages.

3. The deadline for Defendants to file replies shall be October 4, 2021. Defendants' replies shall be limited to ten (10) pages.

4. All discovery and the Rule 26(f) conference between the Parties shall be stayed until 30 days after either (a) the hearing on Defendants' motions to dismiss, or (b) the hearing date is taken off the calendar and the motions are deemed submitted on the papers.

**IT IS SO STIPULATED.**

DATED: May 10, 2021

**SNELL & WILMER L.L.P.**

By: /s/*Nathan G. Kanute*
Nathan G. Kanute
50 W. Liberty Street, Suite 510
Reno, NV 89501

Don Bivens (admitted *pro hac vice*)
One Arizona Center, Suite 1900
400 East Van Buren Street
Phoenix, AZ 85004-2202

*Attorneys for Plaintiff*

| | |
|---|---|
| Dated: May 7, 2021 | Dated: May 7, 2021 |
| **NELSON MULLINS RILEY & SCARBOROUGH LLP** | **KENDALL BRILL & KELLY LLP** |
| By: /s/Lauren Deeb (with permission)<br>Lauren Deeb<br>Scott Sherman<br>Pacific Gateway, Ste 900<br>19191 So Vermont Ave<br>Torrance CA 90502<br><br>*Attorneys for CohnReznick Capital Market Securities, LLC* | By:/s/Patrick Somers (with permission)<br>Patrick J. Somers<br>10100 Santa Monica Blvd, Ste 1725<br>Los Angeles, CA 90067<br><br>*Attorneys for Fallbrook Capital Securities Corporation* |
| Dated: May 10, 2021 | Dated: May 7, 2021 |
| **DURIE TANGRI LLP** | **QUINN EMANUEL URQUHART & SULLIVAN, LLP** |
| By: /s/Michael Proctor (with permission)<br>Michael J. Proctor (SBN 48235)<br>953 East 3rd Street<br>Los Angeles, CA 90013<br><br>*Attorneys for Alvarez & Marsal Valuation Services, LLC* | By: /s/Terry Wit (with permission)<br>Terry L. Wit<br>50 California St, 22nd Flr<br>San Francisco CA 94111<br><br>*Attorneys for Vistra International Expansion (USA) Inc. and Radius GGE (USA), Inc.* |
| Dated: May 10, 2021 | Dated: May 7, 2021 |
| **DEMETRIOU, DEL GUERCIO, SPRINGER & FRANCIS, LLP** | **FOX ROTHSCHILD LLP** |
| By:/s/Jennifer Taggart (with permission)<br>Jennifer T. Taggart<br>915 Wilshire Blvd., Suite 2000<br>Los Angeles, CA 90017<br><br>*Attorneys for Carson Trailer, Inc.* | By:/s/Jaemin Chang (with permission)<br>Jaemin Chang<br>345 California Street, Suite 200<br>San Francisco, CA 94104<br><br>*Attorneys for Ahern Rentals Inc.* |
| Dated: May 10, 2021 | Dated: May 10, 2021 |

/s/Joseph Bayliss (with permission)     /s/Joseph Bayliss (with permission)
**Joseph Bayliss**     **Bayliss Innovative Services, Inc.**

Dated: May 7, 2021

**HOMER BONNER JACOBS ORTIZ, P.A.**

By:/s/Adam L. Schwartz (with permission)
Adam Schwartz, Esq. (admitted *pro hac vice*)
1200 Four Seasons Tower
1441 Brickell Avenue
Miami, FL 33131

and

**BAILEY PLC**
Landon D. Bailey
641 Fulton Avenue, Suite 200
Sacramento, CA 94825

*Attorneys for Barry Hacker*

      **IT IS SO ORDERED.**

Dated: May 10, 2021     /s/ John A. Mendez
                               THE HONORABLE JOHN A. MENDEZ
                               UNITED STATES DISTRICT COURT JUDGE