Nathan G. Kanute (CA Bar No. 300946)
SNELL & WILMER L.L.P.
50 West Liberty Street, Suite 510
Reno, Nevada 89501
Telephone: 775-785-5440
E-Mail: nkanute@swlaw.com

Don Bivens *(admitted pro hac vice)*
(AZ Bar No. 005134)
SNELL & WILMER L.L.P.
One Arizona Center, Suite 1900
400 East Van Buren Street
Phoenix, AZ 85004-2202
Telephone: (602) 382-6000
Email: dbivens@swlaw.com

*Attorneys for Plaintiff*

# IN THE UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SOLARMORE MANAGEMENT SERVICES, INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>JEFF CARPOFF and PAULETTE CARPOFF, husband and wife; LAUREN CARPOFF, an individual; ROBERT V. AMATO, an individual; PRISCILLA AMATO, an individual; ROBERT KARMANN, an individual; RONALD J. ROACH, an individual; JOSEPH BAYLISS, an individual; BAYLISS INNOVATIVE SERVICES, INC., a California corporation; ARI J. LAUER, an individual; LAW OFFICES OF ARI J. LAUER; ALAN HANSEN; an individual; SEBASTIAN JANO, an individual; STEVE WILDE, an individual; RYAN GUIDRY, an individual; CARRIE CARPOFF-BODEN, an individual; PATRICK MOORE, an individual; HALO MANAGEMENT SERVICES LLC, a Nevada limited liability company; ALVAREZ & MARSAL VALUATION SERVICES, LLC, a Delaware limited liability company; BARRY HACKER, an individual; MARSHALL & STEVENS, INC., a Delaware corporation; COHNREZNICK CAPITAL MARKETS SECURITIES, LLC, a | Case No. 2:19-cv-02544-JAM-DB<br><br>**STIPULATION FOR EXTENDING TIME FOR DEFENDANTS TO RESPOND TO FIRST AMENDED COMPLAINT AND ORDER**<br><br>Complaint Served: Various Dates<br>Response Deadline: Various Dates<br>New Response Deadline: July 12, 2021 |

| | |
|---|---|
| 1 | Maryland limited liability company; FALLBROOK CAPITAL SECURITIES |
| 2 | CORPORATION, a Florida corporation; SCOTT WENTZ, an individual; RAINA |
| 3 | YEE, an individual; VISTRA INTERNATIONAL EXPANSION (USA) |
| 4 | INC., fka RADIUS GGE (USA), INC., fka HIGH STREET PARTNERS INC., a |
| 5 | Maryland corporation; RADIUS GGE (USA), INC., fka HIGH STREET PARTNERS INC., |
| 6 | a Maryland corporation; MONTAGE SERVICES, INC., a California corporation; |
| 7 | HERITAGE BANK OF COMMERCE, a California corporation; DIANA KERSHAW, |
| 8 | an individual; CARSON TRAILER, INC., a California corporation; DAVID ENDRES, an |
| 9 | individual; AHERN RENTALS INC., a Nevada corporation, AHERN AD, LLC, a |
| 10 | Nevada limited liability company; EVAN AHERN, an individual; THE STRAUSS |
| 11 | LAW FIRM, LLC, a South Carolina limited liability company; PETER STRAUSS, an |
| 12 | individual; PANDA BEAR INTERNATIONAL, LTD., a Hong Kong |
| 13 | corporation; PANDA SOLAR SOLUTIONS LLC, a Nevada limited liability corporation; |
| 14 | DC SOLAR INTERNATIONAL, INC., a Nevis corporation; BAYSHORE SELECT |
| 15 | INSURANCE, a Bahamian Corporation; CHAMPION SELECT INSURANCE, a |
| 16 | Bahamian Corporation; JPLM DYNASTY TRUST, a Cook Island Trust; BILLIE JEAN |
| 17 | TRUST, a Cook Island Trust; SOUTHPAC INTERNATIONAL, INC., a Cook Islands |
| 18 | Corporation, |
| 19 | Defendants. |

IT IS HEREBY STIPULATED by and between Plaintiff Solarmore Management Services, Inc. ("Solarmore") and Defendants Marshall & Stevens, Inc., David Endres, Carrie Carpoff-Boden, Lauren Carpoff, Ari J. Lauer, and Law Offices of Ari J. Lauer (hereafter, the "Defendants") (collectively, the "Parties"), either for themselves or by and through their respective counsel, that:

Solarmore filed its First Amended Complaint in this Court on December 18, 2020. The Defendants were personally served or waived service on various dates in January 2021;

A number of the Defendants executed waivers of service for the First Amended Complaint, which meant that their responses to Solarmore's First Amended Complaint were not due until March 22, 2021, at the earliest;

Solarmore had previously agreed with various Defendants that had been personally served to extend the deadlines to respond to Solarmore's First Amended Complaint for roughly 28 days until late March 2021;

In the interest of having Defendants' various responsive pleadings or motions to dismiss due on the same date, and thus Solarmore's various oppositions and replies also due on the same date, Solarmore and certain Defendants stipulated to an extension of the deadline for Defendants to respond to the First Amended Complaint until April 22, 2021. *See* ECF Doc. No. 71;

Solarmore and the Defendants further extended the response deadline for the Defendants to May 12, 2021;

Following subsequent discussions between Solarmore and the Defendants, the Parties agreed, and hereby request, that the undersigned Defendants' deadline to respond to Solarmore's First Amended Complaint shall be extended further to July 12, 2021 and that Solarmore's deadline to respond to any motion to dismiss be set at 60 days, as it previously was by this Court;

Additionally, given the numerous legal issues and causes of action asserted against Defendants, Solarmore and Defendants have agreed to, and the Court has previously approved, a modest modification of the page limits for briefing on Defendants' motions to dismiss as follows: twenty (20) pages for Defendants' initial motions; twenty (20) pages for Solarmore's oppositions, and ten (10) pages for Defendants' replies; and

Finally, the Parties have agreed that it is in the best interests of the Parties and this Court that all discovery and the Rule 26(f) conference be stayed until 30 days after either (a) the hearing on Defendants' motions to dismiss, or (b) the hearing date is taken off the

Court's calendar and the motions are deemed submitted on the papers. The Court has also previously approved this request.

This is the third request for an extension.

THEREFORE, pursuant to L. R. 143 and 144, the Parties hereby stipulate as follows:

1. The deadline for the Defendants to answer, object, or otherwise respond to Solarmore Management Services, Inc.'s First Amended Complaint shall be July 12, 2021. Defendants' motion briefs shall be limited to twenty (20) pages.

2. The deadline for Solarmore to file its oppositions to Defendants' motions to dismiss shall be September 13, 2021. Solarmore's oppositions shall be limited to twenty (20) pages.

3. The deadline for Defendants to file replies shall be October 4, 2021. Defendants' replies shall be limited to ten (10) pages.

4. All discovery and the Rule 26(f) conference between the Parties shall be stayed until 30 days after either (a) the hearing on Defendants' motions to dismiss, or (b) the hearing date is taken off the calendar and the motions are deemed submitted on the papers.

**IT IS SO STIPULATED.**

DATED: May 11, 2021      **SNELL & WILMER L.L.P.**

By: /s/*Nathan G. Kanute*
Nathan G. Kanute
50 W. Liberty Street, Suite 510
Reno, NV 89501

Don Bivens (admitted *pro hac vice*)
One Arizona Center, Suite 1900
400 East Van Buren Street
Phoenix, AZ 85004-2202

*Attorneys for Plaintiff*

| | |
|---|---|
| Dated: May 11, 2021 | Dated: May 7, 2021 |
| **SMITH MCDOWELL & POWELL** | **MILLER MILLER GERBER LLP** |
| By: /s/C. Jason Smith (with permission)<br>C. Jason Smith<br>100 Howe Avenue, Suite 208 South<br>Sacramento, CA  95825 | By: /s/Corey Miller (with permission)<br>Corey Miller<br>18301 Von Karman Ave, Ste 950<br>Irvine CA  92612 |
| *Attorneys for David Endres* | *Attorneys for Carrie Carpoff-Boden* |
| Dated: May 7, 2021 | Dated: May 7, 2021 |
| /s/Ari J. Lauer (with permission)<br>**Ari J. Lauer** | /s/Ari J. Lauer (with permission)<br>**The Law Office of Ari J. Lauer** |
| Dated: May 10, 2021 | Dated: May 11, 2021 |
| /s/ Lauren Carpoff (with permission)<br>**Lauren Carpoff** | **G&B Law, LLP**<br><br>By:/s/James R. Felton (with permission)<br>James R. Felton<br>16000 Ventura Blvd, Ste 1000<br>Encino CA  91436<br><br>*Attorneys for Marshall & Stevens, Inc.* |

**IT IS SO ORDERED.**

Dated: May 11, 2021  /s/ John A. Mendez
                     THE HONORABLE JOHN A. MENDEZ
                     UNITED STATES DISTRICT COURT JUDGE