1 Nathan G. Kanute (CA Bar No. 300946)
SNELL & WILMER L.L.P.
2 50 West Liberty Street, Suite 510
Reno, Nevada 89501
3 Telephone: 775-785-5440
E-Mail: nkanute@swlaw.com

Don Bivens *(admitted pro hac vice)*
(AZ Bar No. 005134)
SNELL & WILMER L.L.P.
One Arizona Center, Suite 1900
400 East Van Buren Street
Phoenix, AZ 85004-2202
Telephone: (602) 382-6000
Email: dbivens@swlaw.com

*Attorneys for Plaintiff*

# IN THE UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SOLARMORE MANAGEMENT SERVICES, INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>JEFF CARPOFF and PAULETTE CARPOFF, husband and wife; LAUREN CARPOFF, an individual; ROBERT V. AMATO, an individual; PRISCILLA AMATO, an individual; ROBERT KARMANN, an individual; RONALD J. ROACH, an individual; JOSEPH BAYLISS, an individual; BAYLISS INNOVATIVE SERVICES, INC., a California corporation; ARI J. LAUER, an individual; LAW OFFICES OF ARI J. LAUER; ALAN HANSEN; an individual; SEBASTIAN JANO, an individual; STEVE WILDE, an individual; RYAN GUIDRY, an individual; CARRIE CARPOFF-BODEN, an individual; PATRICK MOORE, an individual; HALO MANAGEMENT SERVICES LLC, a Nevada limited liability company; ALVAREZ & MARSAL VALUATION SERVICES, LLC, a Delaware limited liability company; BARRY HACKER, an individual; MARSHALL & STEVENS, INC., a Delaware corporation; COHNREZNICK | Case No. 2:19-cv-02544-JAM-DB<br><br>**STIPULATION TO EXTEND BRIEFING ON HERITAGE BANK'S MOTION TO DISMISS AND JOINDERS AND ORDER**<br><br>Judge: Hon. John Mendez<br>Date: June 8, 2021<br>Time: 1:30 P.M.<br>Courtroom: 6 |

1

| | |
|---|---|
| 1 | CAPITAL MARKETS SECURITIES, LLC, a Maryland limited liability company; |
| 2 | FALLBROOK CAPITAL SECURITIES CORPORATION, a Florida corporation; |
| 3 | SCOTT WENTZ, an individual; RAINA YEE, an individual; VISTRA |
| 4 | INTERNATIONAL EXPANSION (USA) INC., fka RADIUS GGE (USA), INC., fka |
| 5 | HIGH STREET PARTNERS INC., a Maryland corporation; RADIUS GGE (USA), |
| 6 | INC., fka HIGH STREET PARTNERS INC., a Maryland corporation; MONTAGE |
| 7 | SERVICES, INC., a California corporation; HERITAGE BANK OF COMMERCE, a |
| 8 | California corporation; DIANA KERSHAW, an individual; CARSON TRAILER, INC., a |
| 9 | California corporation; DAVID ENDRES, an individual; AHERN RENTALS INC., a |
| 10 | Nevada corporation, AHERN AD, LLC, a Nevada limited liability company; EVAN |
| 11 | AHERN, an individual; THE STRAUSS LAW FIRM, LLC, a South Carolina limited |
| 12 | liability company; PETER STRAUSS, an individual; PANDA BEAR |
| 13 | INTERNATIONAL, LTD., a Hong Kong corporation; PANDA SOLAR SOLUTIONS |
| 14 | LLC, a Nevada limited liability corporation; DC SOLAR INTERNATIONAL, INC., a |
| 15 | Nevis corporation; BAYSHORE SELECT INSURANCE, a Bahamian Corporation; |
| 16 | CHAMPION SELECT INSURANCE, a Bahamian Corporation; JPLM DYNASTY |
| 17 | TRUST, a Cook Island Trust; BILLIE JEAN TRUST, a Cook Island Trust; SOUTHPAC |
| 18 | INTERNATIONAL, INC., a Cook Islands Corporation, |
| 19 | Defendants. |

IT IS HEREBY STIPULATED by and between Plaintiff Solarmore Management Services, Inc. ("Solarmore") and Defendants Heritage Bank of Commerce ("Heritage"), Diana Kershaw, and Halo Management Services LLC (hereafter, the "Defendants") (collectively, the "Parties"), either for themselves or by and through their respective counsel, that:

Solarmore filed its First Amended Complaint in this Court on December 18, 2020;

2 **STIPULATION TO EXTEND BRIEFING ON HERITAGE BANK'S MOTION TO DISMSS AND JOINDERS AND ORDER**

4845-1274-9291

On April 12, 2021, Heritage filed its Motion to Dismiss Plaintiff's First Amended Complaint, ECF No. 84 (the "MTD");

Halo Management Services LLC filed a Joinder to the MTD on April 13, 2021, ECF No. 86, and Diana Kershaw filed a joinder on April 21, 2021, ECF No. 96;

A hearing on the MTD and joinders is currently set for June 8, 2021 at 1:30 p.m.;

The Parties have stipulated to extend the time for Solarmore to file its opposition to the MTD and joinders from May 25, 2021 to May 30, 2021; and

The Parties have further stipulated to extend the time for the replies from June 1, 2021 to June 4, 2021 at 12:00 p.m. PDT.

THEREFORE, pursuant to L. R. 143 and 144, the Parties hereby stipulate as follows:

1. Solarmore may file its opposition to the MTD and joinders on or before May 30, 2021; and

2. The Defendants may file their replies on or before June 4, 2021 at 12:00 p.m. PDT.

**IT IS SO STIPULATED.**

DATED: May 26, 2021	**SNELL & WILMER L.L.P.**

By: /s/Nathan Kanute
Nathan G. Kanute
50 W. Liberty Street, Suite 510
Reno, NV 89501

Don Bivens (admitted *pro hac vice*)
One Arizona Center, Suite 1900
400 East Van Buren Street
Phoenix, AZ 85004-2202

*Attorneys for Plaintiff*

3	**STIPULATION TO EXTEND BRIEFING ON HERITAGE BANK'S MOTION TO DISMSS AND JOINDERS AND ORDER**

4845-1274-9291

Snell & Wilmer
L.L.P.
law offices
50 West Liberty Street
Suite 510
Reno, Nevada 89501

| | |
|---|---|
| Dated: May 25, 2021 | Dated: May 25, 2021 |
| **BUCHALTER** | **LAW OFFICE OF HASTINGS & RON** |
| By: /s/Cheryl Lott (with permission)<br>Cheryl M. Lott<br>1000 Wilshire Blvd Ste 1500<br>Los Angeles CA 90017-1730 | By: /s/Charles Hastings (with permission)<br>Charles L. Hastings<br>Natali A. Ron<br>PMB 270, 4719 Quail Lakes Drive, Ste G<br>Stockton CA 95207 |
| *Attorneys for Heritage Bank of Commerce* | *Attorneys for Diana Kershaw* |

Dated: May 25, 2021

**LAW OFFICES OF FRANK S. MOORE, APC**

By: /s/Frank Moore (with permission)
Frank S. Moore
235 Montgomery Street, Suite 440
San Francisco CA 94104

*Attorneys for Halo Management Services LLC*

**IT IS SO ORDERED.**

Dated: May 26, 2021        /s/ John A. Mendez
                           ───────────────────────────────
                           THE HONORABLE JOHN A. MENDEZ
                           UNITED STATES DISTRICT COURT JUDGE