Nathan G. Kanute (CA Bar No. 300946)
SNELL & WILMER L.L.P.
50 West Liberty Street, Suite 510
Reno, Nevada 89501
Telephone: 775-785-5440
E-Mail: nkanute@swlaw.com

Don Bivens *(admitted pro hac vice)*
(AZ Bar No. 005134)
SNELL & WILMER L.L.P.
One Arizona Center, Suite 1900
400 East Van Buren Street
Phoenix, AZ 85004-2202
Telephone: (602) 382-6000
Email: dbivens@swlaw.com

*Attorneys for Plaintiff*

# IN THE UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SOLARMORE MANAGEMENT SERVICES, INC., a California corporation, | Case No. 2:19-cv-02544-JAM-DB |
| Plaintiff, | **STIPULATION FOR EXTENDING TIME FOR DEFENDANTS TO RESPOND TO FIRST AMENDED COMPLAINT AND ORDER** |
| v. | Complaint Served: April 29, 2021 |
| JEFF CARPOFF and PAULETTE CARPOFF, husband and wife; LAUREN CARPOFF, an individual; ROBERT V. AMATO, an individual; PRISCILLA AMATO, an individual; ROBERT KARMANN, an individual; RONALD J. ROACH, an individual; JOSEPH BAYLISS, an individual; BAYLISS INNOVATIVE SERVICES, INC., a California corporation; ARI J. LAUER, an individual; LAW OFFICES OF ARI J. LAUER; ALAN HANSEN; an individual; SEBASTIAN JANO, an individual; STEVE WILDE, an individual; RYAN GUIDRY, an individual; CARRIE CARPOFF-BODEN, an individual; PATRICK MOORE, an individual; HALO MANAGEMENT SERVICES LLC, a Nevada limited liability company; ALVAREZ & MARSAL VALUATION SERVICES, LLC, a Delaware limited liability company; BARRY HACKER, an individual; MARSHALL & STEVENS, INC., a Delaware corporation; COHNREZNICK CAPITAL MARKETS SECURITIES, LLC, a | Response Deadline: June 28, 2021<br>New Response Deadline: August 12, 2021 |

Snell & Wilmer
L.L.P.
LAW OFFICES
50 W. Liberty Street, Suite 510
Reno, Nevada 89501
775-785-5440

Snell & Wilmer
L.L.P.
Law offices
50 West Liberty Street
Suite 510
Reno, Nevada 89501

Maryland limited liability company; FALLBROOK CAPITAL SECURITIES CORPORATION, a Florida corporation; SCOTT WENTZ, an individual; RAINA YEE, an individual; VISTRA INTERNATIONAL EXPANSION (USA) INC., fka RADIUS GGE (USA), INC., fka HIGH STREET PARTNERS INC., a Maryland corporation; RADIUS GGE (USA), INC., fka HIGH STREET PARTNERS INC., a Maryland corporation; MONTAGE SERVICES, INC., a California corporation; HERITAGE BANK OF COMMERCE, a California corporation; DIANA KERSHAW, an individual; CARSON TRAILER, INC., a California corporation; DAVID ENDRES, an individual; AHERN RENTALS INC., a Nevada corporation, AHERN AD, LLC, a Nevada limited liability company; EVAN AHERN, an individual; THE STRAUSS LAW FIRM, LLC, a South Carolina limited liability company; PETER STRAUSS, an individual; PANDA BEAR INTERNATIONAL, LTD., a Hong Kong corporation; PANDA SOLAR SOLUTIONS LLC, a Nevada limited liability corporation; DC SOLAR INTERNATIONAL, INC., a Nevis corporation; BAYSHORE SELECT INSURANCE, a Bahamian Corporation; CHAMPION SELECT INSURANCE, a Bahamian Corporation; JPLM DYNASTY TRUST, a Cook Island Trust; BILLIE JEAN TRUST, a Cook Island Trust; SOUTHPAC INTERNATIONAL, INC., a Cook Islands Corporation,

Defendants.

IT IS HEREBY STIPULATED by and between Plaintiff Solarmore Management Services, Inc. ("Solarmore") and Defendants The Strauss Law Firm, LLC and Peter Strauss (hereafter, the "Defendants") (collectively, the "Parties"), either for themselves or by and through their respective counsel, that:

Solarmore filed its First Amended Complaint in this Court on December 18, 2020. The Plaintiff requested that Defendants waive service on April 29, 2021 and Defendants executed the waiver service on May 5, 2021, *see* ECF No. 105;

Solarmore previously agreed with other defendants to extend the deadlines to

**STIPULATION FOR EXTENDING TIME FOR DEFENDANTS TO RESPOND TO FIRST AMENDED COMPLAINT AND ORDER**

respond to Solarmore's First Amended Complaint until August 12, 2021;

In the interest of having Defendants' various responsive pleadings or motions to dismiss due on the same date, and thus Solarmore's various oppositions and replies also due on the same date, the Parties agreed, and hereby request, that the undersigned Defendants' deadline to respond to Solarmore's First Amended Complaint be extended from June 28, 2021 to August 12, 2021;

The Parties have further agreed that Solarmore's deadline to respond to any motion to dismiss be set at 60 days, as it previously was by this Court with regard to other defendants;

Additionally, given the numerous legal issues and causes of action asserted against Defendants, Solarmore and Defendants have agreed to, and hereby request, a modest modification of the page limits for briefing on Defendants' motions to dismiss as follows: twenty (20) pages for Defendants' initial motions; twenty (20) pages for Solarmore's oppositions, and ten (10) pages for Defendants' replies; and

The Parties have agreed that it is in the best interests of the Parties and this Court that all discovery and the Rule 26(f) conference be stayed until 30 days after either (a) the hearing on Defendants' motions to dismiss, or (b) the hearing date is taken off the Court's calendar and the motions are deemed submitted on the papers.

Finally, the Parties expressly agree that this Stipulation to extend the time for Defendants to respond to the First Amended Complaint shall not constitute an appearance or submission to the jurisdiction of this Court. Counsel for the parties met and conferred on June 25, 2021 wherein Defendant's counsel discussed Defendants' intent to file a motion challenging personal jurisdiction;

This is the first request for an extension.

THEREFORE, pursuant to L. R. 143 and 144, the Parties hereby stipulate as follows:

1.     The deadline for the Defendants to answer, object, or otherwise respond to Solarmore Management Services, Inc.'s First Amended Complaint shall be August 12,

Snell & Wilmer
L.L.P.
Law offices
50 West Liberty Street
Suite 510
Reno, Nevada 89501

**STIPULATION FOR EXTENDING TIME FOR DEFENDANTS TO RESPOND TO FIRST AMENDED COMPLAINT AND ORDER**

2021.  Defendants' motion brief shall be limited to twenty (20) pages;

2.  The deadline for Solarmore to file its oppositions to Defendants' motions to dismiss shall be October 12, 2021. Solarmore's opposition shall be limited to twenty (20) pages;

3.  The deadline for Defendants to file a reply shall be November 2, 2021. Defendants' replies shall be limited to ten (10) pages; and

4.  All discovery and the Rule 26(f) conference between the Parties shall be stayed until 30 days after either (a) the hearing on Defendants' motions to dismiss, or (b) the hearing date is taken off the calendar and the motions are deemed submitted on the papers.

5.  This Stipulation shall not constitute an appearance by Defendants or submission to the jurisdiction of this Court.

**IT IS SO STIPULATED.**

DATED:  June 30, 2021                          DATED:  June 30, 2021

**SNELL & WILMER L.L.P.**                       **MURPHY PEARSON BRADLEY & FEENEY**

By: /s/*Nathan G. Kanute*                       By: /s/*Peter Weber* (with permission)
Nathan G. Kanute                                Peter Weber, Esq.
50 W. Liberty Street, Suite 510                 580 California St, Ste 1100
Reno, NV 89501                                  San Francisco CA 94104

*Attorneys for Plaintiff*                       *Attorneys for The Strauss Law Firm, LLC and Peter Strauss*

**IT IS SO ORDERED.**

Dated:  June 30, 2021                    /s/ John A. Mendez
                                         THE HONORABLE JOHN A. MENDEZ
                                         UNITED STATES DISTRICT COURT JUDGE

Snell & Wilmer
L.L.P.
LAW OFFICES
50 West Liberty Street
Suite 510
Reno, Nevada 89501