Nathan G. Kanute (CA Bar No. 300946)
SNELL & WILMER L.L.P.
50 West Liberty Street, Suite 510
Reno, Nevada 89501
Telephone: 775-785-5440
E-Mail: nkanute@swlaw.com

*Attorneys for Plaintiff*

# IN THE UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SOLARMORE MANAGEMENT SERVICES, INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>JEFF CARPOFF and PAULETTE CARPOFF, husband and wife; LAUREN CARPOFF, an individual; ROBERT V. AMATO, an individual; PRISCILLA AMATO, an individual; ROBERT KARMANN, an individual; RONALD J. ROACH, an individual; JOSEPH BAYLISS, an individual; BAYLISS INNOVATIVE SERVICES, INC., a California corporation; ARI J. LAUER, an individual; LAW OFFICES OF ARI J. LAUER; ALAN HANSEN; an individual; SEBASTIAN JANO, an individual; STEVE WILDE, an individual; RYAN GUIDRY, an individual; CARRIE CARPOFF-BODEN, an individual; PATRICK MOORE, an individual; HALO MANAGEMENT SERVICES LLC, a Nevada limited liability company; ALVAREZ & MARSAL VALUATION SERVICES, LLC, a Delaware limited liability company; BARRY HACKER, an individual; MARSHALL & STEVENS, INC., a Delaware corporation; COHNREZNICK CAPITAL MARKETS SECURITIES, LLC, a Maryland limited liability company; FALLBROOK CAPITAL SECURITIES CORPORATION, a Florida corporation; SCOTT WENTZ, an individual; RAINA YEE, an individual; VISTRA INTERNATIONAL EXPANSION (USA) INC., fka RADIUS GGE (USA), INC., fka | Case No. 2:19-cv-02544-JAM-DB<br><br>**STIPULATION FOR EXTENDING TIME FOR DEFENDANTS TO RESPOND TO FIRST AMENDED COMPLAINT AND ORDER**<br><br>Complaint Served: Various Dates<br>Response Deadline: Various Dates<br>New Response Deadline: September 13, 2021 |

| | |
|---|---|
| 1 | HIGH STREET PARTNERS INC., a Maryland corporation; RADIUS GGE (USA), INC., fka HIGH STREET PARTNERS INC., a Maryland corporation; MONTAGE SERVICES, INC., a California corporation; HERITAGE BANK OF COMMERCE, a California corporation; DIANA KERSHAW, an individual; CARSON TRAILER, INC., a California corporation; DAVID ENDRES, an individual; AHERN RENTALS INC., a Nevada corporation, AHERN AD, LLC, a Nevada limited liability company; EVAN AHERN, an individual; THE STRAUSS LAW FIRM, LLC, a South Carolina limited liability company; PETER STRAUSS, an individual; PANDA BEAR INTERNATIONAL, LTD., a Hong Kong corporation; PANDA SOLAR SOLUTIONS LLC, a Nevada limited liability corporation; DC SOLAR INTERNATIONAL, INC., a Nevis corporation; BAYSHORE SELECT INSURANCE, a Bahamian Corporation; CHAMPION SELECT INSURANCE, a Bahamian Corporation; JPLM DYNASTY TRUST, a Cook Island Trust; BILLIE JEAN TRUST, a Cook Island Trust; SOUTHPAC INTERNATIONAL, INC., a Cook Islands Corporation, |
| | Defendants. |

IT IS HEREBY STIPULATED by and between Plaintiff Solarmore Management Services, Inc. ("Solarmore") and Defendants CohnReznick Capital Markets Securities, LLC, Vistra International Expansion (USA) Inc., and Radius GGE (USA), Inc. (hereafter, the "Defendants") (collectively, the "Parties"), either for themselves or by and through their respective counsel, that:

Solarmore filed its First Amended Complaint in this Court on December 18, 2020. The Defendants were personally served or waived service on various dates in January 2021;

Defendants executed waivers of service for the First Amended Complaint, which meant that their responses to Solarmore's First Amended Complaint were not due until March 22, 2021, at the earliest;

On April 12, 2021, Defendant Heritage Bank of Commerce filed a Motion to Dismiss the First Amended Complaint (the "Heritage Bank MTD"). *See* ECF Doc. No. 84;

The hearing on the Heritage Bank MTD was scheduled for June 8, 2021;

On June 2, 2021, the Court took the Heritage Bank MTD under submission. *See* ECF Doc. No. 114;

In the interest of having Defendants' various responsive pleadings or motions to dismiss due after a ruling on the Heritage Bank MTD, Solarmore and the Defendants stipulated to an extension of the deadline for Defendants to respond to the First Amended Complaint until July 12, 2021. Solarmore and the Defendants also sought to have any responsive pleadings or motions to dismiss due on the same date, and thus Solarmore's various oppositions and replies also would be due on the same date. *See* ECF Doc. No. 106;

To avoid additional motion practice on the First Amended Complaint while the Heritage Bank MTD is under submission, Solarmore and the Defendants agreed, and hereby request, a further extension of the deadline for Defendants to respond to the First Amended Complaint from July 12, 2021 to September 13, 2021;

The Parties have further agreed that Solarmore's deadline to respond to any motion to dismiss be set at 60 days, as it previously was by the Parties' prior stipulation and subsequent Order of this Court;

Additionally, given the numerous legal issues and causes of action asserted against Defendants, Solarmore and Defendants have agreed to, and the Court has previously approved, a modest modification of the page limits for briefing on Defendants' motions to dismiss as follows: twenty (20) pages for Defendants' initial motions; twenty (20) pages for Solarmore's oppositions, and ten (10) pages for Defendants' replies; and

Finally, the Parties have agreed that it is in the best interests of the Parties and this Court that all discovery and the Rule 26(f) conference be stayed until 30 days after either (a) the hearing on Defendants' motions to dismiss, or (b) the hearing date is taken off the

Snell & Wilmer
L.L.P.
law offices
50 West Liberty Street
Suite 510
Reno, Nevada 89501

Court's calendar and the motions are deemed submitted on the papers. The Court has also previously approved this request.

This is the fourth request for an extension.

THEREFORE, pursuant to L. R. 143 and 144, the Parties hereby stipulate as follows:

1. The deadline for the Defendants to answer, object, or otherwise respond to Solarmore Management Services, Inc.'s First Amended Complaint shall be September 13, 2021. Defendants' motion briefs shall be limited to twenty (20) pages.

2. The deadline for Solarmore to file its oppositions to Defendants' motions to dismiss shall be November 12, 2021. Solarmore's oppositions shall be limited to twenty (20) pages.

3. The deadline for Defendants to file replies shall be December 3, 2021. Defendants' replies shall be limited to ten (10) pages.

4. All discovery and the Rule 26(f) conference between the Parties shall be stayed until 30 days after either (a) the hearing on Defendants' motions to dismiss, or (b) the hearing date is taken off the calendar and the motions are deemed submitted on the papers.

**IT IS SO STIPULATED.**

DATED: July 1, 2021      **SNELL & WILMER L.L.P.**

By: /s/*Nathan G. Kanute*
Nathan G. Kanute
50 W. Liberty Street, Suite 510
Reno, NV 89501

*Attorneys for Plaintiff*

| | |
|---|---|
| Dated: July 1, 2021 | **NELSON MULLINS RILEY & SCARBOROUGH LLP**<br><br>By: */s/ Lauren A. Deeb*<br>Lauren A. Deeb<br>Scott Sherman<br>Pacific Gateway, Ste 900<br>19191 So Vermont Ave<br>Torrance CA 90502<br><br>*Attorneys for CohnReznick Capital Market Securities, LLC* |
| Dated: July 1, 2021 | **QUINN EMANUEL URQUHART & SULLIVAN, LLP**<br><br>By: */s/ Terry L. Wit*<br>Terry L. Wit<br>50 California St, 22nd Flr<br>San Francisco CA 94111<br><br>*Attorneys for Vistra International Expansion (USA) Inc. and Radius GGE (USA), Inc.* |

**IT IS SO ORDERED.**

| | |
|---|---|
| Dated: July 1, 2021 | /s/ John A. Mendez<br>THE HONORABLE JOHN A. MENDEZ<br>UNITED STATES DISTRICT COURT JUDGE |