Nathan G. Kanute (CA Bar No. 300946)
SNELL & WILMER L.L.P.
50 West Liberty Street, Suite 510
Reno, Nevada 89501
Telephone: 775-785-5440
E-Mail: nkanute@swlaw.com

*Attorneys for Plaintiff*

# IN THE UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SOLARMORE MANAGEMENT SERVICES, INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>JEFF CARPOFF and PAULETTE CARPOFF, husband and wife; LAUREN CARPOFF, an individual; ROBERT V. AMATO, an individual; PRISCILLA AMATO, an individual; ROBERT KARMANN, an individual; RONALD J. ROACH, an individual; JOSEPH BAYLISS, an individual; BAYLISS INNOVATIVE SERVICES, INC., a California corporation; ARI J. LAUER, an individual; LAW OFFICES OF ARI J. LAUER; ALAN HANSEN; an individual; SEBASTIAN JANO, an individual; STEVE WILDE, an individual; RYAN GUIDRY, an individual; CARRIE CARPOFF-BODEN, an individual; PATRICK MOORE, an individual; HALO MANAGEMENT SERVICES LLC, a Nevada limited liability company; ALVAREZ & MARSAL VALUATION SERVICES, LLC, a Delaware limited liability company; BARRY HACKER, an individual; MARSHALL & STEVENS, INC., a Delaware corporation; COHNREZNICK CAPITAL MARKETS SECURITIES, LLC, a Maryland limited liability company; FALLBROOK CAPITAL SECURITIES CORPORATION, a Florida corporation; SCOTT WENTZ, an individual; RAINA YEE, an individual; VISTRA INTERNATIONAL EXPANSION (USA) INC., fka RADIUS GGE (USA), INC., fka HIGH STREET PARTNERS INC., a | Case No. 2:19-cv-02544-JAM-DB<br><br>**STIPULATION FOR EXTENDING TIME FOR DEFENDANTS TO RESPOND TO FIRST AMENDED COMPLAINT AND ORDER**<br><br>Complaint Served: Various Dates<br>Response Deadline: July 12, 2021<br>New Response Deadline: September 13, 2021 |

| | |
|---|---|
| 1 | Maryland corporation; RADIUS GGE (USA), INC., fka HIGH STREET PARTNERS INC., |
| 2 | a Maryland corporation; MONTAGE SERVICES, INC., a California corporation; |
| 3 | HERITAGE BANK OF COMMERCE, a California corporation; DIANA KERSHAW, |
| 4 | an individual; CARSON TRAILER, INC., a California corporation; DAVID ENDRES, an |
| 5 | individual; AHERN RENTALS INC., a Nevada corporation, AHERN AD, LLC, a |
| 6 | Nevada limited liability company; EVAN AHERN, an individual; THE STRAUSS |
| 7 | LAW FIRM, LLC, a South Carolina limited liability company; PETER STRAUSS, an |
| 8 | individual; PANDA BEAR INTERNATIONAL, LTD., a Hong Kong |
| 9 | corporation; PANDA SOLAR SOLUTIONS LLC, a Nevada limited liability corporation; |
| 10 | DC SOLAR INTERNATIONAL, INC., a Nevis corporation; BAYSHORE SELECT |
| 11 | INSURANCE, a Bahamian Corporation; CHAMPION SELECT INSURANCE, a |
| 12 | Bahamian Corporation; JPLM DYNASTY TRUST, a Cook Island Trust; BILLIE JEAN |
| 13 | TRUST, a Cook Island Trust; SOUTHPAC INTERNATIONAL, INC., a Cook Islands |
| 14 | Corporation, |
| 15 | Defendants. |

IT IS HEREBY STIPULATED by and between Plaintiff Solarmore Management Services, Inc. ("Solarmore") and Fallbrook Capital Securities Corporation (hereafter, the "Defendant") (collectively, the "Parties"), either for themselves or by and through their respective counsel, that:

Solarmore filed its First Amended Complaint in this Court on December 18, 2020. The Defendant waived service on January 21, 2021, which meant that its response to Solarmore's First Amended Complaint was not due until March 22, 2021;

In the interest of having the various responsive pleadings or motions to dismiss due on the same date, and thus Solarmore's various oppositions and replies also due on the same date, Solarmore and Defendant stipulated to an extension of the deadline for Defendant to respond to the First Amended Complaint until April 22, 2021. *See* ECF Doc. No. 68;

Solarmore and the Defendant further extended the response deadline for the Defendant to May 12, 2021 (*see* ECF No. 82) and July 12, 2021 (*see* ECF No. 106);

Following subsequent discussions between Solarmore and the Defendant, the Parties agreed, and hereby request, that the undersigned Defendant's deadline to respond to Solarmore's First Amended Complaint shall be extended further to September 13, 2021 and that Solarmore's deadline to respond to any motion to dismiss be set at 60 days, as it previously was by this Court;

Additionally, given the numerous legal issues and causes of action asserted against Defendant, Solarmore and Defendant have agreed to, and hereby request, a modest modification of the page limits for briefing on Defendant's motion to dismiss as follows: twenty (20) pages for Defendant's initial motion; twenty (20) pages for Solarmore's opposition, and ten (10) pages for Defendant's reply; and

Finally, the Parties have agreed that it is in the best interests of the Parties and this Court that all discovery and the Rule 26(f) conference be stayed until 30 days after either (a) the hearing on Defendant's motion to dismiss, or (b) the hearing date is taken off the Court's calendar and the motion is deemed submitted on the papers.

This is the fourth request for an extension.

THEREFORE, pursuant to L. R. 143 and 144, the Parties hereby stipulate as follows:

1. The deadline for the Defendant to answer, object, or otherwise respond to Solarmore Management Services, Inc.'s First Amended Complaint shall be September 13, 2021. Defendant's motion brief shall be limited to twenty (20) pages;

2. The deadline for Solarmore to file its oppositions to Defendant's motion to dismiss shall be November 12, 2021. Solarmore's opposition shall be limited to twenty (20) pages;

3. The deadline for Defendant to file a reply shall be December 3, 2021. Defendant's reply shall be limited to ten (10) pages; and

4. All discovery and the Rule 26(f) conference between the Parties shall be stayed until 30 days after either (a) the hearing on Defendant's motions to dismiss, or (b) the hearing date is taken off the calendar and the motions are deemed submitted on the papers.

**IT IS SO STIPULATED.**

DATED: July 6, 2021

**SNELL & WILMER L.L.P.**

By: /s/*Nathan G. Kanute*
Nathan G. Kanute
50 W. Liberty Street, Suite 510
Reno, NV 89501
*Attorneys for Plaintiff*

DATED: July 6, 2021

**KENDALL BRILL & KELLY LLP**

By: /s/*Patrick J. Somers (with permission)*
Patrick J. Somers
10100 Santa Monica Blvd, Ste 1725
Los Angeles, CA 90067
*Attorneys for Fallbrook Capital Securities Corporation*

**IT IS SO ORDERED.**

Dated: July 6, 2021

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE