Nathan G. Kanute (CA Bar No. 300946)
SNELL & WILMER L.L.P.
50 West Liberty Street, Suite 510
Reno, Nevada 89501
Telephone: 775-785-5440
E-Mail: nkanute@swlaw.com

*Attorneys for Plaintiff*

# IN THE UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SOLARMORE MANAGEMENT SERVICES, INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>JEFF CARPOFF and PAULETTE CARPOFF, husband and wife; LAUREN CARPOFF, an individual; ROBERT V. AMATO, an individual; PRISCILLA AMATO, an individual; ROBERT KARMANN, an individual; RONALD J. ROACH, an individual; JOSEPH BAYLISS, an individual; BAYLISS INNOVATIVE SERVICES, INC., a California corporation; ARI J. LAUER, an individual; LAW OFFICES OF ARI J. LAUER; ALAN HANSEN; an individual; SEBASTIAN JANO, an individual; STEVE WILDE, an individual; RYAN GUIDRY, an individual; CARRIE CARPOFF-BODEN, an individual; PATRICK MOORE, an individual; HALO MANAGEMENT SERVICES LLC, a Nevada limited liability company; ALVAREZ & MARSAL VALUATION SERVICES, LLC, a Delaware limited liability company; BARRY HACKER, an individual; MARSHALL & STEVENS, INC., a Delaware corporation; COHNREZNICK CAPITAL MARKETS SECURITIES, LLC, a Maryland limited liability company; FALLBROOK CAPITAL SECURITIES CORPORATION, a Florida corporation; SCOTT WENTZ, an individual; RAINA YEE, an individual; VISTRA INTERNATIONAL EXPANSION (USA) INC., fka RADIUS GGE (USA), INC., fka HIGH STREET PARTNERS INC., a | Case No. 2:19-cv-02544-JAM-DB<br><br>**STIPULATION FOR EXTENDING TIME FOR DEFENDANTS TO RESPOND TO FIRST AMENDED COMPLAINT AND ORDER**<br><br>Complaint Served: Various Dates<br>Response Deadline: August 12, 2021<br>New Response Deadline: September 13, 2021 |

1  Maryland corporation; RADIUS GGE (USA), INC., fka HIGH STREET PARTNERS INC.,
2  a Maryland corporation; MONTAGE SERVICES, INC., a California corporation;
3  HERITAGE BANK OF COMMERCE, a California corporation; DIANA KERSHAW,
4  an individual; CARSON TRAILER, INC., a California corporation; DAVID ENDRES, an
5  individual; AHERN RENTALS INC., a Nevada corporation, AHERN AD, LLC, a
6  Nevada limited liability company; EVAN AHERN, an individual; THE STRAUSS
7  LAW FIRM, LLC, a South Carolina limited liability company; PETER STRAUSS, an
8  individual; PANDA BEAR INTERNATIONAL, LTD., a Hong Kong
9  corporation; PANDA SOLAR SOLUTIONS LLC, a Nevada limited liability corporation;
10 DC SOLAR INTERNATIONAL, INC., a Nevis corporation; BAYSHORE SELECT
11 INSURANCE, a Bahamian Corporation; CHAMPION SELECT INSURANCE, a
12 Bahamian Corporation; JPLM DYNASTY TRUST, a Cook Island Trust; BILLIE JEAN
13 TRUST, a Cook Island Trust; SOUTHPAC INTERNATIONAL, INC., a Cook Islands
14 Corporation,

15                    Defendants.

17   IT IS HEREBY STIPULATED by and between Plaintiff Solarmore Management Services, Inc. ("Solarmore") and Defendants Montage Services, Inc., Scott Wentz, Raina Yee, Sebastian Jano, Alvarez & Marsal Valuation Services, LLC, and Carson Trailer, Inc. (hereafter, the "Defendants") (collectively, the "Parties"), either for themselves or by and through their respective counsel, that:

   Solarmore filed its First Amended Complaint in this Court on December 18, 2020. The Defendants were personally served or waived service on various dates in January 2021;

   A number of the Defendants executed waivers of service for the First Amended Complaint, which meant that their responses to Solarmore's First Amended Complaint were not due until March 22, 2021, at the earliest;

Solarmore had previously agreed with various Defendants that had been personally served to extend the deadlines to respond to Solarmore's First Amended Complaint for roughly 28 days until late March 2021;

In the interest of having Defendants' various responsive pleadings or motions to dismiss due on the same date, and thus Solarmore's various oppositions and replies also due on the same date, Solarmore and certain Defendants stipulated to an extension of the deadline for Defendants to respond to the First Amended Complaint until April 22, 2021. *See* ECF Doc. No. 71;

Solarmore and the Defendants further extended the response deadline for the Defendants to May 12, 2021 (*see* ECF Nos. 82, 93), July 12, 2021 (*see* ECF No. 100), and August 12, 2021 (*see* ECF Nos. 120, 128);

Following subsequent discussions between Solarmore and the Defendants, the Parties agreed, and hereby request, that the undersigned Defendants' deadline to respond to Solarmore's First Amended Complaint shall be extended further to September 13, 2021 and that Solarmore's deadline to respond to any motion to dismiss be set at 60 days, as it previously was by this Court;

Additionally, given the numerous legal issues and causes of action asserted against Defendants, Solarmore and Defendants have agreed to, and hereby request, a modest modification of the page limits for briefing on Defendants' motions to dismiss as follows: twenty (20) pages for Defendants' initial motions; twenty (20) pages for Solarmore's oppositions, and ten (10) pages for Defendants' replies; and

Finally, the Parties have agreed that it is in the best interests of the Parties and this Court that all discovery and the Rule 26(f) conference be stayed until 30 days after either (a) the hearing on Defendants' motions to dismiss, or (b) the hearing date is taken off the Court's calendar and the motions are deemed submitted on the papers.

This is the fifth request for an extension for all Defendants.

THEREFORE, pursuant to L. R. 143 and 144, the Parties hereby stipulate as follows:

1. The deadline for the Defendants to answer, object, or otherwise respond to Solarmore Management Services, Inc.'s First Amended Complaint shall be September 13, 2021. Defendants' motion briefs shall be limited to twenty (20) pages;

2. The deadline for Solarmore to file its oppositions to Defendants' motions to dismiss shall be November 12, 2021. Solarmore's oppositions shall be limited to twenty (20) pages;

3. The deadline for Defendants to file replies shall be December 3, 2021. Defendants' replies shall be limited to ten (10) pages; and

4. All discovery and the Rule 26(f) conference between the Parties shall be stayed until 30 days after either (a) the hearing on Defendants' motions to dismiss, or (b) the hearing date is taken off the calendar and the motions are deemed submitted on the papers.

**IT IS SO STIPULATED.**

DATED: August 3, 2021

**SNELL & WILMER L.L.P.**

By: /s/*Nathan G. Kanute*
Nathan G. Kanute
50 W. Liberty Street, Suite 510
Reno, NV 89501

*Attorneys for Plaintiff*

DATED: August 3, 2021

**DURIE TANGRI LLP**

By: /s/Henry Huttinger (with permission)
W. Henry Huttinger
953 East 3rd Street
Los Angeles, CA  90013

*Attorneys for Alvarez & Marsal Valuation Services, LLC*

DATED: July 29, 2021

**DILLINGHAM & MURPHY, LLP**

By: /s/Dennis J. Kelly (with permission)
Dennis J. Kelly, Esq.
601 Montgomery St, Ste 1900
San Francisco CA 94111

*Attorneys for Montage Services, Inc., Scott Wentz, and Raina Yee*

DATED: July 29, 2021

/s/Sebastian Jano (with permission)
*Sebastian Jano*
DATED: July 29, 2021

**DEMETRIOU, DEL GUERCIO, SPRINGER & FRANCIS, LLP**

By:/s/Jennifer Taggart (with permission)
Jennifer T. Taggart
915 Wilshire Blvd., Suite 2000
Los Angeles, CA 90017

*Attorneys for Carson Trailer, Inc.*

**IT IS SO ORDERED.**

Dated: August 3, 2021

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE