Nathan G. Kanute (CA Bar No. 300946)
SNELL & WILMER L.L.P.
50 West Liberty Street, Suite 510
Reno, Nevada 89501
Telephone: 775-785-5440
E-Mail: nkanute@swlaw.com

*Attorneys for Plaintiff*

# IN THE UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SOLARMORE MANAGEMENT SERVICES, INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>JEFF CARPOFF and PAULETTE CARPOFF, husband and wife; LAUREN CARPOFF, an individual; ROBERT V. AMATO, an individual; PRISCILLA AMATO, an individual; ROBERT KARMANN, an individual; RONALD J. ROACH, an individual; JOSEPH BAYLISS, an individual; BAYLISS INNOVATIVE SERVICES, INC., a California corporation; ARI J. LAUER, an individual; LAW OFFICES OF ARI J. LAUER; ALAN HANSEN; an individual; SEBASTIAN JANO, an individual; RYAN GUIDRY, an individual; CARRIE CARPOFF-BODEN, an individual; PATRICK MOORE, an individual; HALO MANAGEMENT SERVICES LLC, a Nevada limited liability company; ALVAREZ & MARSAL VALUATION SERVICES, LLC, a Delaware limited liability company; BARRY HACKER, an individual; MARSHALL & STEVENS, INC., a Delaware corporation; COHNREZNICK CAPITAL MARKETS SECURITIES, LLC, a Maryland limited liability company; FALLBROOK CAPITAL SECURITIES CORPORATION, a Florida corporation; SCOTT WENTZ, an individual; RAINA YEE, an individual; VISTRA INTERNATIONAL EXPANSION (USA) INC., fka RADIUS GGE (USA), INC., fka HIGH STREET PARTNERS INC., a | Case No. 2:19-cv-02544-JAM-DB<br><br>**STIPULATION FOR EXTENDING TIME FOR DEFENDANTS TO RESPOND TO SECOND AMENDED COMPLAINT AND ORDER**<br><br>Complaint Served: Various Dates<br>Response Deadline: September 13, 2021<br>New Response Deadline: October 15, 2021 |

1

Maryland corporation; RADIUS GGE (USA), INC., fka HIGH STREET PARTNERS INC., a Maryland corporation; MONTAGE SERVICES, INC., a California corporation; HERITAGE BANK OF COMMERCE, a California corporation; DIANA KERSHAW, an individual; CARSON TRAILER, INC., a California corporation; DAVID ENDRES, an individual; AHERN RENTALS INC., a Nevada corporation, AHERN AD, LLC, a Nevada limited liability company; THE STRAUSS LAW FIRM, LLC, a South Carolina limited liability company; PETER STRAUSS, an individual; PANDA BEAR INTERNATIONAL, LTD., a Hong Kong corporation; PANDA SOLAR SOLUTIONS LLC, a Nevada limited liability corporation; DC SOLAR INTERNATIONAL, INC., a Nevis corporation; BAYSHORE SELECT INSURANCE, a Bahamian Corporation; CHAMPION SELECT INSURANCE, a Bahamian Corporation; JPLM DYNASTY TRUST, a Cook Island Trust; BILLIE JEAN TRUST, a Cook Island Trust; SOUTHPAC INTERNATIONAL, INC., a Cook Islands Corporation,

Defendants.

IT IS HEREBY STIPULATED by and between Plaintiff Solarmore Management Services, Inc. ("Solarmore") and Defendants Marshall & Stevens, Inc., David Endres, Carrie Carpoff-Boden, Lauren Carpoff, Joseph Bayliss, Bayliss Innovative Services, Inc., Fallbrook Capital Securities Corporation, Ari J. Lauer, Law Offices of Ari J. Lauer, Montage Services, Inc., Scott Wentz, Raina Yee, Sebastian Jano, Ahern Rentals Inc., Barry Hacker, CohnReznick Capital Markets Securities, LLC, Vistra International Expansion (USA) Inc., Radius GGE (USA), Inc., Halo Management Services LLC, and Carson Trailer, Inc. (hereafter, the "Defendants") (collectively, the "Parties"), either for themselves or by and through their respective counsel, that:

Solarmore filed its First Amended Complaint in this Court on December 18, 2020. The Defendants were personally served or waived service on various dates in January 2021;

The Parties previously stipulated to extend the deadlines for the Defendants to file

2

STIPULATION FOR EXTENDING TIME FOR
DEFENDANTS TO RESPOND TO SECOND
AMENDED COMPLAINT AND ORDER

1  responsive pleadings to Solarmore's First Amended Complaint until September 13, 2021
2  and had stipulated to extended response and reply deadlines along with modest page limit
3  increases for any motion to dismiss that may be filed (*see* ECF Nos. 129, 131, 132, 136,
4  139);

5  The Court previously approved the stipulations, and Defendants' responsive
6  pleadings are currently due September 13, 2021 (*see* ECF Nos. 130, 133, 134, 137, 140);

7  On April 12, 2021, Defendant Heritage Bank of Commerce filed a Motion to Dismiss
8  the First Amended Complaint (the "Heritage Bank MTD") (*see* ECF No. 84);

9  On June 2, 2021, the Court took the Heritage Bank MTD under submission (*see* ECF
10  No. 114);

11  On July 21, 2021, the Court granted the Heritage Bank MTD, but permitted
12  Solarmore to file an amended complaint on or before August 10, 2021 (*see* ECF No. 138);

13  On August 10, 2021, Solarmore filed its Second Amended Complaint, which has
14  been provided to Defendants via the Court's ECF service and/or by copy provided by
15  Solarmore's counsel;

16  The Defendants agree that they have been served or agree that they now waive
17  service of the Second Amended Complaint, without waiving any other defenses;

18  Defendants have requested additional time to review and respond to the Second
19  Amended Complaint and Solarmore has agreed to extend the deadline for a responsive
20  pleading to the Second Amended Complaint until October 15, 2021;

21  The Parties, therefore, have agreed, and hereby request, that the undersigned
22  Defendants' deadline to respond to Solarmore's Second Amended Complaint shall be
23  extended to October 15, 2021 and that Solarmore's deadline to respond to any motion to
24  dismiss be set at 60 days, as it previously was by this Court;

25  Additionally, given the numerous legal issues and causes of action asserted against
26  Defendants, Solarmore and Defendants have agreed to, and hereby request, a modest
27  modification of the page limits for briefing on Defendants' motions to dismiss as follows:

twenty (20) pages for Defendants' initial motions; twenty (20) pages for Solarmore's oppositions, and ten (10) pages for Defendants' replies; and

Finally, the Parties have agreed that it is in the best interests of the Parties and this Court that all discovery and the Rule 26(f) conference be stayed until 30 days after either (a) the hearing on Defendants' motions to dismiss, or (b) the hearing date is taken off the Court's calendar and the motions are deemed submitted on the papers.

This is the first request for an extension for all Defendants to respond to the Second Amended Complaint.

THEREFORE, pursuant to L. R. 143 and 144, the Parties hereby stipulate as follows:

1. The deadline for the Defendants to answer, object, or otherwise respond to Solarmore Management Services, Inc.'s Second Amended Complaint shall be **October 15, 2021**. Defendants' motion briefs shall be limited to twenty (20) pages;

2. The deadline for Solarmore to file its oppositions to Defendants' motions to dismiss shall be **December 15, 2021**. Solarmore's oppositions shall be limited to twenty (20) pages;

3. The deadline for Defendants to file replies shall be **January 12, 2022**. Defendants' replies shall be limited to ten (10) pages; and

4. All discovery and the Rule 26(f) conference between the Parties shall be stayed until 30 days after either (a) the hearing on Defendants' motions to dismiss, or (b) the hearing date is taken off the calendar and the motions are deemed submitted on the papers.

**IT IS SO STIPULATED.**

DATED: August 23, 2021

**SNELL & WILMER L.L.P.**

By: /s/*Nathan G. Kanute*
Nathan G. Kanute
50 W. Liberty Street, Suite 510
Reno, NV 89501
*Attorneys for Plaintiff*

| | |
|---|---|
| Dated: August 21, 2021 | DATED: August 20, 2021 |
| **LAW OFFICES OF FRANK S. MOORE, APC** | **DILLINGHAM & MURPHY, LLP** |
| By: /s/*Frank Moore* (with permission)<br>Frank S. Moore<br>235 Montgomery Street, Suite 440<br>San Francisco CA 94104<br>*Attorneys for Halo Management Services LLC* | By: /s/*Dennis Kelly* (with permission)<br>Dennis J. Kelly, Esq.<br>601 Montgomery St, Ste 1900<br>San Francisco CA 94111<br>*Attorneys for Montage Services, Inc., Scott Wentz, and Raina Yee* |
| DATED: August 20, 2021 | DATED: August 20, 2021 |
| /s/*Sebastian Jano* (with permission)<br>Sebastian Jano | **DEMETRIOU, DEL GUERCIO, SPRINGER & FRANCIS, LLP**<br><br>By:/s/*Jennifer Taggart* (with permission)<br>Jennifer T. Taggart<br>915 Wilshire Blvd., Suite 2000<br>Los Angeles, CA 90017<br>*Attorneys for Carson Trailer, Inc.* |
| Dated: August 19, 2021 | Dated: August 20, 2021 |
| **SMITH MCDOWELL & POWELL** | **MILLER MILLER GERBER LLP** |
| By: /s/*C. Jason Smith* (with permission)<br>C. Jason Smith<br>100 Howe Avenue, Suite 208 South<br>Sacramento, CA 95825<br>*Attorneys for David Endres* | By: /s/*Corey Miller* (with permission)<br>Corey Miller<br>18301 Von Karman Ave, Ste 950<br>Irvine CA 92612<br>*Attorneys for Carrie Carpoff-Boden* |
| Dated: August 19, 2021 | Dated: August 19, 2021 |
| /s/*Ari Lauer* (with permission)<br>Ari J. Lauer | /s/*Ari Lauer* (with permission)<br>The Law Office of Ari J. Lauer |
| DATED: August 23, 2021 | DATED: August 23, 2021 |
| /s/*Joseph Bayliss* (with permission)<br>Joseph Bayliss | /s/*Joseph Bayliss* (with permission)<br>Bayliss Innovative Services, Inc. |

5

**STIPULATION FOR EXTENDING TIME FOR DEFENDANTS TO RESPOND TO SECOND AMENDED COMPLAINT AND ORDER**

|  |  |
|---|---|
|  | Dated: August 20, 2021 |
|  | /s/*Lauren Carpoff* (with permission) |
|  | Lauren Carpoff |
| DATED: August 19, 2021 | Dated: August 20, 2021 |
| **KENDALL BRILL & KELLY LLP** | **G&B Law, LLP** |
| By: /s/*Patrick Somers* (with permission)<br>Patrick J. Somers<br>10100 Santa Monica Blvd, Ste 1725<br>Los Angeles, CA 90067<br>*Attorneys for Fallbrook Capital Securities Corporation* | By:/s/*James Felton* (with permission)<br>James R. Felton<br>16000 Ventura Blvd, Ste 1000<br>Encino CA 91436<br>*Attorneys for Marshall & Stevens, Inc.* |
| DATED: August 19, 2021 | DATED: August 19, 2021 |
| **FOX ROTHSCHILD LLP** | **HOMER BONNER JACOBS ORTIZ, P.A.** |
| By:s/*Anujan Jeevaprakash* (w/ permission)<br>Dwight Donovan<br>Anujan Jeevaprakash<br>345 California Street, Suite 2200<br>San Francisco, CA 94104<br>*Attorneys for Ahern Rentals, Inc.* | By: /s/*Adam Schwartz* (with permission)<br>Adam L. Schwartz (admitted *pro hac vice*)<br>1200 Four Seasons Tower<br>1441 Brickell Ave<br>Miami, FL 33131 |
|  | **BAILEY PLC** |
|  | By: /s/ *Landon D. Bailey* (with permission)<br>641 Fulton Avenue, Suite 200<br>Sacramento, CA 95825<br>*Attorneys for Barry Hacker* |

6

**STIPULATION FOR EXTENDING TIME FOR DEFENDANTS TO RESPOND TO SECOND AMENDED COMPLAINT AND ORDER**

DATED: August 19, 2021

**NELSON MULLINS RILEY & SCARBOROUGH LLP**

By: */s/Lauren Deeb* (with permission)
Lauren A. Deeb
Scott Sherman
Pacific Gateway, Ste 900
19191 So Vermont Ave
Torrance CA  90502
*Attorneys for CohnReznick Capital Market Securities, LLC*

DATED: August 19, 2021

**QUINN EMANUEL URQUHART & SULLIVAN, LLP**

By: */s/Terry Wit* (with permission)
Terry L. Wit
50 California St, 22nd Flr
San Francisco CA  94111
*Attorneys for Vistra International Expansion (USA) Inc. and Radius GGE (USA), Inc.*

**IT IS SO ORDERED.**

Dated:  August 24, 2021        /s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE