Nathan G. Kanute (CA Bar No. 300946)
SNELL & WILMER L.L.P.
50 West Liberty Street, Suite 510
Reno, Nevada 89501
Telephone: 775-785-5440
E-Mail: nkanute@swlaw.com

*Attorneys for Plaintiff*

# IN THE UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SOLARMORE MANAGEMENT SERVICES, INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>JEFF CARPOFF and PAULETTE CARPOFF, husband and wife; LAUREN CARPOFF, an individual; ROBERT V. AMATO, an individual; PRISCILLA AMATO, an individual; ROBERT KARMANN, an individual; RONALD J. ROACH, an individual; JOSEPH BAYLISS, an individual; BAYLISS INNOVATIVE SERVICES, INC., a California corporation; ARI J. LAUER, an individual; LAW OFFICES OF ARI J. LAUER; ALAN HANSEN; an individual; SEBASTIAN JANO, an individual; STEVE WILDE, an individual; RYAN GUIDRY, an individual; CARRIE CARPOFF-BODEN, an individual; PATRICK MOORE, an individual; HALO MANAGEMENT SERVICES LLC, a Nevada limited liability company; ALVAREZ & MARSAL VALUATION SERVICES, LLC, a Delaware limited liability company; BARRY HACKER, an individual; MARSHALL & STEVENS, INC., a Delaware corporation; COHNREZNICK CAPITAL MARKETS SECURITIES, LLC, a Maryland limited liability company; FALLBROOK CAPITAL SECURITIES CORPORATION, a Florida corporation; SCOTT WENTZ, an individual; RAINA YEE, an individual; VISTRA INTERNATIONAL EXPANSION (USA) INC., fka RADIUS GGE (USA), INC., fka HIGH STREET PARTNERS INC., a | Case No. 2:19-cv-02544-JAM-DB<br><br>**STIPULATION FOR EXTENDING TIME FOR DEFENDANTS TO RESPOND TO SECOND AMENDED COMPLAINT AND ORDER**<br><br>Complaint Served: April 29, 2021<br>Response Deadline: September 13, 2021<br>New Response Deadline: October 15, 2021 |

Maryland corporation; RADIUS GGE (USA), INC., fka HIGH STREET PARTNERS INC., a Maryland corporation; MONTAGE SERVICES, INC., a California corporation; HERITAGE BANK OF COMMERCE, a California corporation; DIANA KERSHAW, an individual; CARSON TRAILER, INC., a California corporation; DAVID ENDRES, an individual; AHERN RENTALS INC., a Nevada corporation, AHERN AD, LLC, a Nevada limited liability company; EVAN AHERN, an individual; THE STRAUSS LAW FIRM, LLC, a South Carolina limited liability company; PETER STRAUSS, an individual; PANDA BEAR INTERNATIONAL, LTD., a Hong Kong corporation; PANDA SOLAR SOLUTIONS LLC, a Nevada limited liability corporation; DC SOLAR INTERNATIONAL, INC., a Nevis corporation; BAYSHORE SELECT INSURANCE, a Bahamian Corporation; CHAMPION SELECT INSURANCE, a Bahamian Corporation; JPLM DYNASTY TRUST, a Cook Island Trust; BILLIE JEAN TRUST, a Cook Island Trust; SOUTHPAC INTERNATIONAL, INC., a Cook Islands Corporation,

Defendants.

IT IS HEREBY STIPULATED by and between Plaintiff Solarmore Management Services, Inc. ("Solarmore") and Defendants The Strauss Law Firm, LLC and Peter Strauss (hereafter, the "Defendants") (collectively, the "Parties"), either for themselves or by and through their respective counsel, that:

Solarmore filed its First Amended Complaint in this Court on December 18, 2020. The Plaintiff requested that Defendants waive service on April 29, 2021 and Defendants executed the waiver service on May 5, 2021 (*see* ECF No. 105);

The Parties previously stipulated to extend the deadlines for the Defendants to file responsive pleadings to Solarmore's First Amended Complaint until September 13, 2021 and had stipulated to extended response and reply deadlines along with modest page limit increases for any motion to dismiss that may be filed (*see* ECF Nos. 123, 141);

The Court previously approved the stipulations, and Defendants' responsive

pleadings are currently due September 13, 2021 (*see* ECF Nos. 127, 143);

On April 12, 2021, Defendant Heritage Bank of Commerce filed a Motion to Dismiss the First Amended Complaint (the "Heritage Bank MTD") (*see* ECF No. 84);

On June 2, 2021, the Court took the Heritage Bank MTD under submission (*see* ECF No. 114);

On July 21, 2021, the Court granted the Heritage Bank MTD, but permitted Solarmore to file an amended complaint on or before August 10, 2021 (*see* ECF No. 138);

On August 10, 2021, Solarmore filed its Second Amended Complaint, which has been provided to Defendants via the Court's ECF service and/or by copy provided by Solarmore's counsel;

The Defendants agree that they have been served or agree that they now waive service of the Second Amended Complaint, without waiving any other defenses;

Defendants have requested additional time to review and respond to the Second Amended Complaint and Solarmore has agreed to extend the deadline for a responsive pleading to the Second Amended Complaint until October 15, 2021;

The Parties, therefore, have agreed, and hereby request, that the undersigned Defendants' deadline to respond to Solarmore's Second Amended Complaint shall be extended to October 15, 2021 and that Solarmore's deadline to respond to any motion to dismiss be set at 60 days, as it previously was by this Court;

Additionally, given the numerous legal issues and causes of action asserted against Defendants, Solarmore and Defendants have agreed to, and hereby request, a modest modification of the page limits for briefing on Defendants' motions to dismiss as follows: twenty (20) pages for Defendants' initial motions; twenty (20) pages for Solarmore's oppositions, and ten (10) pages for Defendants' replies;

The Parties have further agreed that it is in the best interests of the Parties and this Court that all discovery and the Rule 26(f) conference be stayed until 30 days after either (a) the hearing on Defendants' motions to dismiss, or (b) the hearing date is taken off the

1  Court's calendar and the motions are deemed submitted on the papers; and

2  Finally, the Parties expressly agree that this Stipulation to extend the time for Defendants to respond to the Second Amended Complaint shall not constitute an appearance or submission to the jurisdiction of this Court. Counsel for the parties met and conferred on June 25, 2021 wherein Defendant's counsel discussed Defendants' intent to file a motion challenging personal jurisdiction.

This is the first request for an extension for all Defendants to respond to the Second Amended Complaint.

THEREFORE, pursuant to L. R. 143 and 144, the Parties hereby stipulate as follows:

1. The deadline for the Defendants to answer, object, or otherwise respond to Solarmore Management Services, Inc.'s Second Amended Complaint shall be **October 15, 2021**. Defendants' motion brief shall be limited to twenty (20) pages;

2. The deadline for Solarmore to file its oppositions to Defendants' motions to dismiss shall be December 15, 2021. Solarmore's opposition shall be limited to twenty (20) pages;

3. The deadline for Defendants to file a reply shall be January 12, 2022. Defendants' replies shall be limited to ten (10) pages; and

4. All discovery and the Rule 26(f) conference between the Parties shall be stayed until 30 days after either (a) the hearing on Defendants' motions to dismiss, or (b) the hearing date is taken off the calendar and the motions are deemed submitted on the papers.

/ / /

/ / /

5. This Stipulation shall not constitute an appearance by Defendants or submission to the jurisdiction of this Court.

**IT IS SO STIPULATED.**

| | |
|---|---|
| DATED: August 23, 2021 | DATED: August 23, 2021 |
| **SNELL & WILMER L.L.P.** | **MURPHY PEARSON BRADLEY & FEENEY** |
| By: /s/*Nathan G. Kanute*<br>Nathan G. Kanute<br>50 W. Liberty Street, Suite 510<br>Reno, NV 89501 | By: /s/*Peter Weber* (with permission)<br>Peter Weber, Esq.<br>580 California St, Ste 1100<br>San Francisco CA 94104 |
| *Attorneys for Plaintiff* | *Attorneys for The Strauss Law Firm, LLC and Peter Strauss* |

**IT IS SO ORDERED.**

Dated: August 24, 2021        /s/ John A. Mendez
                              THE HONORABLE JOHN A. MENDEZ
                              UNITED STATES DISTRICT COURT JUDGE