# IN THE UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SOLARMORE MANAGEMENT SERVICES, INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>JEFF CARPOFF and PAULETTE CARPOFF, husband and wife; LAUREN CARPOFF, an individual; ROBERT V. AMATO, an individual; PRISCILLA AMATO, an individual; ROBERT KARMANN, an individual; RONALD J. ROACH, an individual; JOSEPH BAYLISS, an individual; BAYLISS INNOVATIVE SERVICES, INC., a California corporation; ARI J. LAUER, an individual; LAW OFFICES OF ARI J. LAUER; ALAN HANSEN; an individual; SEBASTIAN JANO, an individual; RYAN GUIDRY, an individual; CARRIE CARPOFF-BODEN, an individual; PATRICK MOORE, an individual; HALO MANAGEMENT SERVICES LLC, a Nevada limited liability company; ALVAREZ & MARSAL VALUATION SERVICES, LLC, a Delaware limited liability company; BARRY HACKER, an individual; MARSHALL & STEVENS, INC., a Delaware corporation; COHNREZNICK CAPITAL MARKETS SECURITIES, LLC, a Maryland limited liability company; FALLBROOK CAPITAL SECURITIES CORPORATION, a Florida corporation; SCOTT WENTZ, an individual; RAINA YEE, an individual; VISTRA INTERNATIONAL EXPANSION (USA) INC., fka RADIUS GGE (USA), INC., fka HIGH STREET PARTNERS INC., a Maryland corporation; RADIUS GGE | Case No. 2:19-cv-02544-JAM-DB<br><br>**ORDER GRANTING ELEVENTH *EX PARTE* MOTION TO EXTEND TIME FOR SERVICE OF COMPLAINT**<br><br>Complaint Filed: December 17, 2019<br>Amended Complaint Filed: December 18, 2020<br>Second Amended Complaint Filed: August 10, 2021<br>Current Service Deadline: August 27, 2021<br>Requested Extended Deadline: October 26, 2021<br>Trial Date: None Set |

1

(USA), INC., fka HIGH STREET PARTNERS INC., a Maryland corporation; MONTAGE SERVICES, INC., a California corporation; HERITAGE BANK OF COMMERCE, a California corporation; DIANA KERSHAW, an individual; CARSON TRAILER, INC., a California corporation; DAVID ENDRES, an individual; AHERN RENTALS INC., a Nevada corporation, AHERN AD, LLC, a Nevada limited liability company; THE STRAUSS LAW FIRM, LLC, a South Carolina limited liability company; PETER STRAUSS, an individual; PANDA BEAR INTERNATIONAL, LTD., a Hong Kong corporation; PANDA SOLAR SOLUTIONS LLC, a Nevada limited liability corporation; DC SOLAR INTERNATIONAL, INC., a Nevis corporation; BAYSHORE SELECT INSURANCE, a Bahamian Corporation; CHAMPION SELECT INSURANCE, a Bahamian Corporation; JPLM DYNASTY TRUST, a Cook Island Trust; BILLIE JEAN TRUST, a Cook Island Trust; SOUTHPAC INTERNATIONAL, INC., a Cook Islands Corporation,

Defendants.

Upon consideration of the *Eleventh Ex Parte Motion to Extend Time for Service of Complaint* (the "**Motion**") filed by Plaintiff Solarmore Management Services, Inc. ("**Solarmore**" or "**Plaintiff**"), and for good cause appearing,

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that:

(1)  The Motion is **GRANTED**; and

(2)  Plaintiff's deadline to serve the complaint ("**Complaint**") in this action is hereby **EXTENDED** by sixty (60) days, through and including **October 26, 2021**.

**IT IS SO ORDERED.**

Dated: August 24, 2021

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE

2   **ORDER GRANTING ELEVENTH *EX PARTE* MOTION TO EXTEND TIME FOR SERVICE OF COMPLAINT**

4844-7395-6343