Nathan G. Kanute (CA Bar No. 300946)
SNELL & WILMER L.L.P.
50 West Liberty Street, Suite 510
Reno, Nevada 89501
Telephone: 775-785-5440
E-Mail: nkanute@swlaw.com

*Attorneys for Plaintiff*

# IN THE UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SOLARMORE MANAGEMENT SERVICES, INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>JEFF CARPOFF and PAULETTE CARPOFF, husband and wife; LAUREN CARPOFF, an individual; ROBERT V. AMATO, an individual; PRISCILLA AMATO, an individual; ROBERT KARMANN, an individual; RONALD J. ROACH, an individual; JOSEPH BAYLISS, an individual; BAYLISS INNOVATIVE SERVICES, INC., a California corporation; ARI J. LAUER, an individual; LAW OFFICES OF ARI J. LAUER; ALAN HANSEN; an individual; SEBASTIAN JANO, an individual; RYAN GUIDRY, an individual; CARRIE CARPOFF-BODEN, an individual; PATRICK MOORE, an individual; HALO MANAGEMENT SERVICES LLC, a Nevada limited liability company; ALVAREZ & MARSAL VALUATION SERVICES, LLC, a Delaware limited liability company; BARRY HACKER, an individual; MARSHALL & STEVENS, INC., a Delaware corporation; COHNREZNICK CAPITAL MARKETS SECURITIES, LLC, a Maryland limited liability company; FALLBROOK CAPITAL SECURITIES CORPORATION, a Florida corporation; SCOTT WENTZ, an individual; RAINA YEE, an individual; VISTRA INTERNATIONAL EXPANSION (USA) INC., fka RADIUS GGE (USA), INC., fka | Case No. 2:19-cv-02544-JAM-DB<br><br>**STIPULATION FOR EXTENDING TIME FOR DEFENDANT ALVAREZ & MARSAL VALUATION SERVICES, LLC TO RESPOND TO SECOND AMENDED COMPLAINT AND ORDER**<br><br>Complaint Served: Various Dates<br>Response Deadline: September 13, 2021<br>New Response Deadline: October 15, 2021 |

1

**STIPULATION FOR EXTENDING TIME FOR DEFENDANT ALVAREZ & MARSAL VALUATION SERVICES, LLC TO RESPOND TO SECOND AMENDED COMPLAINT AND ORDER**

HIGH STREET PARTNERS INC., a Maryland corporation; RADIUS GGE (USA), INC., fka HIGH STREET PARTNERS INC., a Maryland corporation; MONTAGE SERVICES, INC., a California corporation; HERITAGE BANK OF COMMERCE, a California corporation; DIANA KERSHAW, an individual; CARSON TRAILER, INC., a California corporation; DAVID ENDRES, an individual; AHERN RENTALS INC., a Nevada corporation, AHERN AD, LLC, a Nevada limited liability company; THE STRAUSS LAW FIRM, LLC, a South Carolina limited liability company; PETER STRAUSS, an individual; PANDA BEAR INTERNATIONAL, LTD., a Hong Kong corporation; PANDA SOLAR SOLUTIONS LLC, a Nevada limited liability corporation; DC SOLAR INTERNATIONAL, INC., a Nevis corporation; BAYSHORE SELECT INSURANCE, a Bahamian Corporation; CHAMPION SELECT INSURANCE, a Bahamian Corporation; JPLM DYNASTY TRUST, a Cook Island Trust; BILLIE JEAN TRUST, a Cook Island Trust; SOUTHPAC INTERNATIONAL, INC., a Cook Islands Corporation,

Defendants.

IT IS HEREBY STIPULATED by and between Plaintiff Solarmore Management Services, Inc. ("Solarmore") and Defendant Alvarez & Marsal Valuation Services, LLC ("Defendant") (collectively, the "Parties"), either for themselves or by and through their respective counsel, that:

Solarmore filed its First Amended Complaint in this Court on December 18, 2020. Defendant were personally served or waived service on various dates in January 21, 2021;

The Parties previously stipulated to extend the deadlines for the Defendants to file responsive pleadings to Solarmore's First Amended Complaint until September 13, 2021 and had stipulated to extended response and reply deadlines along with modest page limit increases for any motion to dismiss that may be filed (*see* ECF No. 139);

2

STIPULATION FOR EXTENDING TIME FOR ALVAREZ & MARSAL VALUATION SERVICES, LLC TO RESPOND TO SECOND AMENDED COMPLAINT AND ORDER

The Court previously approved the stipulations, and Defendant's responsive pleadings are currently due September 13, 2021 (*see* ECF No. 140);

On April 12, 2021, Defendant Heritage Bank of Commerce filed a Motion to Dismiss the First Amended Complaint (the "Heritage Bank MTD") (*see* ECF No. 84);

On June 2, 2021, the Court took the Heritage Bank MTD under submission (*see* ECF No. 114);

On July 21, 2021, the Court granted the Heritage Bank MTD, but permitted Solarmore to file an amended complaint on or before August 10, 2021 (*see* ECF No. 138);

On August 10, 2021, Solarmore filed its Second Amended Complaint, which has been provided to Defendants via the Court's ECF service and/or by copy provided by Solarmore's counsel;

The Defendants agree that they have been served or agree that they now waive service of the Second Amended Complaint, without waiving any other defenses;

Defendant has requested additional time to review and respond to the Second Amended Complaint and Solarmore has agreed to extend the deadline for a responsive pleading to the Second Amended Complaint until October 15, 2021;

The Parties, therefore, have agreed, and hereby request, that the undersigned Defendant's deadline to respond to Solarmore's Second Amended Complaint shall be extended to October 15, 2021 and that Solarmore's deadline to respond to any motion to dismiss be set at 60 days, as it previously was by this Court;

Additionally, given the numerous legal issues and causes of action asserted against Defendant, Solarmore and Defendant have agreed to, and hereby request, a modest modification of the page limits for briefing on Defendant's motion to dismiss as follows: twenty (20) pages for Defendant's initial motion; twenty (20) pages for Solarmore's oppositions, and ten (10) pages for Defendant's reply; and

Finally, the Parties have agreed that it is in the best interests of the Parties and this Court that all discovery and the Rule 26(f) conference be stayed until 30 days after either (a) the hearing on Defendant's motion to dismiss, or (b) the hearing date is taken off the Court's calendar and the motions are deemed submitted on the papers.

This is the first request for an extension for Defendant to respond to the Second Amended Complaint.

THEREFORE, pursuant to L. R. 143 and 144, the Parties hereby stipulate as follows:

1. The deadline for the Defendant to answer, object, or otherwise respond to Solarmore Management Services, Inc.'s Second Amended Complaint shall be October 15, 2021. Defendant's motion brief shall be limited to twenty (20) pages;

2. The deadline for Solarmore to file its oppositions to Defendant's motion to dismiss shall be December 15, 2021. Solarmore's oppositions shall be limited to twenty (20) pages;

3. The deadline for Defendant to file a reply shall be January 12, 2022. Defendant's reply shall be limited to ten (10) pages; and

4. All discovery and the Rule 26(f) conference between the Parties shall be stayed until 30 days after either (a) the hearing on Defendant's motion to dismiss, or (b) the hearing date is taken off the calendar and the motions are deemed submitted on the papers.

**IT IS SO STIPULATED.**

DATED: September 3, 2021                **SNELL & WILMER L.L.P.**

By: /s/*Nathan G. Kanute*
Nathan G. Kanute
50 W. Liberty Street, Suite 510
Reno, NV 89501
*Attorneys for Plaintiff*

4

**STIPULATION FOR EXTENDING TIME FOR ALVAREZ & MARSAL VALUATION SERVICES, LLC TO RESPOND TO SECOND AMENDED COMPLAINT AND ORDER**

DATED: September 3, 2021

**DURIE TANGRI LLP**

By: /s/*Henry Huttinger* (with permission)
W. Henry Huttinger
953 East 3rd Street
Los Angeles, CA  90013
*Attorneys for Alvarez & Marsal Valuation Services, LLC*

**IT IS SO ORDERED.**

Dated: September 7, 2021                /s/ John A. Mendez
                                        THE HONORABLE JOHN A. MENDEZ
                                        UNITED STATES DISTRICT COURT JUDGE

5

**STIPULATION FOR EXTENDING TIME FOR ALVAREZ & MARSAL VALUATION SERVICES, LLC TO RESPOND TO SECOND AMENDED COMPLAINT AND ORDER**