Nathan G. Kanute (CA Bar No. 300946)
SNELL & WILMER L.L.P.
50 West Liberty Street, Suite 510
Reno, Nevada 89501
Telephone: 775-785-5440
E-Mail: nkanute@swlaw.com

*Attorneys for Plaintiff*

# IN THE UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SOLARMORE MANAGEMENT SERVICES, INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>JEFF CARPOFF and PAULETTE CARPOFF, husband and wife; LAUREN CARPOFF, an individual; ROBERT V. AMATO, an individual; PRISCILLA AMATO, an individual; ROBERT KARMANN, an individual; RONALD J. ROACH, an individual; JOSEPH BAYLISS, an individual; BAYLISS INNOVATIVE SERVICES, INC., a California corporation; ARI J. LAUER, an individual; LAW OFFICES OF ARI J. LAUER; ALAN HANSEN; an individual; SEBASTIAN JANO, an individual; RYAN GUIDRY, an individual; CARRIE CARPOFF-BODEN, an individual; PATRICK MOORE, an individual; HALO MANAGEMENT SERVICES LLC, a Nevada limited liability company; ALVAREZ & MARSAL VALUATION SERVICES, LLC, a Delaware limited liability company; BARRY HACKER, an individual; MARSHALL & STEVENS, INC., a Delaware corporation; COHNREZNICK CAPITAL MARKETS SECURITIES, LLC, a Maryland limited liability company; FALLBROOK CAPITAL SECURITIES CORPORATION, a Florida corporation; SCOTT WENTZ, an individual; RAINA YEE, an individual; VISTRA INTERNATIONAL EXPANSION (USA) INC., fka RADIUS GGE (USA), INC., fka | Case No. 2:19-cv-02544-JAM-DB<br><br>**STIPULATION FOR EXTENDING TIME FOR DEFENDANT PRISCILLA AMATO TO RESPOND TO SECOND AMENDED COMPLAINT AND ORDER**<br><br>Complaint Served: Various Dates<br>Response Deadline: November 1, 2021<br>New Response Deadline: December 15, 2021 |

1

**STIPULATION FOR EXTENDING TIME FOR DEFENDANT PRISCILLA AMATO TO RESPOND TO SECOND AMENDED COMPLAINT AND ORDER**

| | |
|---|---|
| 1<br>2<br>3<br>4<br>5<br>6<br>7<br>8<br>9<br>10<br>11<br>12<br>13<br>14<br>15 | HIGH STREET PARTNERS INC., a Maryland corporation; RADIUS GGE (USA), INC., fka HIGH STREET PARTNERS INC., a Maryland corporation; MONTAGE SERVICES, INC., a California corporation; HERITAGE BANK OF COMMERCE, a California corporation; DIANA KERSHAW, an individual; CARSON TRAILER, INC., a California corporation; DAVID ENDRES, an individual; AHERN RENTALS INC., a Nevada corporation, AHERN AD, LLC, a Nevada limited liability company; THE STRAUSS LAW FIRM, LLC, a South Carolina limited liability company; PETER STRAUSS, an individual; PANDA BEAR INTERNATIONAL, LTD., a Hong Kong corporation; PANDA SOLAR SOLUTIONS LLC, a Nevada limited liability corporation; DC SOLAR INTERNATIONAL, INC., a Nevis corporation; BAYSHORE SELECT INSURANCE, a Bahamian Corporation; CHAMPION SELECT INSURANCE, a Bahamian Corporation; JPLM DYNASTY TRUST, a Cook Island Trust; BILLIE JEAN TRUST, a Cook Island Trust; SOUTHPAC INTERNATIONAL, INC., a Cook Islands Corporation,<br><br>                                  Defendants. |

IT IS HEREBY STIPULATED by and between Plaintiff Solarmore Management Services, Inc. ("Solarmore") and Defendant Priscilla Amato ("Defendant") (collectively, the "Parties"), by and through their respective counsel, that:

Solarmore filed its First Amended Complaint in this Court on December 18, 2020;

On August 10, 2021, Solarmore filed its Second Amended Complaint;

Defendant, through counsel, accepted service of the First Amended Complaint and Second Amended Complaint on October 11, 2021;

The Parties have stipulated to extend the deadlines for Defendant to file a responsive pleadings to Solarmore's Second Amended Complaint and have stipulated to extend response and reply deadlines along with modest page limit increases for any motion to dismiss that may be filed;

2

**STIPULATION FOR EXTENDING TIME FOR DEFENDANT PRISCILLA AMATO TO RESPOND TO SECOND AMENDED COMPLAINT AND ORDER**

The stipulation, as set forth herein, mirrors the stipulation that Solarmore has already entered into with multiple other defendants (*see* ECF No. 162);

Defendant has requested additional time to review and respond to the Second Amended Complaint and Solarmore has agreed to extend the deadline for a responsive pleading to the Second Amended Complaint from November 1, 2021 until December 15, 2021;

The Parties, therefore request, that Defendant's deadline to respond to Solarmore's Second Amended Complaint shall be extended to December 15, 2021 and that Solarmore's deadline to respond to any motion to dismiss be set at 60 days, as it previously was by this Court;

Additionally, given the numerous legal issues and causes of action asserted against Defendant, Solarmore and Defendant have agreed to, and hereby request, a modest modification of the page limits for briefing on Defendant's motion to dismiss as follows: twenty (20) pages for Defendant's initial motions; twenty (20) pages for Solarmore's oppositions, and ten (10) pages for Defendant's replies; and

Finally, the Parties have agreed that it is in the best interests of the Parties and this Court that all discovery and the Rule 26(f) conference be stayed until 30 days after either (a) the hearing on Defendant's motion to dismiss, or (b) the hearing date is taken off the Court's calendar and the motions are deemed submitted on the papers.

This is the first request for an extension for Defendant to respond to the Second Amended Complaint.

THEREFORE, pursuant to L. R. 143 and 144, the Parties hereby stipulate as follows:

1. The deadline for Defendant to answer, object, or otherwise respond to Solarmore Management Services, Inc.'s Second Amended Complaint shall be December 15, 2021. Defendant's motion briefs shall be limited to twenty (20) pages;

2. The deadline for Solarmore to file its oppositions to Defendant's motion to dismiss shall be February 15, 2022. Solarmore's oppositions shall be limited to twenty (20) pages;

3. The deadline for Defendant to file replies shall be March 8, 2022. Defendant's reply shall be limited to ten (10) pages; and

4. All discovery and the Rule 26(f) conference between the Parties shall be stayed until 30 days after either (a) the hearing on Defendant's motions to dismiss, or (b) the hearing date is taken off the calendar and the motions are deemed submitted on the papers.

**IT IS SO STIPULATED.**

DATED: October 11, 2021

**SNELL & WILMER L.L.P.**

By: /s/*Nathan G. Kanute*
Nathan G. Kanute
50 W. Liberty Street, Suite 510
Reno, NV 89501
*Attorneys for Plaintiff*

Dated: October 11, 2021

**SULLIVAN & YAECKEL LAW GROUP, APC**

By: /s/*Eric Yaeckel* (with permission)
Eric Yaeckel
2330 Third Ave.
San Diego, CA 92101
*Attorneys for Priscilla Amato*

**IT IS SO ORDERED.**

Dated:        10/12/2021                    /s/ John A. Mendez
                                    THE HONORABLE JOHN A. MENDEZ
                                    UNITED STATES DISTRICT COURT JUDGE

**CERTIFICATE OF SERVICE**

I hereby certify that on this date, I electronically filed the foregoing with the Eastern District of California by using the Court's CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

Dated: October 11, 2021

/s/ *Lara J. Taylor*
An Employee of Snell & Wilmer L.L.P.