Nathan G. Kanute (CA Bar No. 300946)
SNELL & WILMER L.L.P.
50 West Liberty Street, Suite 510
Reno, Nevada 89501
Telephone: 775-785-5440
E-Mail: nkanute@swlaw.com

*Attorneys for Plaintiff*

# IN THE UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SOLARMORE MANAGEMENT SERVICES, INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>JEFF CARPOFF and PAULETTE CARPOFF, husband and wife; LAUREN CARPOFF, an individual; ROBERT V. AMATO, an individual; PRISCILLA AMATO, an individual; ROBERT KARMANN, an individual; RONALD J. ROACH, an individual; JOSEPH BAYLISS, an individual; BAYLISS INNOVATIVE SERVICES, INC., a California corporation; ARI J. LAUER, an individual; LAW OFFICES OF ARI J. LAUER; ALAN HANSEN; an individual; SEBASTIAN JANO, an individual; RYAN GUIDRY, an individual; CARRIE CARPOFF-BODEN, an individual; PATRICK MOORE, an individual; HALO MANAGEMENT SERVICES LLC, a Nevada limited liability company; ALVAREZ & MARSAL VALUATION SERVICES, LLC, a Delaware limited liability company; BARRY HACKER, an individual; MARSHALL & STEVENS, INC., a Delaware corporation; COHNREZNICK CAPITAL MARKETS SECURITIES, LLC, a Maryland limited liability company; FALLBROOK CAPITAL SECURITIES CORPORATION, a Florida corporation; SCOTT WENTZ, an individual; RAINA YEE, an individual; VISTRA INTERNATIONAL EXPANSION (USA) INC., fka RADIUS GGE (USA), INC., fka HIGH STREET PARTNERS INC., a Maryland corporation; RADIUS GGE (USA), | Case No. 2:19-cv-02544-JAM-DB<br><br>**STIPULATION FOR EXTENDING TIME FOR DEFENDANTS TO RESPOND TO SECOND AMENDED COMPLAINT AND ORDER**<br><br>Complaint Served: April 29, 2021<br>Response Deadline: October 15, 2021<br>New Response Deadline: December 15, 2021 |

1  INC., fka HIGH STREET PARTNERS INC., a Maryland corporation; MONTAGE
2  SERVICES, INC., a California corporation; HERITAGE BANK OF COMMERCE, a
3  California corporation; DIANA KERSHAW, an individual; CARSON TRAILER, INC., a
4  California corporation; DAVID ENDRES, an individual; AHERN RENTALS INC., a
5  Nevada corporation, AHERN AD, LLC, a Nevada limited liability company; THE
6  STRAUSS LAW FIRM, LLC, a South Carolina limited liability company; PETER
7  STRAUSS, an individual; PANDA BEAR INTERNATIONAL, LTD., a Hong Kong
8  corporation; PANDA SOLAR SOLUTIONS LLC, a Nevada limited liability corporation;
9  DC SOLAR INTERNATIONAL, INC., a Nevis corporation; BAYSHORE SELECT
10  INSURANCE, a Bahamian Corporation; CHAMPION SELECT INSURANCE, a
11  Bahamian Corporation; JPLM DYNASTY TRUST, a Cook Island Trust; BILLIE JEAN
12  TRUST, a Cook Island Trust; SOUTHPAC INTERNATIONAL, INC., a Cook Islands
13  Corporation,

14  Defendants.

IT IS HEREBY STIPULATED by and between Plaintiff Solarmore Management Services, Inc. ("Solarmore") and Defendants The Strauss Law Firm, LLC and Peter Strauss (hereafter, the "Defendants") (collectively, the "Parties"), by and through their respective counsel, that:

Solarmore filed its First Amended Complaint in this Court on December 18, 2020. The Plaintiff requested that Defendants waive service on April 29, 2021 and Defendants executed the waiver service on May 5, 2021 (*see* ECF No. 105);

The Parties previously stipulated to extend the deadlines for the Defendants to file responsive pleadings to Solarmore's First Amended Complaint until September 13, 2021 and had stipulated to extended response and reply deadlines along with modest page limit increases for any motion to dismiss that may be filed (*see* ECF Nos. 123, 141);

The Court previously approved the stipulations (*see* ECF Nos. 127, 143);

On August 10, 2021, Solarmore filed its Second Amended Complaint, which has

1  been provided to Defendants via the Court's ECF service and/or by copy provided by
2  Solarmore's counsel;

3  The Parties previously stipulated to extend the deadlines for the Defendants to file
4  responsive pleadings to Solarmore's Second Amended Complaint until October 15, 2021
5  and had stipulated to extended response and reply deadlines along with modest page limit
6  increases for any motion to dismiss that may be filed (*see* ECF No. 150);

7  The Court previously approved those stipulations, and Defendants' responsive
8  pleadings are currently due October 15, 2021 (*see* ECF Nos. 154);

9  Defendants have requested additional time to review and respond to the Second
10 Amended Complaint and Solarmore has agreed to extend the deadline for a responsive
11 pleading to the Second Amended Complaint until December 15, 2021;

12 The Parties, therefore, have agreed, and hereby request, that the undersigned
13 Defendants' deadline to respond to Solarmore's Second Amended Complaint shall be
14 extended to December 15, 2021 and that Solarmore's deadline to respond to any motion to
15 dismiss be set at 60 days, as it previously was by this Court;

16 Additionally, given the numerous legal issues and causes of action asserted against
17 Defendants, Solarmore and Defendants have agreed to, and hereby request, a modest
18 modification of the page limits for briefing on Defendants' motions to dismiss as follows:
19 twenty (20) pages for Defendants' initial motions; twenty (20) pages for Solarmore's
20 oppositions, and ten (10) pages for Defendants' replies;

21 The Parties have further agreed that it is in the best interests of the Parties and this
22 Court that all discovery and the Rule 26(f) conference be stayed until 30 days after either
23 (a) the hearing on Defendants' motions to dismiss, or (b) the hearing date is taken off the
24 Court's calendar and the motions are deemed submitted on the papers; and

25 Finally, the Parties expressly agree that this Stipulation to extend the time for
26 Defendants to respond to the Second Amended Complaint shall not constitute an
27 appearance or submission to the jurisdiction of this Court. Counsel for the parties met and
28

conferred on June 25, 2021 wherein Defendant's counsel discussed Defendants' intent to file a motion challenging personal jurisdiction.

This is the first request for an extension for all Defendants to respond to the Second Amended Complaint.

THEREFORE, pursuant to L. R. 143 and 144, the Parties hereby stipulate as follows:

1. The deadline for the Defendants to answer, object, or otherwise respond to Solarmore Management Services, Inc.'s Second Amended Complaint shall be December 15, 2021. Defendants' motion brief shall be limited to twenty (20) pages;

2. The deadline for Solarmore to file its oppositions to Defendants' motions to dismiss shall be February 15, 2022. Solarmore's opposition shall be limited to twenty (20) pages;

3. The deadline for Defendants to file a reply shall be March 8, 2022. Defendants' replies shall be limited to ten (10) pages; and

4. All discovery and the Rule 26(f) conference between the Parties shall be stayed until 30 days after either (a) the hearing on Defendants' motions to dismiss, or (b) the hearing date is taken off the calendar and the motions are deemed submitted on the papers.

5. This Stipulation shall not constitute an appearance by Defendants or submission to the jurisdiction of this Court.

**IT IS SO STIPULATED.**

| | |
|---|---|
| DATED: October 10, 2021 | DATED: October 11, 2021 |
| **SNELL & WILMER L.L.P.** | **MURPHY PEARSON BRADLEY & FEENEY** |
| By: /s/*Nathan G. Kanute*<br>Nathan G. Kanute<br>50 W. Liberty Street, Suite 510<br>Reno, NV 89501<br>*Attorneys for Plaintiff* | By: /s/*Peter Weber* (with permission)<br>Peter Weber, Esq.<br>580 California St, Ste 1100<br>San Francisco CA 94104<br>*Attorneys for The Strauss Law Firm, LLC and Peter Strauss* |

**IT IS SO ORDERED.**

Dated: 10/12/2021

/s/John A. Mendez
THE HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE

**CERTIFICATE OF SERVICE**

I hereby certify that on this date, I electronically filed the foregoing with the Eastern District of California by using the Court's CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

Dated: October 11, 2021                /s/*Lara J. Taylor*
                                                                An Employee of Snell & Wilmer L.L.P.