**IN THE UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SOLARMORE MANAGEMENT SERVICES, INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>JEFF CARPOFF and PAULETTE CARPOFF, husband and wife; LAUREN CARPOFF, an individual; ROBERT V. AMATO, an individual; PRISCILLA AMATO, an individual; ROBERT KARMANN, an individual; RONALD J. ROACH, an individual; JOSEPH BAYLISS, an individual; BAYLISS INNOVATIVE SERVICES, INC., a California corporation; ARI J. LAUER, an individual; LAW OFFICES OF ARI J. LAUER; ALAN HANSEN; an individual; SEBASTIAN JANO, an individual; RYAN GUIDRY, an individual; CARRIE CARPOFF-BODEN, an individual; PATRICK MOORE, an individual; HALO MANAGEMENT SERVICES LLC, a Nevada limited liability company; ALVAREZ & MARSAL VALUATION SERVICES, LLC, a Delaware limited liability company; BARRY HACKER, an individual; MARSHALL & STEVENS, INC., a Delaware corporation; COHNREZNICK CAPITAL MARKETS SECURITIES, LLC, a Maryland limited liability company; FALLBROOK CAPITAL SECURITIES CORPORATION, a Florida corporation; SCOTT WENTZ, an individual; RAINA YEE, an individual; VISTRA INTERNATIONAL EXPANSION (USA) INC., fka RADIUS GGE (USA), INC., fka HIGH STREET PARTNERS INC., a | Case No. 2:19-cv-02544-JAM-DB<br><br>**ORDER GRANTING TWELFTH *EX PARTE* MOTION TO EXTEND TIME FOR SERVICE OF COMPLAINT**<br><br>Complaint Filed: December 17, 2019<br>Amended Complaint Filed: December 18, 2020<br>Second Amended Complaint Filed: August 10, 2021<br>Current Service Deadline: October 26, 2021<br>Requested Extended Deadline: December 6, 2021<br>Trial Date: None Set |

Maryland corporation; RADIUS GGE (USA), INC., fka HIGH STREET PARTNERS INC., a Maryland corporation; MONTAGE SERVICES, INC., a California corporation; HERITAGE BANK OF COMMERCE, a California corporation; DIANA KERSHAW, an individual; CARSON TRAILER, INC., a California corporation; DAVID ENDRES, an individual; AHERN RENTALS INC., a Nevada corporation, AHERN AD, LLC, a Nevada limited liability company; THE STRAUSS LAW FIRM, LLC, a South Carolina limited liability company; PETER STRAUSS, an individual; PANDA BEAR INTERNATIONAL, LTD., a Hong Kong corporation; PANDA SOLAR SOLUTIONS LLC, a Nevada limited liability corporation; DC SOLAR INTERNATIONAL, INC., a Nevis corporation; BAYSHORE SELECT INSURANCE, a Bahamian Corporation; CHAMPION SELECT INSURANCE, a Bahamian Corporation; JPLM DYNASTY TRUST, a Cook Island Trust; BILLIE JEAN TRUST, a Cook Island Trust; SOUTHPAC INTERNATIONAL, INC., a Cook Islands Corporation,

Defendants.

Upon consideration of the *Twelfth Ex Parte Motion to Extend Time for Service of Complaint* (the "**Motion**") filed by Plaintiff Solarmore Management Services, Inc. ("**Solarmore**" or "**Plaintiff**"), and for good cause appearing,

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that:

(1) The Motion is granted; and

(2) Plaintiff's deadline to serve the complaint ("**Complaint**") in this action is hereby extended by forty-five (45) days, through and including December 6, 2021.

**IT IS SO ORDERED.**

DATED: October 25, 2021        /s/ John A, Mendez
                               THE HONORABLE JOHN A. MENDEZ
                               UNITES STATES DISTRICT COURT JUDGE