Nathan G. Kanute (CA Bar No. 300946)
SNELL & WILMER L.L.P.
50 West Liberty Street, Suite 510
Reno, Nevada 89501
Telephone: 775-785-5440
E-Mail: nkanute@swlaw.com

*Attorneys for Plaintiff*

# IN THE UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SOLARMORE MANAGEMENT SERVICES, INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>JEFF CARPOFF and PAULETTE CARPOFF, husband and wife; LAUREN CARPOFF, an individual; ROBERT V. AMATO, an individual; PRISCILLA AMATO, an individual; ROBERT KARMANN, an individual; RONALD J. ROACH, an individual; JOSEPH BAYLISS, an individual; BAYLISS INNOVATIVE SERVICES, INC., a California corporation; ARI J. LAUER, an individual; LAW OFFICES OF ARI J. LAUER; ALAN HANSEN; an individual; SEBASTIAN JANO, an individual; RYAN GUIDRY, an individual; CARRIE CARPOFF-BODEN, an individual; PATRICK MOORE, an individual; HALO MANAGEMENT SERVICES LLC, a Nevada limited liability company; ALVAREZ & MARSAL VALUATION SERVICES, LLC, a Delaware limited liability company; BARRY HACKER, an individual; MARSHALL & STEVENS, INC., a Delaware corporation; COHNREZNICK CAPITAL MARKETS SECURITIES, LLC, a Maryland limited liability company; FALLBROOK CAPITAL SECURITIES CORPORATION, a Florida corporation; SCOTT WENTZ, an individual; RAINA YEE, an individual; VISTRA INTERNATIONAL EXPANSION (USA) INC., fka RADIUS GGE (USA), INC., fka | Case No. 2:19-cv-02544-JAM-DB<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITHOUT PREJUDICE AS TO THE CLAIMS AGAINST HALO MANAGEMENT SERVICES LLC ONLY** |

| | |
|---|---|
| 1 | HIGH STREET PARTNERS INC., a Maryland corporation; RADIUS GGE (USA), INC., fka HIGH STREET PARTNERS INC., a Maryland corporation; MONTAGE SERVICES, INC., a California corporation; HERITAGE BANK OF COMMERCE, a California corporation; DIANA KERSHAW, an individual; CARSON TRAILER, INC., a California corporation; DAVID ENDRES, an individual; AHERN RENTALS INC., a Nevada corporation, AHERN AD, LLC, a Nevada limited liability company; THE STRAUSS LAW FIRM, LLC, a South Carolina limited liability company; PETER STRAUSS, an individual; PANDA BEAR INTERNATIONAL, LTD., a Hong Kong corporation; PANDA SOLAR SOLUTIONS LLC, a Nevada limited liability corporation; DC SOLAR INTERNATIONAL, INC., a Nevis corporation; BAYSHORE SELECT INSURANCE, a Bahamian Corporation; CHAMPION SELECT INSURANCE, a Bahamian Corporation; JPLM DYNASTY TRUST, a Cook Island Trust; BILLIE JEAN TRUST, a Cook Island Trust; SOUTHPAC INTERNATIONAL, INC., a Cook Islands Corporation, |
| | Defendants. |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A), this stipulation is entered into by and among Solarmore Management Services, Inc. ("Solarmore") and Halo Management Services LLC ("Halo"), by and through their respective counsel. Solarmore and Halo stipulate and agree as follows:

1. That all of Solarmore's claims against Halo in this litigation shall be dismissed without prejudice;

2. That Halo's joinder in the Heritage Bank motion to dismiss and separate motion to dismiss [Dkt. No. 160] is hereby withdrawn as moot and the hearing on the Halo joinder and motion may be taken off calendar, but only as to the Halo joinder and motion;

3. That Halo may be removed from the caption of this case; and

2
**STIPULATION AND ORDER FOR DISMISSAL WITHOUT PREJUDICE AS TO THE CLAIMS AGAINST HALO MANAGEMENT SERVICES LLC ONLY**

4889-4577-7664

4. That the Halo shall bear its own attorneys' fees and costs associated with this action.

Dated: October 25, 2021

**SNELL & WILMER L.L.P.**

By: */s/ Nathan G. Kanute*
Nathan G. Kanute
50 West Liberty Street, Suite 510
Reno, NV  89501

*Attorneys for Plaintiff*

Dated: October 25, 2021

**LAW OFFICES OF FRANK S. MOORE, APC**

By: /s/ *Frank S. Moore* (with permission)
Frank S. Moore
235 Montgomery Street, Suite 440
San Francisco CA 94104

*Attorneys for Halo Management Services LLC*

**IT IS SO ORDERED.**

DATED:  October 25, 2021

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE

3
**STIPULATION AND ORDER FOR DISMISSAL WITHOUT PREJUDICE AS TO THE CLAIMS AGAINST HALO MANAGEMENT SERVICES LLC ONLY**
4889-4577-7664