Nathan G. Kanute (CA Bar No. 300946)
SNELL & WILMER L.L.P.
50 West Liberty Street, Suite 510
Reno, Nevada 89501
Telephone: 775-785-5440
E-Mail: nkanute@swlaw.com

*Attorneys for Plaintiff*

# IN THE UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SOLARMORE MANAGEMENT SERVICES, INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>JEFF CARPOFF and PAULETTE CARPOFF, husband and wife; LAUREN CARPOFF, an individual; ROBERT V. AMATO, an individual; PRISCILLA AMATO, an individual; ROBERT KARMANN, an individual; RONALD J. ROACH, an individual; JOSEPH BAYLISS, an individual; BAYLISS INNOVATIVE SERVICES, INC., a California corporation; ARI J. LAUER, an individual; LAW OFFICES OF ARI J. LAUER; ALAN HANSEN; an individual; SEBASTIAN JANO, an individual; RYAN GUIDRY, an individual; CARRIE CARPOFF-BODEN, an individual; PATRICK MOORE, an individual; HALO MANAGEMENT SERVICES LLC, a Nevada limited liability company; ALVAREZ & MARSAL VALUATION SERVICES, LLC, a Delaware limited liability company; BARRY HACKER, an individual; MARSHALL & STEVENS, INC., a Delaware corporation; COHNREZNICK CAPITAL MARKETS SECURITIES, LLC, a Maryland limited liability company; FALLBROOK CAPITAL SECURITIES CORPORATION, a Florida corporation; SCOTT WENTZ, an individual; RAINA YEE, an individual; VISTRA INTERNATIONAL EXPANSION (USA) INC., fka RADIUS GGE (USA), INC., fka HIGH STREET PARTNERS INC., a | Case No. 2:19-cv-02544-JAM-DB<br><br>**STIPULATION FOR EXTENDING TIME FOR DEFENDANTS TO RESPOND TO SECOND AMENDED COMPLAINT AND ORDER**<br><br>Complaint Served: Various Dates<br>Response Deadline: December 15, 2021<br>New Response Deadline: February 15, 2022 |

1

Maryland corporation; RADIUS GGE (USA), INC., fka HIGH STREET PARTNERS INC., a Maryland corporation; MONTAGE SERVICES, INC., a California corporation; HERITAGE BANK OF COMMERCE, a California corporation; DIANA KERSHAW, an individual; CARSON TRAILER, INC., a California corporation; DAVID ENDRES, an individual; AHERN RENTALS INC., a Nevada corporation, AHERN AD, LLC, a Nevada limited liability company; THE STRAUSS LAW FIRM, LLC, a South Carolina limited liability company; PETER STRAUSS, an individual; PANDA BEAR INTERNATIONAL, LTD., a Hong Kong corporation; PANDA SOLAR SOLUTIONS LLC, a Nevada limited liability corporation; DC SOLAR INTERNATIONAL, INC., a Nevis corporation; BAYSHORE SELECT INSURANCE, a Bahamian Corporation; CHAMPION SELECT INSURANCE, a Bahamian Corporation; JPLM DYNASTY TRUST, a Cook Island Trust; BILLIE JEAN TRUST, a Cook Island Trust; SOUTHPAC INTERNATIONAL, INC., a Cook Islands Corporation,

Defendants.

IT IS HEREBY STIPULATED by and between Plaintiff Solarmore Management Services, Inc. ("Solarmore") and Defendants Marshall & Stevens, Inc., David Endres, Carrie Carpoff-Boden, Lauren Carpoff, Priscilla Amato, Joseph Bayliss, Bayliss Innovative Services, Inc., Fallbrook Capital Securities Corporation, Montage Services, Inc., Scott Wentz, Raina Yee, Sebastian Jano, Ahern Rentals Inc., Barry Hacker, Alvarez & Marsal Valuation Services, LLC, CohnReznick Capital Markets Securities, LLC, Vistra International Expansion (USA) Inc., Radius GGE (USA), Inc., and Carson Trailer, Inc. (hereafter, the "Defendants") (collectively, the "Parties"), either for themselves or by and through their respective counsel, that:

Solarmore filed its First Amended Complaint in this Court on December 18, 2020. The Defendants were personally served or waived service on various dates in 2021;

The Parties previously stipulated to extend the deadlines for the Defendants to file

2

STIPULATION FOR EXTENDING TIME FOR DEFENDANTS TO RESPOND TO SECOND AMENDED COMPLAINT AND ORDER

responsive pleadings to Solarmore's First Amended Complaint and had stipulated to extended response and reply deadlines along with modest page limit increases for any motion to dismiss that may be filed (*see* ECF Nos. 129, 131, 132, 136, 139);

The Court previously approved those stipulations (*see* ECF Nos. 130, 133, 134, 137, 140);

On August 10, 2021, Solarmore filed its Second Amended Complaint, which has been provided to Defendants via the Court's ECF service and/or by copy provided by Solarmore's counsel;

The Parties previously stipulated to extend the deadlines for the Defendants to file responsive pleadings to Solarmore's Second Amended Complaint until December 15, 2021 and had stipulated to extended response and reply deadlines along with modest page limit increases for any motion to dismiss that may be filed (*see* ECF No. 153, 158);

The Court previously approved those stipulations, and Defendants' responsive pleadings are currently due December 15, 2021 (*see* ECF Nos. 154, 159);

Defendants have requested additional time to review and respond to the Second Amended Complaint and Solarmore has agreed to extend the deadline for a responsive pleading to the Second Amended Complaint until February 15, 2022;

The Parties, therefore, have agreed, and hereby request, that the undersigned Defendants' deadline to respond to Solarmore's Second Amended Complaint shall be extended to February 15, 2022 and that Solarmore's deadline to respond to any motion to dismiss be set at 60 days, as it previously was by this Court;

Additionally, given the numerous legal issues and causes of action asserted against Defendants, Solarmore and Defendants have agreed to, and hereby request, a modest modification of the page limits for briefing on Defendants' motions to dismiss as follows: twenty (20) pages for Defendants' initial motions; twenty (20) pages for Solarmore's oppositions, and ten (10) pages for Defendants' replies; and

Finally, the Parties have agreed that it is in the best interests of the Parties and this

3

STIPULATION FOR EXTENDING TIME FOR
DEFENDANTS TO RESPOND TO SECOND
AMENDED COMPLAINT AND ORDER

Court that all discovery and the Rule 26(f) conference be stayed until 30 days after either (a) the hearing on Defendants' motions to dismiss, or (b) the hearing date is taken off the Court's calendar and the motions are deemed submitted on the papers.

This is the third request for an extension for all Defendants to respond to the Second Amended Complaint.

THEREFORE, pursuant to L. R. 143 and 144, the Parties hereby stipulate as follows:

1. The deadline for the Defendants to answer, object, or otherwise respond to Solarmore Management Services, Inc.'s Second Amended Complaint shall be February 15, 2022. Defendants' motion briefs shall be limited to twenty (20) pages;

2. The deadline for Solarmore to file its oppositions to Defendants' motions to dismiss shall be April 15, 2022. Solarmore's oppositions shall be limited to twenty (20) pages;

3. The deadline for Defendants to file replies shall be May 9, 2022. Defendants' replies shall be limited to ten (10) pages; and

4. All discovery and the Rule 26(f) conference between the Parties shall be stayed until 30 days after either (a) the hearing on Defendants' motions to dismiss, or (b) the hearing date is taken off the calendar and the motions are deemed submitted on the papers.

**IT IS SO STIPULATED.**

DATED: December 7, 2021

**SNELL & WILMER L.L.P.**

By: /s/*Nathan G. Kanute*
Nathan G. Kanute
50 W. Liberty Street, Suite 510
Reno, NV 89501
*Attorneys for Plaintiff*

Dated: December 7, 2021

**DURIE TANGRI LLP**

By: /s/ *W. Henry Huttinger* (with permission)
W. Henry Huttinger
953 East 3rd Street
Los Angeles, CA 90013
*Attorneys for Alvarez & Marsal Valuation Services, LLC*

Dated: December 7, 2021

**DILLINGHAM & MURPHY, LLP**

By: /s/ *Dennis J. Kelly* (with permission)
Dennis J. Kelly, Esq.
601 Montgomery St, Ste 1900
San Francisco CA 94111
*Attorneys for Montage Services, Inc., Scott Wentz, and Raina Yee*

Dated: December 6, 2021

/s/ *Sebastian Jano* (with permission)
Sebastian Jano

Dated: December 6, 2021

**DEMETRIOU, DEL GUERCIO, SPRINGER & FRANCIS, LLP**

By:/s/ *Jennifer T. Taggart* (with permission)
Jennifer T. Taggart
915 Wilshire Blvd., Suite 2000
Los Angeles, CA 90017
*Attorneys for Carson Trailer, Inc.*

Dated: December 6, 2021

**SMITH MCDOWELL & POWELL**

By: /s/ *C. Jason Smith* (with permission)
C. Jason Smith
100 Howe Avenue, Suite 208 South
Sacramento, CA 95825
*Attorneys for David Endres*

Dated: December 6, 2021

**MILLER GERBER LLP**

By: /s/ *Corey Miller* (with permission)
Corey Miller
18301 Von Karman Ave, Ste 950
Irvine CA 92612
*Attorneys for Carrie Carpoff-Boden*

Dated: December 6, 2021

/s/ *Joseph Bayliss* (with permission)
Joseph Bayliss

Dated: December 6, 2021

/s/ *Joseph Bayliss* (with permission)
Bayliss Innovative Services, Inc.

Dated: December 6, 2021

/s/ *Lauren Carpoff* (with permission)
Lauren Carpoff

5
**STIPULATION FOR EXTENDING TIME FOR DEFENDANTS TO RESPOND TO SECOND AMENDED COMPLAINT AND ORDER**

| | |
|---|---|
| Dated: December 6, 2021 | Dated: December 6, 2021 |
| **KENDALL BRILL & KELLY LLP** | **G&B Law, LLP** |
| By: /s/ *Patrick J. Somers* (with permission)<br>Patrick J. Somers<br>Priya Srinivasan<br>10100 Santa Monica Blvd, Ste 1725<br>Los Angeles, CA 90067<br>*Attorneys for Fallbrook Capital Securities Corporation* | By:/s/ *James R. Felton* (with permission)<br>James R. Felton<br>16000 Ventura Blvd, Ste 1000<br>Encino CA 91436<br>*Attorneys for Marshall & Stevens, Inc.* |
| Dated: December 6, 2021 | Dated: December 7, 2021 |
| **FOX ROTHSCHILD LLP** | **HOMER BONNER JACOBS ORTIZ, P.A.** |
| By:/s/ *Anujan Jeevaprakash* (with permission)<br>Dwight Donovan<br>Anujan Jeevaprakash<br>345 California Street, Suite 2200<br>San Francisco, CA 94104<br>*Attorneys for Ahern Rentals, Inc.* | By: /s/ *Adam L. Schwartz* (with permission)<br>Adam L. Schwartz (admitted *pro hac vice*)<br>1200 Four Seasons Tower<br>1441 Brickell Ave<br>Miami, FL 33131 |
| Dated: December 6, 2021 | **BAILEY PLC** |
| **SULLIVAN & YAECKEL LAW GROUP, APC** | By: /s/ *Landon D. Bailey* (with permission)<br>Landon D. Bailey<br>641 Fulton Avenue, Suite 200<br>Sacramento, CA 95825<br>*Attorneys for Barry Hacker* |
| By: /s/ *Eric Yaeckel* (with permission)<br>Eric Yaeckel<br>2330 Third Ave.<br>San Diego, CA 92101<br>*Attorneys for Priscilla Amato* | |

Dated: December 6, 2021

**NELSON MULLINS RILEY & SCARBOROUGH LLP**

By: */s/ Lauren A. Deeb* (with permission)
Lauren A. Deeb
Scott Sherman
Pacific Gateway, Ste 900
19191 So Vermont Ave
Torrance CA 90502
*Attorneys for CohnReznick Capital Market Securities, LLC*

Dated: December 6, 2021

**QUINN EMANUEL URQUHART & SULLIVAN, LLP**

By: */s/ Terry L. Wit* (with permission)
Terry L. Wit
50 California St, 22nd Flr
San Francisco CA 94111
*Attorneys for Vistra International Expansion (USA) Inc. and Radius GGE (USA), Inc.*

**IT IS SO ORDERED.**

Dated: December 7, 2021

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE