Steven W. Thomas (State Bar No. 168967)
Emily Alexander (State Bar No. 220595)
Mark Forrester (State Bar No. 208097)
Stephen Sorensen (State Bar No. 199408)
THOMAS, ALEXANDER, FORRESTER
& SORENSEN LLP
14 27th Avenue
Venice, California 90291
Tel.: (310) 961-2536
Fax: (310) 526-6852

*Attorneys for Plaintiff*

## IN THE UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SOLARMORE MANAGEMENT SERVICES, INC. a California Corporation,<br><br>Plaintiffs,<br><br>v.<br><br>JEFF CARPOFF and PAULETTE CARPOFF, husband and wife; Et al.<br><br>Defendants. | CASE NO. 2:19-cv-02544-JAM-DB<br><br>**STIPULATION FOR EXTENDING TIME FOR DEFENDANTS TO RESPOND TO SECOND AMENDED COMPLAINT AND ORDER**<br><br>Complaint Served: Various Dates<br>Response Deadline: February 15, 2022<br>New Response Deadline: April 15, 2022 |

IT IS HEREBY STIPULATED by and between Plaintiff Solarmore Management Services, Inc. ("Solarmore") and Defendants Marshall & Stevens, Inc., David Endres, Carrie Carpoff-Boden, Priscilla Amato, Ahern Rentals Inc., CohnReznick Capital Markets Securities, LLC, Vistra International Expansion (USA) Inc., Radius GGE (USA), Inc., Carson Trailer, Inc., Peter Strauss, The Strauss Law Firm, LLC, Ari J. Lauer, and Law Offices of Ari J. Lauer (hereafter, the "Defendants") (collectively, the "Parties"), either for themselves or by and through their respective counsel, that:

Solarmore filed its First Amended Complaint in this Court on December 18, 2020. The Defendants were personally served or waived service on various dates in 2021;

The Parties previously stipulated to extend the deadlines for the Defendants to file responsive pleadings to Solarmore's First Amended Complaint and had stipulated to extended response and reply deadlines along with modest page limit increases for any motion to dismiss that may be filed (*see* ECF Nos. 129, 131, 132, 136, 139);

1

1    The Court previously approved those stipulations (*see* ECF Nos. 130, 133, 134, 137, 140);

2    On August 10, 2021, Solarmore filed its Second Amended Complaint, which has been provided

3    to Defendants via the Court's ECF service and/or by copy provided by Solarmore's counsel;

4    The Parties previously stipulated to extend the deadlines for the Defendants to file responsive

5    pleadings to Solarmore's Second Amended Complaint until February 15, 2022, and had stipulated to

6    extended response and reply deadlines along with modest page limit increases for any motion to dismiss

7    that may be filed (*see* ECF No. 181, 183);

8    The Court previously approved those stipulations, and Defendants' responsive pleadings are

9    currently due February 15, 2022 (*see* ECF Nos. 182, 184);

10    On February 3, 2022, Stephen Sorensen was substituted as counsel for Solarmore.  On February

11    7, 2022, the Court denied the Motion to Dismiss filed by Heritage Bank and joined by Ari J. Lauer and

12    Diana Kershaw.  In light of the recent substitution of counsel and the Court's order on such Motion to

13    Dismiss, Defendants and Solarmore have agreed to extend the deadline for a responsive pleading to

14    the Second Amended Complaint until April 15, 2022, to allow the parties additional time to meet and

15    confer;

16    The Parties, therefore, have agreed, and hereby request, that the undersigned Defendants'

17    deadline to respond to Solarmore's Second Amended Complaint shall be extended to April 15, 2022

18    and that Solarmore's deadline to respond to any motion to dismiss be set at 60 days, as it previously

19    was by this Court;

20    Additionally, given the numerous legal issues and causes of action asserted against Defendants,

21    Solarmore and Defendants have agreed to, and hereby request, a modest modification of the page limits

22    for briefing on Defendants' motions to dismiss as follows:  twenty (20) pages for Defendants' initial

23    motions; twenty (20) pages for Solarmore's oppositions, and ten (10) pages for Defendants' replies;

24    and

25    Finally, the Parties have agreed that it is in the best interests of the Parties and this Court that

26    all discovery and the Rule 26(f) conference be stayed until 30 days after either (a) the hearing on

27    Defendants' motions to dismiss, or (b) the hearing date is taken off the Court's calendar and the

28    motions are deemed submitted on the papers.

2

**STIPULATION FOR EXTENDING TIME FOR DEFENDANTS TO RESPOND TO SECOND AMENDED COMPLAINT AND ORDER**

This is the fourth request for an extension for all Defendants to respond to the Second Amended Complaint.

THEREFORE, pursuant to L. R. 143 and 144, the Parties hereby stipulate as follows:

1.      The deadline for the Defendants to answer, object, or otherwise respond to Solarmore Management Services, Inc.'s Second Amended Complaint shall be April 15, 2022. Defendants' motion briefs shall be limited to twenty (20) pages;

2.      The deadline for Solarmore to file its oppositions to Defendants' motions to dismiss shall be June 14, 2022. Solarmore's oppositions shall be limited to twenty (20) pages;

3.      The deadline for Defendants to file replies shall be July 6, 2022. Defendants' replies shall be limited to ten (10) pages; and

4.      All discovery and the Rule 26(f) conference between the Parties shall be stayed until 30 days after either (a) the hearing on Defendants' motions to dismiss, or (b) the hearing date is taken off the calendar and the motions are deemed submitted on the papers.

**IT IS SO STIPULATED.**

DATED:  February 9, 2022                          **Thomas, Alexander, Forrester & Sorensen LLP**

By: /s/ *Stephen Sorensen*
Stephen Sorensen, Esq.
14 27th Avenue,
Venice, CA 90291
*Attorneys for Plaintiff*

**DEMETRIOU, DEL GUERCIO, SPRINGER & FRANCIS, LLP**

**QUINN EMANUEL URQUHART & SULLIVAN, LLP**

By:/s/ *Jennifer T. Taggart* (with permission)
Jennifer T. Taggart
915 Wilshire Blvd., Suite 2000
Los Angeles, CA 90017
*Attorneys for Carson Trailer, Inc.*

By: /s/ *Terry L. Wit* (with permission)
Terry L. Wit
50 California St, 22nd Flr
San Francisco, CA 94111
*Attorneys for Vistra International Expansion (USA) Inc. and Radius GGE (USA), Inc.*

Dated:  February 9, 2022

Dated:  February 9, 2022

3

**SMITH MCDOWELL & POWELL**

By: /s/ *C. Jason Smith* (with permission)
C. Jason Smith
100 Howe Avenue, Suite 208 South
Sacramento, CA 95825
*Attorneys for David Endres*

Dated: February 9, 2022

**SULLIVAN & YAECKEL LAW GROUP, APC**

By: /s/ *Eric Yaeckel* (with permission)
Eric Yaeckel
2330 Third Ave.
San Diego, CA 92101
*Attorneys for Priscilla Amato*

Dated: February 9, 2022

**FOX ROTHSCHILD LLP**

By: /s/ *Dwight Donovan* (with permission)
Dwight Donovan
Anujan Jeevaprakash
345 California Street, Suite 2200
San Francisco, CA 94104
*Attorneys for Ahern Rentals, Inc.*

Dated:  February 9, 2022

**MURPHY PEARSON BRADLEY & FEENEY**

By: /s/ *Arthur J. Harris* (with permission)
Arthur Harris
Peter Weber
580 California St, Ste 1100
San Francisco, CA 94104
*Attorneys for The Strauss Law Firm, LLC and Peter Strauss*

Dated:  February 9, 2022

**G&B LAW, LLP**

By:/s/ *James R. Felton* (with permission)
James R. Felton
16000 Ventura Blvd, Ste 1000
Encino, CA 91436
*Attorneys for Marshall & Stevens, Inc.*

Dated: February 9, 2022

**NELSON MULLINS RILEY & SCARBOROUGH LLP**

By: /s/ *Lauren A. Deeb* (with permission)
Lauren A. Deeb
Scott Sherman
Pacific Gateway
19191 S. Vermont Ave, Ste 900
Torrance, CA 90502
*Attorneys for CohnReznick Capital Market Securities, LLC*

Dated: February 9, 2022

**MILLER MILLER GERBER LLP**

By: /s/ *Corey Miller* (with permission)
Corey Miller
18301 Von Karman Ave, Ste 950
Irvine, CA 92612
*Attorneys for Carrie Carpoff-Boden*

Dated:  February 9, 2022

**LEWIS BRISBOIS BISGAARD & SMITH**

By: /s/ *Richard A. Sullivan* (with permission)
Richard A. Sullivan
2020 W. El Camino Ave., Suite 700
Sacramento, CA 95833
*Attorneys for Ari J. Lauer and Law Offices of Ari J. Lauer*

Dated:  February 9, 2022

1

**IT IS SO ORDERED.**

2

3

Dated:  February 10, 2022

4

5

/s/ John A. Mendez

THE HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**STIPULATION FOR EXTENDING TIME FOR DEFENDANTS TO RESPOND TO SECOND AMENDED
COMPLAINT AND ORDER**