Steven W. Thomas (State Bar No. 168967)
Emily Alexander (State Bar No. 220595)
Mark Forrester (State Bar No. 208097)
Stephen Sorensen (State Bar No. 199408)
THOMAS, ALEXANDER, FORRESTER
& SORENSEN LLP
14 27th Avenue
Venice, California 90291
Tel.: (310) 961-2536
Fax: (310) 526-6852

*Attorneys for Plaintiff*

**IN THE UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SOLARMORE MANAGEMENT SERVICES, INC. a California Corporation,<br><br>Plaintiffs,<br><br>v.<br><br>JEFF CARPOFF and PAULETTE CARPOFF, husband and wife; Et al.<br><br>Defendants. | CASE NO. 2:19-cv-02544-JAM-DB<br><br>**STIPULATION FOR EXTENDING TIME FOR DEFENDANT DIANA KERSHAW TO RESPOND TO THE SECOND AMENDED COMPLAINT AND ORDER**<br><br>Complaint Served: Various Dates |

IT IS HEREBY STIPULATED by and between Plaintiff Solarmore Management Services, Inc. ("Solarmore") and Defendant Diana Kershaw (hereafter, the "Defendant") (collectively, the "Parties"), either for themselves or by and through their respective counsel, that:

Solarmore filed its First Amended Complaint in this Court on December 18, 2020. The Defendant was personally served on January 24, 2021 [*see* ECF No. 51];

Solarmore previously stipulated to extend the deadlines for various Defendants to file responsive pleadings to Solarmore's First Amended Complaint and stipulated to extended response and reply deadlines along with modest page limit increases for any motion to dismiss that may be filed (*see* ECF Nos. 129, 131, 132, 136, 139);

The Court previously approved those stipulations (*see* ECF Nos. 130, 133, 134, 137, 140);

On August 10, 2021, Solarmore filed its Second Amended Complaint, which has been provided to Defendants via the Court's ECF service and/or by copy provided by Solarmore's counsel;

Solarmore previously stipulated to extend the deadlines for various Defendants to file responsive pleadings to Solarmore's Second Amended Complaint until February 15, 2022, and stipulated to extended response and reply deadlines along with modest page limit increases for any motion to dismiss that may be filed (*see* ECF No. 181, 183);

The Court previously approved those stipulations (*see* ECF Nos. 182, 184);

On February 3, 2022, Stephen Sorensen was substituted as counsel for Solarmore. On February 7, 2022, the Court denied the Motion to Dismiss filed by Heritage Bank and joined by Ari J. Lauer and Diana Kershaw;

The Parties, therefore, have agreed, and hereby request, that Defendant Diana Kershaw's deadline to respond to Solarmore's Second Amended Complaint shall be extended to April 15, 2022;

Finally, the Parties have agreed that it is in the best interests of the Parties and this Court that all discovery and the Rule 26(f) conference be stayed until 30 days after either (a) the hearing on Defendants' motions to dismiss, or (b) the hearing date is taken off the Court's calendar and the motions are deemed submitted on the papers.

THEREFORE, pursuant to L. R. 143 and 144, the Parties hereby stipulate as follows:

1. The deadline for Defendant Diana Kershaw to respond to Solarmore Management Services, Inc.'s Second Amended Complaint shall be April 15, 2022.

2. All discovery and the Rule 26(f) conference between the Parties shall be stayed until 30 days after either (a) the hearing on Defendants' motions to dismiss, or (b) the hearing date is taken off the calendar and the motions are deemed submitted on the papers.

**IT IS SO STIPULATED.**

DATED: February 28, 2022                **Thomas, Alexander, Forrester & Sorensen LLP**

By: */s/ Stephen Sorensen*
Stephen Sorensen, Esq.
14 27th Avenue,
Venice, CA 90291
Attorneys for Plaintiff

| | |
|---|---|
| **LAW OFFICE OF HASTINGS & RON** | **THE MERRILL LAW GROUP, PC** |
| By: <u>*/s/ Charles L. Hastings*</u> (with permission)<br>Charles L. Hastings<br>PMB 270, 4719 Quail Lakes Drive, Suite G<br>Stockton, CA 95207<br>*Attorneys for Diana Kershaw* | By: <u>*/s/ S. Lynn Appleton*</u> (with permission)<br>S. Lynn Appleton<br>P.O. Box 799<br>Diablo, CA 94528<br>*Attorneys for Diana Kershaw* |
| Dated:  February 28, 2022 | Dated:  February 28, 2022 |

**IT IS SO ORDERED.**

DATED:  March 1, 2022                        /s/ John A. Mendez
                                             THE HONORABLE JOHN A. MENDEZ
                                             UNITED STATES DISTRICT COURT JUDGE

**STIPULATION FOR EXTENDING TIME FOR DEFENDANT DIANA KERSHAW TO RESPOND TO THE SECOND AMENDED COMPLAINT AND ORDER**