Steven W. Thomas (State Bar No. 168967)
Emily Alexander (State Bar No. 220595)
Mark Forrester (State Bar No. 208097)
Stephen Sorensen (State Bar No. 199408)
THOMAS, ALEXANDER, FORRESTER
& SORENSEN LLP
14 27th Avenue
Venice, California 90291
Tel.: (310) 961-2536
Fax: (310) 526-6852

*Attorneys for Plaintiff*

**IN THE UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SOLARMORE MANAGEMENT SERVICES, INC. a California Corporation,<br><br>Plaintiffs,<br><br>v.<br><br>JEFF CARPOFF and PAULETTE CARPOFF, husband and wife; Et al.<br><br>Defendants. | CASE NO. 2:19-cv-02544-TLN-DB<br><br>**STIPULATION FOR EXTENDING TIME FOR DEFENDANTS TO RESPOND TO SECOND AMENDED COMPLAINT AND ORDER**<br><br>Complaint Served: Various Dates<br>Response Deadline: June 15, 2022<br>New Response Deadline: September 13, 2022 |

IT IS HEREBY STIPULATED by and between Plaintiff Solarmore Management Services, Inc. ("Solarmore") and Defendants Ahern Rentals Inc., CohnReznick Capital Markets Securities, LLC, Vistra International Expansion (USA) Inc., and Radius GGE (USA), Inc. (hereafter, the "Defendants") (collectively, the "Parties"), either for themselves or by and through their respective counsel, that:

Solarmore filed its First Amended Complaint in this Court on December 18, 2020. The Defendants were personally served or waived service on various dates in 2021;

The Parties previously stipulated to extend the deadlines for the Defendants to file responsive pleadings to Solarmore's First Amended Complaint and to extend response and reply deadlines, along with modest page limit increases, for any motion to dismiss that may be filed (*see* ECF Nos. 129, 131, 132, 136, 139);

The Court previously approved those stipulations (*see* ECF Nos. 130, 133, 134, 137, 140);

On August 10, 2021, Solarmore filed its Second Amended Complaint, which has been provided to Defendants via the Court's ECF service and/or by copy provided by Solarmore's counsel;

The Parties previously stipulated to extend the deadlines for the Defendants to file responsive pleadings to Solarmore's Second Amended Complaint and to extend response and reply deadlines, along with modest page limit increases, for any motion to dismiss that may be filed (*see* ECF No. 149, 162, 183, 196, 205);

The Court previously approved those stipulations, and Defendants' responsive pleadings are currently due on June 15, 2022 (*see* ECF Nos. 153, 166, 184, 197, 206);

On February 3, 2022, Stephen Sorensen was substituted as counsel for Solarmore. On February 7, 2022, the Court denied the Motion to Dismiss filed by Heritage Bank and joined by Ari J. Lauer and Diana Kershaw. Solarmore and Defendants continue to meet and confer and agree to further extend the deadline for a responsive pleading to the Second Amended Complaint until September 13, 2022 to allow Solarmore and Defendants to complete the meet and confer process.

The Parties, therefore, have agreed, and hereby request, that the undersigned Defendants' deadline to respond to Solarmore's Second Amended Complaint be extended to September 13, 2022 and that Solarmore's deadline to respond to any motion to dismiss be set at 60 days, as it previously was by this Court;

Additionally, given the numerous legal issues and causes of action asserted against Defendants, Solarmore and Defendants have agreed to, and hereby request, a modest modification of the page limits for briefing on Defendants' motions to dismiss as follows:  twenty (20) pages for Defendants' initial motions; twenty (20) pages for Solarmore's oppositions, and ten (10) pages for Defendants' replies; and

Finally, the Parties have agreed that it is in the best interests of the Parties and this Court that all discovery and the Rule 26(f) conference be stayed until 30 days after either (a) the hearing on Defendants' motions to dismiss, or (b) the hearing date is taken off the Court's calendar and the motions are deemed submitted on the papers.

This is the sixth request for an extension for Defendants to respond to the Second Amended Complaint.

THEREFORE, pursuant to L. R. 143 and 144, the Parties hereby stipulate as follows:

1. The deadline for the Defendants to answer, object, or otherwise respond to Solarmore Management Services, Inc.'s Second Amended Complaint shall be September 13, 2022. Defendants' motion briefs shall be limited to twenty (20) pages;

2. The deadline for Solarmore to file its oppositions to Defendants' motions to dismiss shall be November 14, 2022. Solarmore's oppositions shall be limited to twenty (20) pages;

3. The deadline for Defendants to file replies shall be December 5, 2022. Defendants' replies shall be limited to ten (10) pages; and

4. All discovery and the Rule 26(f) conference between the Parties shall be stayed until 30 days after either (a) the hearing on Defendants' motions to dismiss, or (b) the hearing date is taken off the calendar and the motions are deemed submitted on the papers.

**IT IS SO STIPULATED.**

DATED:  June 6, 2022

**THOMAS, ALEXANDER, FORRESTER & SORENSEN LLP**

By: /s/ *Stephen Sorensen*
Stephen Sorensen, Esq.
14 27th Avenue,
Venice, CA 90291
*Attorneys for Plaintiff*

**NELSON MULLINS RILEY & SCARBOROUGH LLP**

By: /s/ *Lauren A. Deeb* (with permission)
Lauren A. Deeb
Scott Sherman
Pacific Gateway
19191 S. Vermont Ave, Ste 900
Torrance, CA 90502
*Attorneys for CohnReznick Capital Market Securities, LLC*

Dated: June 6, 2022.

**QUINN EMANUEL URQUHART & SULLIVAN, LLP**

By: /s/ *Terry L. Wit* (with permission)
Terry L. Wit
50 California St, 22nd Flr
San Francisco, CA 94111
*Attorneys for Vistra International Expansion (USA) Inc. and Radius GGE (USA), Inc.*

Dated:  June 6, 2022

**STIPULATION FOR EXTENDING TIME FOR DEFENDANTS TO RESPOND TO SECOND AMENDED COMPLAINT AND ORDER**

FOX ROTHSCHILD LLP

By: /s/ *Dwight Donovan* (with permission)
Dwight Donovan
Anujan Jeevaprakash
345 California Street, Suite 2200
San Francisco, CA 94104
*Attorneys for Ahern Rentals, Inc.*

Dated:  June 6, 2022

**IT IS SO ORDERED.**

Dated:  June 7, 2022

_____
Troy L. Nunley
United States District Judge