1  Steven W. Thomas (State Bar No. 168967)
   Emily Alexander (State Bar No. 220595)
2  Mark Forrester (State Bar No. 208097)
   Stephen Sorensen (State Bar No. 199408)
3  THOMAS, ALEXANDER, FORRESTER
   & SORENSEN LLP
4  14 27th Avenue
   Venice, California 90291
5  Tel.: (310) 961-2536
   Fax: (310) 526-6852
6
   *Attorneys for Plaintiff*
7

8              IN THE UNITED STATES DISTRICT COURT

9              EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| 10  SOLARMORE MANAGEMENT SERVICES, INC. a California Corporation, | CASE NO. 2:19-cv-02544-TLN-DB |
| 11 | **STIPULATION FOR EXTENDING TIME FOR DEFENDANTS TO RESPOND TO SECOND AMENDED COMPLAINT AND ORDER** |
| 12  Plaintiffs, | |
| 13  v. | |
| 14  JEFF CARPOFF and PAULETTE CARPOFF, husband and wife; Et al. | Complaint Served: Various Dates |
| 15  Defendants. | Response Deadline: June 15, 2022 New Response Deadline: September 13, 2022 |

16

17        IT IS HEREBY STIPULATED by and between Plaintiff Solarmore Management Services, Inc.

18  ("Solarmore") and Defendants Marshall & Stevens, Inc., David Endres, Carrie Carpoff-Boden, Priscilla

19  Amato, Carson Trailer, Inc., Peter Strauss, The Strauss Law Firm, LLC, (hereafter, the "Defendants")

20  (collectively, the "Parties"), either for themselves or by and through their respective counsel, that:

21        Solarmore filed its First Amended Complaint in this Court on December 18, 2020.  The

22  Defendants were personally served or waived service on various dates in 2021;

23        The Parties previously stipulated to extend the deadlines for the Defendants to file responsive

24  pleadings to Solarmore's First Amended Complaint and to extend response and reply deadlines,

25  along with modest page limit increases, for any motion to dismiss that may be filed (*see* ECF Nos.

26  129, 131, 132, 136, 139);

27        The Court previously approved those stipulations (*see* ECF Nos. 130, 133, 134, 137, 140);

28

**STIPULATION FOR EXTENDING TIME FOR DEFENDANTS TO RESPOND TO SECOND AMENDED COMPLAINT AND ORDER**

1  On August 10, 2021, Solarmore filed its Second Amended Complaint, which has been provided

2  to Defendants via the Court's ECF service and/or by copy provided by Solarmore's counsel;

3  The Parties previously stipulated to extend the deadlines for the Defendants to file responsive

4  pleadings to Solarmore's Second Amended Complaint and to extend response and reply deadlines,

5  along with modest page limit increases, for any motion to dismiss that may be filed (*see* ECF No. 149,

6  162, 183, 196, 205);

7  The Court previously approved those stipulations, and Defendants' responsive pleadings are

8  currently due on June 15, 2022 (*see* ECF Nos. 153, 166, 184, 197, 206);

9  On February 3, 2022, Stephen Sorensen was substituted as counsel for Solarmore.  On February

10  7, 2022, the Court denied the Motion to Dismiss filed by Heritage Bank and joined by Ari J. Lauer and

11  Diana Kershaw.

12  Solarmore and Defendants continue to meet and confer and agree to further extend the deadline

13  for a responsive pleading to the Second Amended Complaint until September 13, 2022 to allow

14  Solarmore and Defendants to complete the meet and confer process.

15  The Parties, therefore, have agreed, and hereby request, that the undersigned Defendants'

16  deadline to respond to Solarmore's Second Amended Complaint be extended to September 13, 2022

17  and that Solarmore's deadline to respond to any motion to dismiss be set at 60 days, as it previously

18  was by this Court;

19  Additionally, given the numerous legal issues and causes of action asserted against Defendants,

20  Solarmore and Defendants have agreed to, and hereby request, a modest modification of the page limits

21  for briefing on Defendants' motions to dismiss as follows:  twenty (20) pages for Defendants' initial

22  motions; twenty (20) pages for Solarmore's oppositions, and ten (10) pages for Defendants' replies.

23  Finally, the Parties have agreed that it is in the best interests of the Parties and this Court that

24  all discovery and the Rule 26(f) conference be stayed until 30 days after either (a) the hearing on

25  Defendants' motions to dismiss, or (b) the hearing date is taken off the Court's calendar and the

26  motions are deemed submitted on the papers.

27  This is the sixth request for an extension for Defendants to respond to the Second Amended

28  Complaint.

**STIPULATION FOR EXTENDING TIME FOR DEFENDANTS TO RESPOND TO SECOND AMENDED COMPLAINT AND ORDER**

1    THEREFORE, pursuant to L. R. 143 and 144, the Parties hereby stipulate as follows:

2    1.    The deadline for the Defendants to answer, object, or otherwise respond to Solarmore

3    Management Services, Inc.'s Second Amended Complaint shall be September 13, 2022.  Defendants'

4    motion briefs shall be limited to twenty (20) pages;

5    2.    The deadline for Solarmore to file its oppositions to Defendants' motions to dismiss

6    shall be November 14, 2022.  Solarmore's oppositions shall be limited to twenty (20) pages;

7    3.    The deadline for Defendants to file replies shall be December 5, 2022.  Defendants'

8    replies shall be limited to ten (10) pages; and

9    4.    All discovery and the Rule 26(f) conference between the Parties shall be stayed until 30

10    days after either (a) the hearing on Defendants' motions to dismiss, or (b) the hearing date is taken off

11    the calendar and the motions are deemed submitted on the papers.

12    **IT IS SO STIPULATED.**

13    DATED:  June 10, 2022                      **THOMAS, ALEXANDER, FORRESTER &**
14                                                              **SORENSEN LLP**

15                                                              By: /s/ *Stephen Sorensen*
                                                                    Stephen Sorensen, Esq.
16                                                              14 27th Avenue,
                                                                    Venice, CA 90291
17                                                              *Attorneys for Plaintiff*

18

19

20

21

22

23

24

25

26

27

28

**STIPULATION FOR EXTENDING TIME FOR DEFENDANTS TO RESPOND TO SECOND AMENDED
COMPLAINT AND ORDER**

| | |
|---|---|
| **DEMETRIOU, DEL GUERCIO, SPRINGER & FRANCIS, LLP** | **SULLIVAN & YAECKEL LAW GROUP, APC** |
| By:/s/ *Jennifer T. Taggart* (with permission)<br>Jennifer T. Taggart<br>915 Wilshire Blvd., Suite 2000<br>Los Angeles, CA 90017<br>*Attorneys for Carson Trailer, Inc.* | By: /s/ *Eric Yaeckel* (with permission)<br>Eric Yaeckel<br>2330 Third Ave.<br>San Diego, CA 92101<br>*Attorneys for Priscilla Amato* |
| Dated:  June 10, 2022 | Dated: June 10, 2022 |
| **SMITH MCDOWELL & POWELL** | **MILLER MILLER GERBER LLP** |
| By: /s/ *C. Jason Smith* (with permission)<br>C. Jason Smith<br>100 Howe Avenue, Suite 208 South<br>Sacramento, CA 95825<br>*Attorneys for David Endres* | By: /s/ *Corey Miller* (with permission)<br>Corey Miller<br>18301 Von Karman Ave, Ste 950<br>Irvine, CA 92612<br>*Attorneys for Carrie Carpoff-Boden* |
| Dated: June 10, 2022 | Dated:  June 10, 2022 |
| **MURPHY PEARSON BRADLEY & FEENEY** | **G&B LAW, LLP** |
| By: /s/ *Arthur J. Harris* (with permission)<br>Arthur Harris<br>Peter Weber<br>580 California St, Ste 1100<br>San Francisco, CA 94104<br>*Attorneys for The Strauss Law Firm, LLC and Peter Strauss* | By:/s/ *James R. Felton* (with permission)<br>James R. Felton<br>16000 Ventura Blvd, Ste 1000<br>Encino, CA 91436<br>*Attorneys for Marshall & Stevens, Inc.*<br><br>Dated: June 10, 2022 |
| Dated:  June 10, 2022 | |

**STIPULATION FOR EXTENDING TIME FOR DEFENDANTS TO RESPOND TO SECOND AMENDED COMPLAINT AND ORDER**

1    **IT IS SO ORDERED.**

2   Dated: June 13, 2022

3                                                          Troy L. Nunley
                                                           United States District Judge
4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**STIPULATION FOR EXTENDING TIME FOR DEFENDANTS TO RESPOND TO SECOND AMENDED COMPLAINT AND ORDER**